E-FILED
Tuesday, 23 August, 2005  02:01:41 PM
Clerk, U.S. District Court, ILCD

# United States District Court

──────── DISTRICT OF ────────

| | |
|---|---|
| Kenneth Simmons<br>Plaintiff<br><br>V.<br><br>CACI<br>Defendant | **APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT**<br><br>CASE NUMBER: 05-1241 |

**FILED**

AUG 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, ____Kenneth Simmons_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant         [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     [ ] Yes     [X] No     (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     [ ] Yes     [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   
   2001    UPS    E. PEORIA    9.75 HR

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes" state the total amount. ___APPROX $84.00___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value.
   ___1990 GMC JIMMY APPROX 350.00___

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___8-22-05___                ___K. u S___
DATE                          SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                _____
DATE                          SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
AUG 2 3 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS

(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

CACI

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

Case No. __05-1241__
(To be assigned by Clerk of District Court)

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

TITLE 15 Section 1692

II. Plaintiff, __Kenneth W. Simmons__ resides at

__1_____ r Rd__, __Mackinaw__, __Tazewell__,
street address          city           county

__Il.__, __61755__, _____.
state     zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

_____

_____

_____

_____.

III. Defendant, __CACI__ lives at, or its (business) is located at

__12855 Tesson Ferry__, __St. Louis__, __N/A__,
street address              city         county

__Mo.__, __63128__.
state    zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

_____

_____.

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Count 1. On 2-24-05 the Defendant violated Title 15, section 1692 c (c), in that defendant failed to cease communication with the Plaintiff. Causing emotional and mental harm.

Count 2 On 2-24-05 the Defendant violated Title 15, section 1692 d (5), in that defendant harassed and/or abused the Plaintiff causing the Plaintiff's phone to ring, annoying the Plaintiff. Causing emotional and mental harm.

Count 3 On 2-24-05 the Defendant violated Title 15 section 1692 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing mental and emotional harm to the Plaintiff.

Count 4 On 3-7-05 the Defendant violated Title 15 section 1692 c (c), in that Defendant failed to cease communication with the Plaintiff, causing emotional and mental harm.

Count 5 On 3-7-05 the Defendant violated Title 15 section 1692 d (5), in that Defendant harassed and/or abused the Plaintiff by causing the Plaintiff's phone to ring, annoying the Plaintiff, causing emotional and mental harm.

3

SECTION IV ATTACHMENT

Count 6 On 3-7-05 Defendant violated Title 15 section 1692 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing emotional and mental harm.
Count 7 On 3-19-05 Defendant violated Title 15 section 1692 c (c) in that Defendant failed to cease communication with the Plaintiff, causing emotional and mental harm.
Count 8 On 3-19-05 Defendant violated Title 15 section 1692 d (5) in that Defendant harassed and/or abused the Plaintiff by causing the Plaintiff's phone to ring, annoying the Plaintiff, causing emotional and mental harm.
Count 9 On 3-19-05 Defendant violated Title 15 section 1693 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing emotional and mental harm.
 The Defendants intent in violating Title 15 section 1692 was to annoy, harass, abuse and to inflict emotional and mental harm on the Plaintiff.

V.   Relief: State briefly and exactly what you want the Court to do for you.

The Plaintiff requests the Court find the Defendant guilty of all nine counts, order and injuction preventing further contact, impose damages compensatory and/or punitive in the amount requested, and/or all relief the Court deem reasonable, including all costs plus court costs.

VI.  **MONEY DAMAGES:**

   A)   Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [XX]                              NO [ ]

   B)   If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

   $50,000 per count for pain and suffering 15,1692 k(a)(1)

   $1,000 per count  additional damages 15,1692k(a) (2)

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [X]                               NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of AUGUST, 2005

K. W. S.

Signature of Plaintiff(s)

