E-FILED
Wednesday, 24 August, 2005  03:44:41 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

```
KENNETH SIMMONS,              )
                              )
        Plaintiff,            )
                              )
    v.                        )    Case No. 05-1241
                              )
CACI,                         )
                              )
        Defendant.            )
```

## **O R D E R**

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. # 1] and Fair Debt Collection Practices Act Complaint.  Plaintiff indicates that he is unemployed and has no current income.  He also represents that he has only approximately $84.00 in cash or bank accounts.  Accordingly, the Court finds that Plaintiff is unable to pay the applicable filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. # 1] is GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the Complaint, Summons, and this Order upon Defendant as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

Entered this  24th  day of August, 2005.

                            s/ Joe B. McDade
                         JOE BILLY McDADE
                     United States District Judge