E-FILED
Wednesday, 24 August, 2005  03:54:40 PM
Clerk, U.S. District Court, ILCD

RECEIVED
AUG 23 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG 2 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS )
)
)
(Enter above the full name of the Plaintiff[s] in this action.)

- vs -

CACI

Case No. 05-1241
(To be assigned by Clerk of District Court)

(Enter above the full name of ALL Defendant[s] in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of all the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.

## COMPLAINT

I. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

TITLE 15 Section 1692

II.  Plaintiff, __Kenneth W. Simmons__ resides at

__12836 appenzeller Rd__, __Mackinaw__, __Tazewell__,
street address / city / county

__Il.__, __61755__, __309-359-5820__.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, __CACI__ lives at, or its (business) is located at

__12855 Tesson Ferry__, __St.Louis__, __N/A__,
street address / city / county

__Mo.__, __63128__.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Count 1. On 2-24-05 the Defendant violated Title 15, section 1692 c (c), in that defendant failed to cease communication with the Plaintiff. Causing emotional and mental harm.

Count 2 On 2-24-05 the Defendant violated Title 15, section 1692 d (5), in that defendant harassed and/or abused the Plaintiff causing the Plaintiff's phone to ring, annoying the Plaintiff. Causing emotional and mental harm.

Count 3 On 2-24-05 the Defendant violated Title 15 section 1692 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing mental and emotional harm to the Plaintiff.

Count 4 On 3-7-05 the Defendant violated Title 15 section 1692 c (c), in that Defendant failed to cease communication with the Plaintiff, causing emotional and mental harm.

Count 5 On 3-7-05 the Defendant violated Title 15 section 1692 d (5), in that Defendant harassed and/or abused the Plaintiff by causing the Plaintiff's phone to ring, annoying the Plaintiff, causing emotional and mental harm.

3

SECTION IV ATTACHMENT

Count 6 On 3-7-05 Defendant violated Title 15 section 1692 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing emotional and mental harm.
Count 7 On 3-19-05 Defendant violated Title 15 section 1692 c (c) in that Defendant failed to cease communication with the Plaintiff, causing emotional and mental harm.
Count 8 On 3-19-05 Defendant violated Title 15 section 1692 d (5) in that Defendant harassed and/or abused the Plaintiff by causing the Plaintiff's phone to ring, annoying the Plaintiff, causing emotional and mental harm.
Count 9 On 3-19-05 Defendant violated Title 15 section 1693 g (b) in that Defendant failed to cease collection of a debt that the Plaintiff disputed in writting, causing emotional and mental harm.

The Defendants intent in violating Title 15 section 1692 was to annoy, harass, abuse and to inflict emotional and mental harm on the Plaintiff.

V. Relief: State briefly and exactly what you want the Court to do for you.

The Plaintiff requests the Court find the Defendant guilty

of all nine counts, order and injunction preventing further

contact, impose damages compensatory and/or punitive in the

amount requested, and/or all relief the Court deem reasonable,

including all costs plus court costs.

VI. **MONEY DAMAGES:**

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [XX]    NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$50,000 per count for pain and suffering 15,1692 k(a)(1)

$1,000 per count additional damages 15,1692k(a) (2)

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]    NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of AUGUST, 2005      K. W

Signature of Plaintiff(s)

| Switch : PEOR PEO2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date | Connect Time | Duration (Sec) | Orig Number | Dialed Digits | Called Number | Call Type | AN | 3W | CW | CF | MS |
| 2/24/2005 | 17:22:26 |  | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/1/2005 | 18:53:44 |  | 0000000000 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/7/2005 | 13:41:45 |  | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/14/2005 | 10:19:18 |  | 3096359697 | 13096359697 | 3092329170 | M-L | N | N | N | N | N |
| 3/19/2005 | 08:37:16 | 000007 | 8774494411 | 6359697 | 3096359697 | L-M | Y | N | N | N | N |

| | | | | | |
|---|---|---|---|---|---|
| AN: Call Answered | | CF: Call Forwarding | | CW: Call Waiting | |
| 3W: Three way calling | | MS: Multiple switches | | | |



February 9, 2005
Account #: S84229
Total Amount Due: $687.80

P.O. Box 270480 • St Louis MO  63127
Toll Free 1-877-449-4411   (314) 842-6585

| Provider | Ref. Code | Date of Service | Amount Due |
|---|---|---|---|
| PEKIN HOSPITAL | 0005073091-0001 | 06/16/2004 | $687.80 |
|  |  | Total Amt. Due | $687.80 |

CACi is a professional collection agency for the above creditor. The above listed unpaid amounts have been placed with our office for collection.

