AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central                    DISTRICT OF                    Illinois

Kenneth W. Simmons,

v.                                              **APPEARANCE**

Consumer Adjustment Company (CACI)        Case Number:  05-1241

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Consumer Adjustment Company (CACI)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/8/2005 | *[signature]* |
| Date | Signature |
| | Daniel P. Schuering                    6206387 |
| | Print Name                             Bar Number |
| | 3050 Montvale Drive, Suite B |
| | Address |
| | Springfield        Illinois        62719 |
| | City               State            Zip Code |
| | (217)698-6060                  (217) 698-6161 |
| | Phone Number                         Fax Number |