E-FILED
Monday, 12 September, 2005 02:43:05 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEITH W. SIMMONS, )
)
v. )   Case No: 05-1241
)
CONSUMER ADJUSTMENT COMPANY (CACI) )

**MOTION FOR EXTENSION OF TIME**

NOW COMES the Defendant, Consumer Adjustment Company (CACI), by and through its counsel, Schuering & Associates, P.C., Daniel P. Schuering appearing of records, and moves this Court for an extension of time to answer the Complaint filed herein or otherwise pled and, in support thereof, states a s follows:

1. That the undersigned counsel was retained by the Defendant on September 6, 2005;

2. That, in order to more thoroughly research the legal aspects and possible defenses regarding the Plaintiff's claim herein, an extension of time of 30 days in which to answer or otherwise plead is requested;

3. That the interests of justice require the aforementioned extension of time; and

4. That the extension of time is not being requested to unduly delay these proceedings or to otherwise harass the Plaintiff.

Wherefore, the Defendant respectfully requests an extension of 30 days in which to answer or otherwise plead.

Respectfully Submitted,

SCHUERING & ASSOCIATES, P.C.

By:   s/Daniel P. Schuering
Bar No. 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: )217) 698-6161
danielp@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEITH W. SIMMONS, | ) |
| | ) |
| v. | )  Case No: 05-1241 |
| | ) |
| CONSUMER ADJUSTMENT COMPANY (CACI) | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON September 12, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:Kevin W. Simmons, 12835 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kevin W. Simmons, 12835 Appenzeller Road, Mackinaw, Illinois 61755.

s/Daniel P. Schuering
Bar No. 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: )217) 698-6161
danielp@skklawyer.com