E-FILED
Monday, 19 September 2005 10:51:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                              case no. 05-1241

CACI

## RULE 72 APPEAL

Plaintiff objects to the text order entered on 9-13-05, attached exhibit (A), the defendant is required to respond to a complaint as indicated upon summons within 20 days. Further the defendant failed to confer with the Plaintiff on such matters before motioning the court. The defendant failed to serve, entry of appearance and motion for extention upon Plaintiff.
On 9-13-05 the magistrate entered text order, attached exhibit (A), without discussion or objections. This is unlawful, unequal and unjustice.
Plaintiff received text order on 9-14-05.
Plaintiff e-mailed the attorney of record, attached exhibit(B), and indicated that I had NOT received an entry of appearance nor any accompaning motion for extention.
The attorney of record did not serve upon Plaintiff, as required by the rules, these documents.
The attorney of record has no intention of providing said documents.
The attorney of record has not provided a address to send documents etc...
The attorney of record has no intention of providing an address to Plaintiff.
Today is the 16th, I have yet to receive e-mail or regular mail any response from the attorney.
Therefore the Plaintiff requests the Court order the defendant reply as indicated upon the summons, supply the Plaintiff, via U.S. Mail copies of the above mentioned motions, in the future order BOTH parties to certify delivery of all correspondence.

Kenneth W. Simmons
Mackinaw, Ill. 61755

K.W. Simmons
Pro Se

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Gorman@ilcd.uscourts.gov,Chambers.McDade@ilcd.uscourts.gov,danielp@skkl
Message-Id:<207492>
Subject:Activity in Case 1:05-cv-01241-JBM-JAG Simmons v. CACI "Order on Motion for
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from WW, ilcd entered on 9/13/2005 at 8:22 AM CDT and filed on 9/13/2005

**Case Name:**       Simmons v. CACI
**Case Number:**     1:05-cv-1241
**Filer:**
**Document Number:** 7

**Docket Text:**
TEXT ONLY ORDER granting [6] Motion for Extension of Time to Answer. CACI answer due 10/12/2005. Entered by Judge John A. Gorman on 9/13/05. (WW, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering    danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Kenneth W Simmons

Mackinaw, IL 61755



### Main Identity

| | |
|---|---|
| **From:** | "Simmons" <simmons@Route24.net> |
| **To:** | <danielp@skklawyer.com> |
| **Sent:** | Wednesday, September 14, 2005 12:32 PM |
| **Subject:** | case no. 05-1241 |

Dear Mr. Schuerling,

Today I received the Magistrates "text order only" concerning your request for an extention. I have not received an entry of appearance nor the motion refered to. Please e-mail these to me today. If I do not hear from you today, I will assume you have no intention of providing them at all. I will, per rule 72, appeal the magistrate ruling. The text order did not included a mailing address, only your e-mail. I look forward to your response

                           THANK-YOU
                           K.W. Simmons
                           Pro Se



(B)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                             case 05-1241

CACI

## CERTIFICATE OF SERVICE

The undersigned certifies that copy of the PLaintiff's rule 72 appeal was sent via U.S.Mail to the defendant at the address indicated in the complaint.

Kenneth W. Simmons

K.W. Simmons
Pro Se