# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH SIMMONS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-1241 |
| CACI, | ) |
| Defendant. | ) |

**FILED**
SEP 2 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## O R D E R

Before the Court is Plaintiff's "Rule 72 Appeal" in which Plaintiff objects to Magistrate Judge Gorman's September 12, 2005 Text Order granting Defendant's Motion for Extension of Time to Answer the Complaint. Under Federal Rule of Civil Procedure 72, a district court judge "shall modify or set aside any portion of the magistrate judge's order [on a nondispositive matter] found to be clearly erroneous or contrary to law." The Court cannot say Magistrate Judge Gorman's order granting Defendant a brief extension is clearly erroneous or contrary to law. See Fed. R. Civ. P. 6(b) ("When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order. . . ." Accordingly, the Magistrate Judge's Order is AFFIRMED.

Entered this 28th day of September, 2005.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge