E-FILED
Friday, 14 October 2005 01:02:04 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,           )
                              )
v.                            )    Case No: 05-1241
                              )
CONSUMER ADJUSTMENT COMPANY (CACI) )

## ANSWER

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc., by and through its attorneys, Schuering & Associates, P.C., Daniel P. Schuering appearing as lead counsel of record, and for its Answer to the Complaint filed in the above-referenced matter, states as follows:

1.  As to Count I, the Defendant denies the allegations contained therein.

2.  As to Count II, the Defendant denies the allegations contained therein.

3.  As to Count III, the Defendant denies the allegations contained therein.

4.  As to Count IV, the Defendant denies the allegations contained therein.

5.  As to Count V, the Defendant denies the allegations contained therein.

6.  As to Count VI, the Defendant denies the allegations contained therein.

7.  As to Count VII, the Defendant denies the allegations contained therein.

8. AS to Count VIII, the Defendant denies the allegations contained therein.

9. As to Count IX, the Defendant assumes that the Plaintiff meant to cite Title 15, Section 1692G (b), and in that event, denies the allegations contained in Count IX.  In the event that the Plaintiff intended to cite Title 15, Section 1693 G (b), the Defendant moves that Count IX be stricken as it does not state a cause of action upon which relief can be granted.

**WHEREFORE**, the Defendant requests this Court dismiss the Complaint filed herein, order the Plaintiff to pay the Defendant's cost incurred in the defense of this suit, and any further relief that the Court deems reasonable under the given circumstances.

                              Respectfully submitted,

                              SCHUERING & ASSOCIATES, P.C.

                              By: _____
                                   Daniel P. Schuering

Daniel P. Schuering
Reg. #6206387
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION
```

KENNETH W. SIMMONS,                )
                                   )
v.                                 )    Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON _____, 2005, I presented the foregoing Answer and Certificate of Intent to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

_____
Daniel P. Schuering

Daniel P. Schuering
Reg. # 6206387
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161