E-FILED
Monday, 17 October, 2005  11:37:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

OCT 1 7 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

### Motion for Default

On 9-13-05, Gorman ordered the defendant to answer BY 10-12-05. Attached, exhibit (A).
On 9-19-05, Ms. Dillon, informed the Plaintiff, exhibit (B), that future filings by the defendant would be sent via U.S. Mail and email.
On 10-13-05, Plaintiff emailed the defendant, exhibit (C) and (D), informing the party that no response had been provided as required by the orders of the court, rules of procedure and parties agreement.
On 10-14-05, Plaintiff again requested the defendant provide an answer, exhibit(E), with no response.
The defendant clearly has violated the rules of procedure in not providing via U.S. Mail an answer to the complaint, has violated the judges order in not answering by 10-12-05 The defendant has no intention of providing an answer.

Therefore the Plaintiff requests the Court enter a default judgement with prejudice against the defendant for all the relief requested in the complaint, further the Plaintiff request's the Court retain jurisdiction over the Plaintiff's claims to enforce the relief requested. The Plaintiff objects to anything less that a ruling in the Plaintiff's favor and Plaintiff asks to be allowed objections to any ruling less that favorable to the Plaintiff.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Gorman@ilcd.uscourts.gov,Chambers.McDade@ilcd.uscourts.gov,danielp@skkl
Message-Id:<207492>
Subject:Activity in Case 1:05-cv-01241-JBM-JAG Simmons v. CACI "Order on Motion for
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from WW, ilcd entered on 9/13/2005 at 8:22 AM CDT and filed on 9/13/2005
**Case Name:**     Simmons v. CACI
**Case Number:**   1:05-cv-1241
**Filer:**
**Document Number:** 7

**Docket Text:**
TEXT ONLY ORDER granting [6] Motion for Extension of Time to Answer. CACI answer due 10/12/2005. Entered by Judge John A. Gorman on 9/13/05. (WW, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering    danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Kenneth W Simmons
12836 Appenzeller
Mackinaw, IL 61755


(A)

### Main Identity

| | |
|---|---|
| From: | "Deborah Dillon" <debd@skklawyer.com> |
| To: | <simmons@route24.net> |
| Sent: | Monday, September 19, 2005 12:33 PM |
| Attach: | 5-01241 Mo Ext Time.pdf; 5-1241 EOP.pdf |
| Subject: | Entry of Appearance and Motion Extension of Time |

Mr. Simmons,
I am attaching the documents that your appeal says you did not receive. We also checked Mr. Schuering's email and the email that you show of September 14th, he did not receive. We did mail you a copy of both of the attached documents but apparently you did not receive them either.

In the future I will be glad to email you any documents that are submitted by us to the Court along with the hard copies in the US mail.

Deborah L. Dillon, Legal Assistant
debd@skklawyer.com <mailto:debd@skklawyer.com>
Schuering & Associates, P.C.
3050 Montvale Drive, Ste B.
Springfield, IL 62704
(217)698-6060
fax (217)698-6161
NOTE: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.



## Main Identity

From: "Simmons" <simmons@Route24.net>
To: <danielp@skklawyer.com>
Sent: Thursday, October 13, 2005 6:45 AM
Subject: case no. 05-1241

Dear Mr. Schuerling,

On 9-19-05, Ms. Dillon, informed that I would receive any documents submitted to the court via email and U.S.Mail. I have not received copies of your response to my complaint that was due yesterday. Please email them to me.
Further, I have yet to receive a response to my proposed scheduling order.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820



10/13/2005

**Main Identity**

From: "Simmons" <simmons@Route24.net>
To: <danielp@skklawyer.com>
Sent: Thursday, October 13, 2005 1:54 PM
Subject: case no. 05-1241

Mr. Schuerling,

I did not receive any response to my complaint from you via U.S. Mail or email today. My mail is delivered at 11:30 a.m...

Kenneth Simmons



10/13/2005

## Main Identity

**From:** "Simmons" <simmons@Route24.net>
**To:** <debd@skklawyer.com>
**Sent:** Friday, October 14, 2005 7:50 AM
**Subject:** case no.05-1241

Ms. Dillon,

On 9-19-05, via email, you informed me that in the future you would not only send me hard copies, via u.s. mail, of any filings in this case but that you would email them as well. Your response to my claim was due on the 12th, and I have yet to receive a copy via email or u.s. mail. You firm has yet to provide a scheduling order for my review or respond to my proposed discovery schedule.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net



(E)

10/14/2005

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             CASE NO. 04-1241

CACI
Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Motion for Default was sent via U.S.Mail before 5 p.m. this 10-14-05 to the attorney of record. Notice sent via email as well.

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820