```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                       PEORIA DIVISION
```

KENNETH W. SIMMONS,                )
                                   )
v.                                 )    Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI)  )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON October 25, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

```
                    s/ Michael L. Hill
                    Bar Number: 6284881
                    Attorney for Defendant
                    Schuering & Associates, P.C.
                    3050 Montvale Drive, Suite B
                    Post Office Box 9622
                    Springfield, Illinois 62791-9622
                    Telephone: (217) 698-6060
                    Facsimile: (217) 698-6161
                    Email:michael.hill@skklawyer.com
```