E-FILED
Tuesday, 25 October, 2005  04:21:12 PM
Clerk, U.S. District Court, ILCD

```
                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
                         PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**<u>AGREED LOCAL RULE 16.2(e) SCHEDULING ORDER</u>**

NOW COMES the Parties by and through their respective attorneys and for their Agreed Local Rule 16.2(e) Scheduling Order pursuant to CDIL-LR (26.2) 3, Rule 26(f) and CDIL-LR 16.2(e), hereby admits the Agreed Scheduling Order for approval of the Court.

1.  On October 25, 2005, the following parties and attorney of record met, via telephone conference, to discuss the various matters required by Rule 26(f) of the Federal Rules of Civil Procedure:

    A.  Michael L. Hill
        Schuering & Associates, P.C.
        3050 Montvale Drive, Suite B
        P.O. Box 9622
        Springfield, Illinois 62791-9622

    B.  Kenneth W. Simmons
        Pro Se
        12836 Appenzeller Road
        Mackinaw, Illinois 61755

2.  The Parties agree that all Parties which have not yet made their Rule 26 Disclosure shall be required to make these disclosures by November 27, 2005.

3.  Amendment of Pleadings.  The Parties agree to a deadline of January 1, 2006 for amendment of pleadings.

4.  Joined or Additional Parties.  The Parties agree to a deadline of January 1, 2006 to join additional parties to this lawsuit.

5.  Disclosure of Opinion Witnesses.  The Parties agree to a disclosure of opinion witnesses as follows:

    a.  Plaintiff to disclose expert witnesses and provide the requisite reports by January 1, 2006;

      b.    Plaintiff to provide such experts for deposition to the Defendant, if the Defendant so desires, by January 1, 2006; and,

      c.    Defendant to disclose expert witnesses by February 1, 2006.

      d.    Defendant to provide such experts for deposition to the Plaintiff, if the Plaintiff so desire, by February 1, 2006.

6. Completion of Discovery. The date for completion of written discovery is April 1, 2006. The date for completion of expert discovery shall be 3/1/2006. Any written discovery served subsequent to the date of this Order is to be served by such a date that allows the served party the full 30 days provided by the Rules of Procedure in which to reply.

7. Any Motions to Compel or other Motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than 30 days following the event that is the subject of the Motion. The parties are required to meet and confer on any discovery dispute as required by Rule 37 (a) within said 30 day period.

8. Filing of Dispositive Motions. The parties agree to a deadline to file dispositive motions by June 1, 2006.

By: s/Michael L. Hill  
    Michael L. Hill Bar #6284881  
    Attorney for Defendant  
    Schuering & Associates, Inc.  
    3050 Montvale Dr., Ste B  
    Springfield, IL 62704  
    Telephone: (217)698-6060  
    Fax: (217)698-6161  
    E-mail:michael.hill@skklawyer.com

By: s/Kenneth W. Simmons  
    Kenneth W. Simmons, Plaintiff,  
    Pro Se  
    12836 Appenzeller Road  
    Mackinaw, Illinois 61755  
    Simmons@route24.net

```
                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS
                         PEORIA DIVISION
```

KENNETH W. SIMMONS,                )
                                   )
v.                                 )    Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY THAT ON October 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

```
                        _  s/ Michael L. Hill
                           Bar Number: 6284881
                           Attorney for Defendant
                           Schuering & Associates, P.C.
                           3050 Montvale Drive, Suite B
                           Post Office Box 9622
                           Springfield, Illinois 62791-9622
                           Telephone: (217) 698-6060
                           Facsimile: (217) 698-6161
                           Email:michael.hill@skklawyer.com
```