```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**RULE 11.3 CERTIFICATE OF INTEREST**

NOW COMES the Defendant, Consumer Adjustment Company, Inc., by and through its attorneys, SCHUERING & ASSOCIATES, P.C., and the undersigned, counsel of record for Consumer Adjustment Company, Inc., furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in this case;

    Consumer Adjustment Company, Inc.

2. If such party or amicus is a corporation;

    a. There is no parent corporation.

    b. No publicly held companies own stock in the Defendant corporation.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this case.

    Schuering & Associates, P.C.
    3050 Montvale Drive, Suite B
    P.O. Box 9622
    Springfield, IL 62791-9622
    Telephone No. (217)698-6060

Date:   October 31, 2005

          Respectfully submitted,

**SCHUERING & ASSOCIATES, P.C.**

s/ Daniel P. Schuering
Bar Number: 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
Email: danielp@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, | ) |
| | ) |
| v. | ) Case No: 05-1241 |
| | ) |
| CONSUMER ADJUSTMENT COMPANY (CACI) | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY THAT ON October 31, 2005, I electronically filed the foregoing Rule 11.3 Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have emailed and mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

<u>s/ Daniel P. Schuering</u>
Daniel P. Schuering
Reg. # 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
danielp@skklawyer.com