**E-FILED**
Tuesday, 01 November, 2005  11:51:31 AM
Clerk, U.S. District Court, ILCD

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS @ROUTE24.NET

**FILED**

NOV - 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

October 31, 2005
Re: case no. 05-1241

Clerk,

I received the attached order from the court , but nothing regarding the rule 16 scheduling conference
that was held via telephone on the same day as this text order entered. If it has been entered, I have received
nothing on it. Thank-you.
Further , per Rule 45(a)(3), I am requesting three subpoena's issued. I have provided a self addressed
stamped envelope.

Thank- you
K w

## Multi-Action Order
### 1:05-cv-01241-JBM-JAG Simmons v. CACI

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from RK, ilcd entered on 10/27/2005 at 3:20 PM CDT and filed on 10/27/2005

**Case Name:**     Simmons v. CACI
**Case Number:**     1:05-cv-1241
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ONLY ORDER denying [12] Motion for Order for default. Although technically the defendant's answer was filed 2 days late, default is only proper where the defendant has failed to defend. That cannot be said in this case, where defendant has filed documents and appeared for hearing. Pro Se plaintiff is also reminded that under Local Rule CDIL 11.1, a current address and telephone number is to appear on every pleading or other document filed in this court. Entered by Judge John A. Gorman on 10/27/05. (RK, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering     danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Kenneth W Simmons
12836 Appenzeller
Mackinaw, IL 61755