E-FILED
Friday, 04 November, 2005  09:37:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                               CASE NO. 05-1241
CACI
DEFENDANT

FILED
NOV - 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for an Order

On 10-31-05, the Plaintiff requested that the Clerk "issue" three subpoena's per rule 45(a)(3). The Clerk refused. The Clerk provided unsigned and undated subpoena's.
  Therefore the Plaintiff requests the Court Order the Clerk to provide, at the Clerk's expense for postage, three subpoena's signed, dated, and stamped with the court seal, to the Plaintiff.

KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

JENNISTRA M. SIMMONS
1536 APPENZELLER RD.
MACKINAW, ILLINOIS 61755

October 31, 2005
Re: case no. 05-1241

Clerk,

    I received the attached order from the court, but nothing regarding the rule 16 scheduling conference that was held via telephone on the same day as this text order entered. If it has been entered, I have received nothing on it. Thank-you.

    Further, per Rule 45(a)(3), I am requesting three subpoena's issued. I have provided a self addressed stamped envelope.

Thank-you

K. W____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                            CASE - NO. 05-1241

CACI
DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff's motion for court order, was sent via U.S. Mail, postage paid, to the attorney of record this 11-3-05 before 5p.m..
certified # 7002 2030 0003 8195 8121

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820