E-FILED
Wednesday, 09 November, 2005, 11:09:42 AM
Clerk, U.S. District Court, ILCD

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

Kenneth W. Simmons

v.

CACI

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-1241

TO: PEKIN MEMORIAL HOSPITAL

NOV - 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED RIDER

| PLACE | DATE AND TIME |
| --- | --- |
| 1306 Appenzeller rd. MACKINAW, IL 61755 | 11-29-05  9:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| John M. Waters, Clerk | 11-8-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

100 N.E. Monroe Peoria, IL 61602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-8-05 | 7003 1010 0000 7005 0525<br>MACKINAW POST OFFICE |
| | SERVED ON (PRINT NAME) | MANNER OF SERVICE |
| | PEKIN HOSPITAL | CERTIFIED 7003 1010 0000 7005 0525 |
| | SERVED BY (PRINT NAME) | TITLE |
| | Ken Simmons | PRO SE PLAINTIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11-8-05
DATE

SIGNATURE OF SERVER

12836 Lippelbn rd.
ADDRESS OF SERVER

mahin ill. 61755

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                      CASE NO.05-1241
CACI
DEFENDANT

RIDER

All documents related to billing and account # 63083206, Kenneth W. Simmons, 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, 9-7-1963, 12836 Appenzeller Rd. Mackinaw, Ill. 61755.

All documents related to Consumer Adjustment Company, Inc. 12855 Tesson Ferry, St. Louis Mo. 63128, Box 270480 St. Louis Mo. 63217, 1-877-449-4411.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS@ROUTE24.NET

---

November 8, 2005
RE: 05-1241, subpoena

Clerk,

The attached subpoena was served via U.S. Mail upon Pekin Hospital. File the copy enclosed, I do not need a copy for my records.