E-FILED
Wednesday, 09 November, 2005  03:28:42 PM
Clerk, U.S. District Court, ILCD

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                       PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**CERTIFICATE OF SERVICE**

The undersigned certifies that a Certificate of Service was filed with the United States District Court, Central District of Illinois, Peoria Division, for Defendant's Interrogatories To Plaintiff, Request To Produce Documents and copies of said documents were served on the Plaintiff of record by sending via email at simmons@route24.net, and via Certified Mail, Return Receipt Requested, on this 9th day of November, 2005, addressed to the Plaintiff at 12836 Appenzeller Road, Mackinaw, Illinois 61755, his residential address as disclosed by the pleadings of the record herein.

```
                            s/ Michael L. Hill
                         Michael L. Hill
                         Reg. # 6284881
                         Attorney for Defendant
                         Schuering & Associates, P.C.
                         3050 Montvale Drive, Suite B
                         Springfield, Illinois 62704
                         Telephone: (217) 698-6060
                         Facsimile: (217) 698-6161
                         michael.hill@skklawyer.com
```