E-FILED
Thursday, 10 November, 2005 04:46:29 PM
Clerk, U.S. District Court, ILCD

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

Simmons
   V.
CACI

SUBPOENA IN A CIVIL CASE

FILED
NOV 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number:[1]  05-1241

TO: U.S. CELLULAR

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| 12836 APPENZELLER RD. MACKINAW IL. 61755 | 11-22-05 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| John M Waters Clerk | 11-9-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

100 N.E. MONROE PEORIA, IL 61602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 11-9-05 | POST OFFICE MACKINAW, IL |

SERVED ON (PRINT NAME): U.S. CELLULAR

MANNER OF SERVICE: CERTIFIED # 7002 2030 0003 8195 8183

SERVED BY (PRINT NAME): Ken Simmons

TITLE: PRO SE PLAINTIFF

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11-9-05
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: 12836 Appenzeller rd.
Mackinaw IL 61755

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                              CASE NO.05-1241
CACI
DEFENDANT

## RIDER

All documents/records regarding/related to the above mentioned parties. All records/documents related/relevant to phone numbers 309-635-7301, 309-635-9697and 1-877-449-4411 from 11-1-04 thru 3-31-05. All documents/records of call times, duration, origin, dialed, called, dates, etc.. All charts, manuals, books etc. needed to decipher phone records, logs etc..

Kenneth W. Simmons                               KENNETH W. SIMMONS
12836 Appenzeller Rd.                            Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net