UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

FILED
NOV 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion to amend complaint

The Plaintiff requests the Court allow the Plaintiff to amend the complaint to include an additional 135 counts of violating Title 15 section 1692, between the dates of 2-19-05 thru 3-31-05.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                     CASE NO.05-1241
CACI
DEFENDANT

Certificate of Service

The undersigned certifies that a copy of the Plaintiff's motion to amend was sent to the attorney of record via U.S. Mail postage paid, before 5 p.m. this 11-9-05.

Kenneth W. Simmons                       KENNETH W. SIMMONS
12836 Appenzeller Rd.                    Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net