**E-FILED**
Monday, 14 November, 2005 12:21:11 PM
Clerk, U.S. District Court, ILCD

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

FILED
NOV 1 4 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth Simmons
V.
CACI

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-1241

TO: TAZEWELL COUNTY SHERIFF'S OFFICE - SHERIFF

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED

| PLACE | DATE AND TIME |
| --- | --- |
| 1286 Appenzeller rd. MACKINAW, IL 61755 | 9:00 A.M. 11-28-05 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-10-05 | MACKINAW POST OFFICE |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| TAZEWELL COUNTY SHERIFF | certified # 7002 2050 0003 8195 8169 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Ken Simmons | PRO SE PLAINTIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    11-10-05
               DATE

SIGNATURE OF SERVER

12836 Appenzeller Rd.
ADDRESS OF SERVER

Mackinaw, IL 61755

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                              CASE NO.05-1241
CACI
DEFENDANT

## RIDER

All documents related/relevant to prisoner/inmate rights. All documents related/relevant to indigent/pauper prisoner/ inmate or persons in custody medical care. All documents relevant to related to Kenneth W. Simmons 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, 9-7-63, 12836 Appenzeller Rd. Mackinaw Illinois 61755, medical bills etc..

Kenneth W. Simmons                               KENNETH W. SIMMONS
12836 Appenzeller Rd.                            Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS@ROUTE24.NET

---

November 10, 2005
Re; case no. 05-1241
Subpoena

Clerk,

File the enclosed copy of a subpoena served in this case.