E-FILED
Wednesday, 16 November, 2005, 11:09:55 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

NOV 1 6 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

## MOTION TO COMPEL

On 11-8-05, the Plaintiff served upon Pekin Hospital a subpeona, see exhibits A thru E.
On 11-15-05 the Plaintiff received the attached response, exhibits F & G.
On 11-15-05 the Plaintiff contacted Pekin Hospital via telephone informing the Hospital that the documents were incomplete and not responsive to my subpoena.
 The subpoena clearly states, though the Hospital made no objections to said subpoena, ALL DOCUMENTS RELATED TO KENNETH W. SIMMONS, 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,
 etc..
 As well as all documents related to CACI, whom claimed ,attached exhibit H, to represent Pekin Hospital.
 The Plaintiff has attached a certifcate that the parties conferred.
 The Plaintiff requests the Court order the party, Pekin Hospital, to provide all documents related to the parties of Simmons and CACI.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF _____

Kenneth W. Simmons
v.
CACI

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-1241

TO: PEKIN MEMORIAL HOSPITAL

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED RIDER

| PLACE | DATE AND TIME |
|---|---|
| 12836 Appenzeller rd. MACKINAW, IL 61755 | 11-29-05  9:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| John M. Waters, Clerk | 11-8-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

100 N.E. MONROE PEORIA, IL 61602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

(A)

[1] If action is pending in district other than district of issuance, state district under case number.

|  | PROOF OF SERVICE | |
|---|---|---|
|  | DATE | PLACE |
| SERVED | 11-8-05 | 7003 1010 0000 7005 0525 MACKINAW POST OFFICE |
| SERVED ON (PRINT NAME) |  | MANNER OF SERVICE |
| PEKIN HOSPITAL |  | CERTIFIED 7003 1010 0000 7005 0525 |
| SERVED BY (PRINT NAME) |  | TITLE |
| Ken Simmons |  | PRO SE PLAINTIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   11-8-05
              DATE

SIGNATURE OF SERVER

12836 Springelbe rd.
ADDRESS OF SERVER

Malvin Il. 61755

(B)

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS@ROUTE24.NET

---

November 8, 2005

Pekin Hospital,

   Please submit a detail description of costs incurred in responding to the attached subpoena for payment by the Plaintiff.

*[signature: K~S]*

(C)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                          CASE NO. 05-1241
CACI
DEFENDANT

### RIDER

All documents related to billing and account # 63083206, Kenneth W. Simmons, 12836 Appenzeller Rd, Mackinaw, Ill. 61755.
All documents related to Consumer Adjustment Company, Inc. 12855 Tesson Ferry, St. Louis Mo. 63128, Box 270480 St. Louis Mo. 63217, 1-877-449-4411.



KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

(D)


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 1010 0000 7005 0875**
Status: **Delivered**

Your item was delivered at 7:32 am on November 09, 2005 in PEKIN, IL 61554.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]


POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        11/15/2005

P.O. BOX 981109
EL PASO, TX 79998-1109
USA

## EXPLANATION OF BENEFITS

Please Retain for Future Reference
PEKIN MEMORIAL HOSPITAL / PIN: 0006251200
Check No: 09617/012824184
Page 15 of 17

**Patient Name: KENNETH W SIMMONS**
Patient Account: 0006073091 0001    Patient ID #: 0353602334
Member ID: W061379556

Relation: Self
DIAG: 8472

Member: KENNETH W SIMMONS
Group Name: UNITED PARCEL SERVICE OF AMERICA, INC.
Claim ID: EPPJCZD3K00

Group Number: 80749B-12-548 M AAAO20
Product: Major Medical
Network ID: 02003 BCE EMERGIS NAP

| SERVICE DATES | PL | SERVICE CODE | NUM. SVCS | SUBMITTED CHARGES | NEGOTIATED AMT | COPAY AMOUNT | NOT PAYABLE | SEE REMARKS | DEDUCTIBLE | CO INSURANCE | PATIENT RESP | PAYABLE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/16/04 | 23 | 250 | | 95.80 | | | 95.80 | 1 | | | 95.80 | 0.00 |
| 06/16/04 | 23 | 450 | | 256.00 | | | 256.00 | 1 | | | 256.00 | 0.00 |
| 06/16/04 | 23 | 450 | | 110.00 | | | 110.00 | 1 | | | 110.00 | 0.00 |
| 06/16/04 | 23 | 981 | | 226.00 | | | 226.00 | 1 | | | 226.00 | 0.00 |
| **TOTALS** | | | | 687.80 | | | 687.80 | | | | 687.80 | 0.00 |

ISSUED AMT:    NO PAY

**Remarks:**
1 - Our records indicate that the member's coverage terminated before you provided these services. The member is responsible for the charge(s).

For Questions Regarding This Claim P.O. BOX 14079 LEXINGTON, KY 40512-4079
USA
CALL (800) 237-0575 FOR ASSISTANCE
Note: All inquiries should reference the ID number above for prompt response.

