UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSUMER ADJUSTMENT COMPANY (CACI) )<br>)<br>Defendant. ) | Case No: 05-1241 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON November 23, 2005, I filed the foregoing Rule 26 Initial Disclosure with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net), and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Daniel P. Schuering
Daniel P. Schuering
Reg. # 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
danielp@skklawyer.com