**E-FILED**
Wednesday, 23 November, 2005  01:59:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                       )
v.                                     )     Case No: 05-1241
                                       )
CONSUMER ADJUSTMENT COMPANY (CACI) )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON November 23, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Response to Interrogatories and Response to Request To Produce Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

        s/ Daniel P. Schuering
        Daniel P. Schuering
        Reg. # 6206387
        Attorney for Defendant
        Schuering & Associates, P.C.
        3050 Montvale Drive, Suite B
        Springfield, Illinois 62704
        Telephone: (217) 698-6060
        Facsimile: (217) 698-6161
        danielp@skklawyer.com