UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 05-1241 |
| ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI), ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc., by and through its attorneys, Schuering & Associates, P.C., and, for its Motion To Dismiss the above-captioned cause, states:

1. On August 23, 2005, an Application To Proceed Without Payment of Fees and Affidavit was filed by the Plaintiff, a copy of which is attached hereto as "Exhibit A" and incorporated herein by reference;

2. That the Plaintiff states therein that he has no residence;

3. That the Plaintiff states therein that he has no income or benefits of any sort;

4. That the Plaintiff states that the only property he owns is a 1990 GMC Jimmy worth approximately $350.00;

5. That these disclosures would indicate that the Plaintiff has no means to pay for the basic necessities of life: Plaintiff cannot pay for food, shelter or clothing, yet is still able to maintain telephone service, live at 12836 Appenzeller Road, send

documents via Certified Mail, and maintain internet services for reception of email;

6. That the Plaintiff has indicated in Exhibit A that he does not receive any sort of financial assistance from any source;

7. That such facts indicate that the Plaintiff has not been truthful on his Affidavit To Proceed In Forma Pauperis filed in this matter;

8. That the Defendant has incurred expenses, costs and reasonable attorneys fees in the defense of this action that will not be recovered if the Plaintiff's status as a pauper is allowed to stand;

9. That the Plaintiff's status as a pauper is based upon fraudulent information provided by the Plaintiff;

10. That the Plaintiff has filed fifteen (15) suits in the United States District Court for the Central District of Illinois since March, 2002;

11. That, of the fifteen (15) suits filed by the Plaintiff, the Plaintiff has applied for Leave To Proceed In Forma Pauperis eleven (11) times;

12. That, of those eleven (11) times, the Plaintiff has been denied pauper status five (5) times; and,

13. That pauper status was denied the Plaintiff in <u>Simmons vs. Tarby, Et Al.</u>, 05-CV-01280, which was filed on September 22, 2005, one month after the filing of this action.

14. That the economic circumstances of the Plaintiff had not changed between the date of application for leave to Proceed in Forma Pauperis in the instant case and in Simmons v. Tarby, et al. see copy of the Petition in Tarby which is attached hereto as "Exhibit B" and incorporated herein by reference;

15. That "a district court has considerable discretion to reconsider an earlier Order." Twitty v. Stepp, 2005 U.S. Dist. Lexis 17319 (Southern Dist. of Ill.). *See also* Cameo Convalescent Center v. Percy, 800 F.2d 108, 110 (7th Cir. 1986). "The district court has the discretion to make a different determination of any matters that have not been taken to judgment or determined an appeal."

16. That an Informa Pauperis case shall be dismissed "when allegations of poverty are false." 28USC 1915 (e) (2) (A), Thomas v. GMAC, 288 F. 3d 305, 306 (7th Cir. 2002), Sekendur v. Awonto AB, 2004 U.S. Dist. Lexis 22611 (Northern Dist. Of Illinois, Eastern Division).

17. That "Since the statute uses 'shall', dismissal is mandatory when the financial affidavit is false. Thomas v. General Motors Acceptance Corp., 288 F.3d 305, 306 (7th Cir. 2002). It is within the district court's discretion as to whether to dismiss the case with or without prejudice. Id. At 307 - 308; Mathis v. New York Life Insurance Co., 133 F.3d 546, 547-48 (7th Cir. 1998). The possible grounds for dismissing with prejudice have not been fully delineated in the case law, but it has been held that, when the

affidavit is intentionally false, it is within the Court's discretion to dismiss the case with prejudice. Id; <u>Chung v. Dushane</u>, 2003 U.S. Dist. LEXIS 22061, 2003 WL 22902561 (N.D. Ill. Dec. 9, 2003), aff'd by unpublished order sub nom., <u>Chung v. KPMG LLP</u>, 104 Fed. Appx. 576, 2004 WL 1435198 (7th Cir. 2004)". <u>Akpulonu v. McGowan</u>, No. 03 C4546 2004 U.S. Dist. Lexis 24318 (N. Dist. Il., Eastern Div.).

18.  That the Affidavit filed by the Plaintiff in this matter makes allegations of poverty that are false, or at best, the Affidavit is incomplete.

19.  That the action filed by the Plaintiff should be dismissed in accord with 28 USC 1915 (e) (2) (A), with prejudice.

20.  That, in the alternative, the Leave To Proceed In Forma Pauperis should be withdrawn pending the submission of a more complete Affidavit by the Plaintiff.

**WHEREFORE**, the Defendant moves this Court for an Order:

1.  Dismissing the Plaintiff's Complaint with prejudice pursuant to 28 USC §1915 (e) (2) (A); or, in the alternative,

2.  Withdrawing Leave To Proceed In Forma Pauperis pending a more complete Affidavit of the Plaintiff; and

3.  In the event of dismissal or a finding that the Plaintiff shall not be allowed to proceed In Forma Pauperis, that the Plaintiff pay all costs incurred by the Defendant in the defense of this lawsuit in the amount of $3,582.83.

```
                              Respectfully Submitted,
                              SCHUERING & ASSOCIATES, P.C.
                              By: s/_____
                              Daniel P. Schuering
                              Bar No. 6206387
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              danielp@skklawyer.com
```

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                     PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
           Plaintiff,            )
v.                               )    Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                 )
           Defendant.            )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON November 23, 2005, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/_____
Daniel P. Schuering
Bar No. 6206387
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
danielp@skklawyer.com

AO 240 (Rev. 9/96)

**EXHIBIT A**

E-FILED
Tuesday, 23 August, 2005 02:01:41 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## _____ DISTRICT OF _____

Kenneth Simmons
Plaintiff

V.

CACI
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05-1241

**FILED**
AUG 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __Kenneth Simmons__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [ ] Yes   [X] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? ____  Do you receive any payment from the institution? ____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      2001  UPS  E. PEORIA  9.75-HR

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [X] No
   b. Rent payments, interest or dividends   [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
   d. Disability or workers compensation payments   [ ] Yes   [X] No
   e. Gifts or inheritances   [ ] Yes   [X] No
   f. Any other sources   [ ] Yes   [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (Rev. 9/98)

4. Do you have any cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes" state the total amount. APPROX $84.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes" describe the property and state its value.   1990 GMC JIMMY APPROX 350.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8-22-05                          K u S
DATE                             SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                    _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

**EXHIBIT B**

1:05-cv-01214-MMM-JAG    # 1    Page 1 of

AO 240 (Rev. 9/95)

E-FILED
Thursday, 28 July, 2005 01:41:37 PM
Clerk, U.S. District Court, ILCD

# United States District Court

──────── DISTRICT OF ────────

Plaintiff SIMMONS

v. RYAN TARBY
TAZEWELL COUNTY
Defendant TAZEWELL SHERIFF

APPLICATION TO PROCEED
WITHOUT PREPAYMENT
FEES AND AFFIDAVIT

FILED
JUL 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 05-1214

I, Ken Simmons, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

In the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   UPS  200 ( 9.75 HR. WKLY
   CAM $ ST. E. PEORIA, IL.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends              [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments       [ ] Yes    [X] No
   e. Gifts or inheritances                             [ ] Yes    [X] No
   f. Any other sources                                 [ ] Yes    [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received an

(Rev. 9/96)

Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

If "Yes" state the total amount. APPROX. $20.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☒ No

If "Yes" describe the property and state its value.

1990 GMC JIMMY APPROX. $350.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NONE

I declare under penalty of perjury that the above information is true and correct.

7-26-05
DATE

_____
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER