```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION

KENNETH W. SIMMONS,                  )
                                     )
            Plaintiff,               )
v.                                   )   Case No: 05-1241
                                     )
CONSUMER ADJUSTMENT COMPANY (CACI)   )
                                     )
            Defendant.               )
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON November 28, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Supplemental Response to Plaintiff's Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

```
                              s/ Michael L. Hill
                              Michael L. Hill
                              Reg. # 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com
```