

E-FILED
Tuesday, 06 December, 2005 10:25:22 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-              CASE NO.05-1241
CACI
DEFENDANT

### PLAINTIFF'S RESPONSE
### DEFENDANT'S MOTION TO DISMISS

The Defendant's motion is confusing to the Plaintiff in that the facts the defendant makes are not facts at all. Plaintiff has answered 1 thru 20. I would request the court consider this, the defendant requested documentation of the Plaintiff's taxes yet provided nothing from the IRS to indicate income . No employer, no workers comp., no S.S.I., no unemployment, no disability, NOTHING TO INDICATE INCOME.

1. On July 20th 2005, Plaintiff requested an application to proceed from the clerk of the court, Exhibit A. Plaintiff agrees that Exhibit A of the defendants motion is the application provided by the court and filed by the Plaintiff.
2. This is a false statement by the defendant, with no evidence to support it, meant to mislead the court. Plaintiff CLEARLY indicates he resides at 12836 Appenzeller Rd. Mackinaw.
3. This is another false statement by the defendant , with no supporting evidence, meant to mislead the court. Plaintiff clearly indicates to the court that he has not within the past twelve months received money from any of the following sources, business, profession, or self employment, rent payments, interest or dividends,pensions, annuities or life insurance payments, disability or workers compensation payments, gifts or inheritances or other source.
4. Plaintiff did indicate on his application that the only property Plaintiff has ownership of is a 1990 GMC, the Plaintiff further, indicates at this time that he over valued the vehicle. $ 250 should indicate the value.
5. The Plaintiff is confused by this statement since the application did not request the Plaintiff's outstanding debts.
6. The Plaintiff indicated the he received no income for the tax years of 2004 and now 2005. Defendant provided nothing to prove otherwise.
7. The Plaintiff answered truthfully to all questions on application. The defendant provided nothing to substantiate thier self serving claim.
8. The Plaifftiff has no reason or evidence to dispute the defendants costs. Plaintiff denies that the defendant is able to recover any costs or attorney fees.
9. Plaintiff denies this allegation, further the defendant has not provided one piece of evidence to support this statement.
10. Plaintiff has filed numerous civil rights claims but is unsure of the number, further defendant provided no evidence to support this allegation.
11. Plaintiff is unsure of times I have filed for leave to prepay, defendant provides no proof to support thier claim.
12. Plaintiff has no information nor do I recall the number of denials, but can inform the court that in most denials it was because the Plaintiff failed to state a claim upon which relief can be granted therefore the court denied application to proceed. Defendant provided no proof to support thier self serving claim.
13. Plaintiff is unsure of the dates of Simmons v Tarby, Plaintiff destroyed these documents upon dismissal of action.
14. Plaintiff's income did not change.
15. The defendant has provided NO EVIDENCE whatsoever to support review of the past ruling.
16. The defendant has provided NO EVIDENCE to support thier allegation. The Plaintiff gave a true and accurate account of his income.
17. NO EVIDENCE WHATSOEVER THAT THE PLAINTIFF HAS AN INCOME. Plaintiff has no income.

18. The Plaintiff answered all questions on the application to proceed truthfully. Plaintiff filed a completed application.
19. Plaintiff denies that the application should be denied.
20. Plaintiff provided a complete affidavit as provided by the clerk, truthfully, completely and sworn to.

THEREFORE, the defendant having shown no evidence that the Plaintiff has an income or that the Plaintiff overlooked answering a question on his application, the motion to dismiss should be denied. The Plaintiff will answer any questions concerning income etc., that the court may have.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755

---

June 20, 2005

Dear Clerk,

   I request an application to proceed without prepayment of fees and affidavit.. Also, do you have a complaint form available for a claim under the Fair Debt Collections Practices Act? I am disable and can not get to the library so your response will be greatly appreciated.
   Upon filing a claim, complaint, how many copies do you require plus the original ? Also, when filing a motion how many copies do you require plus the original? Any information you can provide will be appreciated.

*K. W. [signature]*

(A)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                              case no. 05-1241

CACI
DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's answer to dismissal was sent via U.S.Mail to the attorney of record this 12-5-05 before 5 p.m...

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820