UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

## RULE 72 APPEAL

I request the Court, Judge McDade, review the court's ruling to quash the Plaintiff's subpoena that was served by the Plaintiff via certified mail. I did not, in person or personally, serve Pekin Hospital. This was clearly an unlawful ruling that was an abuse of discretion. This is an accepted practice, via certified mail and further Pekin Hospital did not object nor did they object to the information requested.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                  case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Plaintiff's rule 72 appeal was sent via U.S. Mail to the attorney of record this 12-6-05 before 5 p.m...

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820