```
         UNITED STATES DISTRICT COURT
         CENTRAL DISTRICT OF ILLINOIS
                PEORIA DIVISION
```

KENNETH W. SIMMONS,             )
                                )
              Plaintiff,        )
v.                              )    Case No: 05-1241
                                )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                )
              Defendant.        )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 8, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Supplemental Response to Plaintiff's Request To Produce with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com