4

| Switch : PEOR PEO2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date | Connect Time | Duration (Sec) | Orig Number | Dialed Digits | Called Number | Call Type | AN | 3W | CW | CF | MS |
| 2/24/2005 | 17:22:26 | | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/1/2005 | 18:53:44 | | 0000000000 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/7/2005 | 13:41:45 | | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/14/2005 | 10:19:18 | | 3096359697 | 13096359697 | 3092329170 | M-L | N | N | N | N | N |
| 3/19/2005 | 08:37:16 | 000007 | 8774494411 | 6359697 | 3096359697 | L-M | Y | N | N | N | N |
| AN: Call Answered | | | | CF: Call Forwarding | | | CW: Call Waiting | | | | |
| 3W: Three way calling | | | | MS: Multiple switches | | | | | | | |



February 9, 2005
Account #:
Total Amount Due: $687.80

**P.O. Box 270480 • St Louis MO 63127**
**Toll Free 1-877-449-4411    (314) 842-6585**

| Provider | Ref. Code | Date of Service | Amount Due |
|---|---|---|---|
| PEKIN HOSPITAL | 0005073091-0001 | 06/16/2004 | $687.80 |
| | | Total Amt. Due | $687.80 |

CACi is a professional collection agency for the above creditor. The above listed unpaid amounts have been placed with our office for collection.

Our Client's instructions are clear. Resolve the above account(s) using all available means that are not in violation of federal, state or local law. That is our intent.

Contact our office today to resolve this delinquent matter and discuss your payment options. Your failure to respond to this notice or cooperate with us to resolve this matter will not make it go away. Take advantage of this opportunity to speak to our professional account representatives. We are sure that you want to resolve this issue as much as we do.

We may be able to help you establish a repayment plan through one of our many convenient payment methods.

This communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please be advised that if your personal check is returned due to non-sufficient funds, a $20.00 service charge will be added to your account and paid out of first monies collected.

**Please see the reverse side for important additional information.**

COAD1WU15209756666

*** Please detach below and return in the enclosed envelope with your payment ***

P.O. Box 270480
St Louis MO 63127
Address Service Requested

Toll Free 1-877-449-4411
(314) 842-6585

Account #:
Total Amount Due:    $687.80

S84229-WU1  005771
Kenneth W Simmons
1_____ Rd
Mackinaw IL 61755-9422

CACi
P.O. Box 270480
St Louis MO 63127-0480

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755

---

February 18, 2005

CACI,
Account S 84229

I completely deny owing this money. I was in police custody, as I informed the other credit company that attempted to collect this ALLEGED debt; and I had a right to adequate medical care as a pauper. Further, Tazewell County requested your services, I DID NOT. This debt is owed by Tazewell County Sheriff's office. If you harass me again, I am allowed to recover damages in the state of Illinois.



Pekin Hospital
PO Box 5995
Peoria, IL 61601-5995

09/23/04

ACCOUNT #:

CURRENT BALANCE:    687.80

KENNETH W SIMMONS

MACKINAW IL 61755-9422

Dear KENNETH W SIMMONS:

According to our records your account is seriously past due.

Unless we can agree on a payment plan to settle your overdue account, it may be turned over to a professional collection agency. This may effect your future opportunities of being granted credit.

Please contact the Patient Accounts office immediately to arrange for payment of this account. You may reach the Patient Accounts Office at 309-353-0593 or 866-780-7365 toll-free.

Thank you for your cooperation on this matter.

Sincerely,

Patient Account Representative
309-353-0593 or 866-780-7365 toll-free

---

PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT TO ASSURE PROMPT HANDLING

0005073091-0001



| If Paying by Mastercard, Discover or Visa Fill out Below |||
|---|---|---|
| Check Payment Method |||
| Mastercard | Discover | Visa |
| Card Number || Amount |
| Signature || Exp. Date |
| Statement Date 09/23/04 | Pay This Amount 687.80 | Acct. Number |

ADDRESSEE:

KENNETH W SIMMONS

MACKINAW IL 61755-9422

REMIT TO:

Pekin Hospital
Payment Processing Center
PO Box 6361 Dept 8101
Bloomington, IL 61702-6361

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755

---

October 6, 2004

Pekin Hosp., account # 63083206

This is not my bill for the day in question, this was an injury obtained while in police custody, and an injury they caused. I did not request your services and the treatment was incomplete and inadequate. Further, Aetna has not been my insurer for numerous years. I completely dispute the bill being mine.