Our Client's instructions are clear. Resolve the above account(s) using all available means that are not in violation of federal, state or local law. That is our intent.

Contact our office today to resolve this delinquent matter and discuss your payment options. Your failure to respond to this notice or cooperate with us to resolve this matter will not make it go away. Take advantage of this opportunity to speak to our professional account representatives. We are sure that you want to resolve this issue as much as we do.

We may be able to help you establish a repayment plan through one of our many convenient payment methods.

This communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please be advised that if your personal check is returned due to non-sufficient funds, a $20.00 service charge will be added to your account and paid out of first monies collected.

**Please see the reverse side for important additional information.**

COAD1WU15209756866

*** Please detach below and return in the enclosed envelope with your payment ***

P.O. Box 270480
St Louis MO  63127
Address Service Requested

Toll Free 1-877-449-4411
(314) 842-6585

Account #:            S84229
Total Amount Due:    $687.80

S84229-WU1   005771
Kenneth W Simmons
12836 Appenzeller Rd
Mackinaw IL  61755-9422

CACi
P.O. Box 270480
St Louis MO  63127-0480

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755

---

February 18, 2005

CACI,
Account S 84229

I completely deny owing this money. I was in police custody, as I informed the other credit company that attempted to collect this ALLEGED debt; and I had a right to adequate medical care as a pauper. Further, Tazewell County requested your services, I DID NOT. This debt is owed by Tazewell County Sheriff's office. If you harass me again, I am allowed to recover damages in the state of Illinois.

*(signature)*

**Pekin Hospital**
PO Box 5995
Peoria, IL 61601-5995

**PEKIN HOSPITAL**
Personal Size. Personal Care.

09/23/04

ACCOUNT #: 63083206
CURRENT BALANCE: 687.80

KENNETH W SIMMONS
12836 APPENZELLER RD
MACKINAW IL 61755-9422

Dear KENNETH W SIMMONS:

According to our records your account is seriously past due.

Unless we can agree on a payment plan to settle your overdue account, it may be turned over to a professional collection agency. This may effect your future opportunities of being granted credit.

Please contact the Patient Accounts office immediately to arrange for payment of this account. You may reach the Patient Accounts Office at 309-353-0593 or 866-780-7365 toll-free.

Thank you for your cooperation on this matter.

Sincerely,


Patient Account Representative
309-353-0593 or 866-780-7365 toll-free

---

*PLEASE DETACH AND MAIL BOTTOM PORTION WITH YOUR PAYMENT TO ASSURE PROMPT HANDLING*

0005073091-0001



**PEKIN HOSPITAL**
Personal Size. Personal Care.

| If Paying by Mastercard, Discover or Visa Fill out Below |||
|---|---|---|
| Check Payment Method |||
| Mastercard | Discover | Visa |
| Card Number || Amount |
| Signature || Exp. Date |
| **Statement Date** 09/23/04 | **Pay This Amount** 687.80 | **Acct. Number** 63083206 |

ADDRESSEE:

KENNETH W SIMMONS
12836 APPENZELLER RD
MACKINAW IL 61755-9422

REMIT TO:

Pekin Hospital
Payment Processing Center
PO Box 6361 Dept 8101
Bloomington, IL 61702-6361

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755

---

October 6, 2004

Pekin Hosp., account # 63083206

This is not my bill for the day in question, this was an injury obtained while in police custody, and an injury they caused. I did not request your services and the treatment was incomplete and inadequate. Further, Aetna has not been my insurer for numerous years. I completely dispute the bill being mine.