Total Patient Responsibility:    $687.80
Claim Payment:


(F)

Date: 11/10/2005 13:33:32

**PEKIN HOSPITAL**

600 S 13TH STREET
PEKIN, IL 615544969

Phone #: (309) 347-1151
Federal ID: 370692351

Page 1 of 1

| PATIENT NAME | FACILITY | VISIT ID | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|
| SIMMONS, KENNETH W | 01 | 0005073091-0001 | C | | 06/16/2004 | 06/16/2004 |

| | | | | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|---|---|---|
| TO: | SIMMONS, KENNETH W | | | | 06/16/2004 | 06/16/2004 |
| | 12836 APPENZELLER | | | | | |
| | MACKINAW, IL 61755 | | TYPE | E | EMERGENCY CENTER O/P | |
| | | | ATTEND PHY | 00732 | HILLMAN, BETH M | |

Primary Insurance          Secondary Insurance          Tertiary Insurance
AETNA

P.O.BOX 26053
GREENSBORO, NC 27420
353602334
60749912548

| CHARGE CODE | | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 352785 | IF040616HM | 06/16/2004 | NORFLEX INJ. 30MG. 2ML. | | 1 | 76.50 | 76.50 |
| 352839 | IF040616HM | 06/16/2004 | TORADOL 60 MG INJ | | 1 | 15.30 | 15.30 |
| 356065 | IF040616HM | 06/16/2004 | VICODIN TABLET (BANCAP-HC/ZYDONE) | | 2 | 2.00 | 4.00 |
| 356065 | IF040616HM | 06/16/2004 | VICODIN TABLET (BANCAP-HC/ZYDONE) | | -2 | 2.00 | -4.00 |
| 356065 | IF040616HM | 06/16/2004 | VICODIN TABLET (BANCAP-HC/ZYDONE) | | 2 | 2.00 | 4.00 |
| | | | 250 PHARMACY | | 4 | | 95.80 |
| 051631 | IF040616HM | 06/16/2004 | ICE COLLAR DISP. | | 1 | 0.00 | 0.00 |
| | | | 279 OTHER SUPPLIES | | 1 | | 0.00 |
| 070202 | PH0_Other | 06/16/2004 | CLASS II EXPRESS CARE 24 LEVEL II ER | 99282 | 1 | 110.00 | 110.00 |
| 073140 | PH0_Other | 06/16/2004 | INJECTION SUBQ OR IM | 90782 | 2 | 128.00 | 256.00 |
| | | | 450 EMERG ROOM | | 3 | | 366.00 |
| 079204 | PH0_Other | 06/16/2004 | EMERGENCY CENTER PHYSICIAN FEE - III | 99283 | 1 | 226.00 | 226.00 |
| | | | 981 PRO FEE/ER | | 1 | | 226.00 |
| CT2545 | 072004 L2 | 07/20/2004 | AETNA PAYMENT    L | | 1 | 0.00 | 0.00 |
| | | | Z01 PAYMENTS | | 1 | | 0.00 |
| | | | | TOTAL CHARGES | | | 687.80 |

RECEIVED
11-15-05
KWS

INS PAYMENTS/ADJUSTMENTS       0.00

\*\*\*\* INVOICE TOTAL       687.80



(G)



P.O. Box 270480 • St Louis MO 63127
Toll Free 1-877-449-4411    (314) 842-6585

| Provider | Ref. Code | Date of Service |
|---|---|---|
| PEKIN HOSPITAL | 0005073091-0001 | 06/16/20██ |

February █, ████
Account #: ████
Total Amount Due: ████
Total Amt. Due: ████

CACi is a professional collection agency for the above creditor. The above listed unpaid amounts have been placed with our office for collection.

Our Client's instructions are clear. Resolve the above account(s) using all available means that are permitted under federal, state or local law. That is our intent.

Contact our office today to resolve this delinquent matter and discuss your payment options. Your failure to respond to this notice or cooperate with us to resolve this matter will not make it go away. Take advantage of this opportunity to talk to our professional account representatives. We are sure that you want to resolve this issue as much as we do.

We may be able to help you establish a repayment plan through one of our many convenient payment methods.

This communication is from a professional debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please be advised that if your personal check is returned due to non-sufficient funds, a $20.00 service charge will be added to your account and paid out of first monies collected.

**Please see the reverse side for important additional information.**

COADTWU1520758006

*** Please detach below and return in the enclosed envelope with your payment ***

P.O. Box 270480
St Louis MO 63127
Address Service Requested

Toll Free 1-877-449-4411
(314) 842-6585

(H)

Account #:  S84229
Total Amount Due:  $687.80

S84229-WU1  005771
Kenneth W Simmons
12836 Appenzeller Rd
Mackinaw IL 61755-9422

CACi
P.O. Box 270480
St Louis MO 63127-0480

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                             CASE NO.05-1241
CACI
DEFENDANT

### CERTIFICATE THE PARTIES CONFERRED

The undersigned certifies that on 11-15-05, the Plaintiff called Pekin Hospital and requested the information requested in the attached subpoena. The party refused to provide the documents.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                    CASE NO. 05-1241
CACI
DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's motion to compel was sent via mail postage paid, to Pekin Hospital on 13th st. Pekin, and to the attorney of record, before 5p.m. this 11-15-05.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se