UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

FILED
DEC 1 2 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion for Summary Judgement

The undisputed facts set forth below and documents attached are evidence to support a judgment for the Plaintiff and AGAINST the defendant. The Plaintiff reiterates his relief requested to include court costs etc..

UNDISPUTED FACTS

On 2-22-05 the defendant received a written letter, EXHIBIT (A) and (B), from the Plaintiff. The letter included, among other things, denial of the debt and a request to cease communication with the Plaintiff EXHIBITS (A) and (C).

COUNT 1 - On 2-24-05, Defendant communicated further with the Plaintiff via phone and caller ID, EXHIBIT (D), violating Title 15 section 1692 c (c).

COUNT 2 - On 2-24-05, Defendant caused the Plaintiff's phone to ring, EXHIBIT (D), causing the Plaintiff to be annoyed, to feel abused and harassed, violating Title 15 section d (5).

COUNT 3 - On 2-24-05, though the Plaintiff on 2-22-05 informed the defendant in writting that the Plaintiff denied/disputed the debt, EXHIBITS (A), (B), and (C), the Defendant failed to cease communication with the Plaintiff, EXHIBIT (D). Violation Title 15 section 1692 g (b).

COUNT 4 - On 3-7-05, Defendant communicated further with the Plaintiff via phone and caller ID, EXHIBIT (D), violating Title 15 section 1692 c (c).

COUNT 5 - On 3-7-05, Defendant caused the Plaintiff's phone to ring, EXHIBIT(A), causing the Plaintiff to be annoyed, to feel abused and harassed, violating Title 15 section 1692 d (5).

COUNT 6 - On 3-7-05, thought the Plaintiff on 2-22-05 informed the Defendant in writting that the Plaintiff denied/disputed the debt, EXHIBIT (A), (B), and (C), the Defendant failed to cease communication with the Plaintiff, EXHIBIT (D). Violation of Title 15 section 1692 g (b).

COUNT 7 - On 3-19-05, Defendant communicated further with the Plaintiff via phone, caller ID and voice mail, EXHIBITS (A), (B), and (D), violating Title 15 section 1692 c (c).

COUNT 8 - On 3-19-05, Defendant caused the Plaintiff's phone to ring, EXHIBITS (A) and (D), causing the Plaintiff to be annoyed, to feel abused and harassed, violating Title 15 section 1692 d (5).

COUNT 9 - On 3-19-05, though the Plaintiff on 2-22-05 informed the Defendant in writting that the Plaintiff denied/disputed the debt, EXHIBIT (A), (B), and (C), the Defendant failed to cease communication with the Plaintiff, EXHIBITS (A), (B), and (D). Violating Title 15 section 1692 g (b).

The Plaintiff requests a hearing on these matters.

*[signature]*

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw. Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

```
    WKD205RPG       Collector Prioritized Work        Comment Display Controls
 Debtor: S84229    or Search: .......................  Type: A  Direction:   F/B
 SIMMONS, KENNETH W            Ccrd           Occ:              SSN: 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
 12836 APPENZELLER             Pvcb      Emp: UNITED PARCEL SERVIC
                               Coll      Eadd DECATUR                       Call
 MACKINAW             IL 61755  58       Ecsz                                  X
 H-Phn: 309-635-9697  Prom:               DOB:  9/07/1963  Pmts:     Post:
 E-Phn: 000-000-0000  Prm$:       .00    Ltr:             Crd score
 X-Phn: 000-000-0000  Ext: 4/08/2005 Stat: CDC NO LTRS     Bal:       687.80
                                call-back   0800 1016
 Collector # 22 worked debtor 04/08/05    user CKA
 Status Change, was: ACT changed to: CDC                              a 15:43
 Collector # 22 worked debtor 03/29/05    user JAMIEC
 T9697 LMON                                                           a 09:41
 Collector # 22 worked debtor 03/19/05    user ANDREA
 T9697 NA                                                             a 08:37
 Collector #    worked debtor 02/25/05    user TCN
 TRES CONNECTED 60 SECONDS                                            a 12:43
 Collector # 22 worked debtor 02/22/05    user CKARY
 RECIEVED CORRESPONDENCE FROM DB SAYING THAT HE WAS INCARCERATED      a 16:10
  AT THE TIME OF SERVICES DENYING HE OWES THE BILL CLAIMS WE ARE      a 16:10

 Cmd Keys: 3=Debt Maint, 5=Debtor Maint, 6=Call Back, 7=End Job, 8=Summ/Detl
 16=Accurint    9=Mode Change, 13=DL#/CON Switch, 18=remove strategy actions
```



(A)

**Workdrive (rmMg0770.vrf) 200**

File Edit Records Help

Debtor: S000084229                              Workdrive            All Comments            All

**Name and Address**
SIMMONS, KENNETH W
12836 APPENZELLER
MACKINAW    IL  61755

**Codes**
Queue 99998
Collector 11
Agency 200
Status CDC

**Debtor Info**
SS# 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    Spouse
DOB 09/07/1963
Emp UNITED PARCEL SERVIC
Occ
Loc DECATUR
Email

**Agreement**
Prom Dt
Prom Amt    .00
Ext Dt 04/06/2005

**Phone Numbers**
Home (309) 635-9697
Empl

**Letters**
Code/Date
Series

**Balance**
F      .00
L   687.80

| Date | Type | ID | |
|---|---|---|---|
| 02/25/2005 | A |    | TRES CONNECTED 60 SECONDS < BY TCN/CONVERT AT 12:43:00 > |
| 02/22/2005 | A | 22 | RECIEVED CORRESPONDENCE FROM DB SAYING THAT HE WAS INCARCERATED  < BY CKARY/CON |
| 02/22/2005 | A | 22 | AT THE TIME OF SERVICE DESPITE OF GIVES THE BILL CLAIMS WE ARE  < BY CKARY/CONVERT |
| 02/22/2005 | A | 22 | HARRASSING HIM CONTINUE TO COLLECT THE BILL  < BY CKARY/CONVERT AT 16.10.44 > |
| 02/21/2005 | A |    | TRES LMOM  < BY TCN/CONVERT AT 00.00.09 > |
| 02/11/2005 | A | 22 | TS697 LMOM  < BY CKARY/CONVERT AT 16.50.03 > |

Mode: On Demand  Status: On Demand                                NUM                2:56 PM   10/13/2005



(B)

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755

---

February 18, 2005

CACI,
Account S 84229

I completely deny owing this money. I was in police custody, as I informed the other credit company that attempted to collect this ALLEGED debt; and I had a right to adequate medical care as a pauper. Further, Tazewell County requested your services, I DID NOT. This debt is owed by Tazewell County Sheriff's office. If you harass me again, I am allowed to recover damages in the state of Illinois.

*[signature]*

(c)

Switch : PEOR PEO2

| Start Date | Connect Time | Duration (Sec) | Orig Number | Dialed Digits | Called Number | Call Type | AN | 3W | CW | CF | MS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/2005 | 17:22:26 |  | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/1/2005 | 18:53:44 |  | 0000000000 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/7/2005 | 13:41:45 |  | 8774494411 | 6359697 | 3096359697 | L-M | N | N | N | N | N |
| 3/14/2005 | 10:19:18 |  | 3096359697 | 13096359697 | 3092329170 | M-L | N | N | N | N | N |
| 3/19/2005 | 08:37:16 | 000007 | 8774494411 | 6359697 | 3096359697 | L-M | Y | N | N | N | N |

AN: Call Answered    CF: Call Forwarding    CW: Call Waiting
3W: Three way calling    MS: Multiple switches



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                         CASE NO.05-1241
CACI
DEFENDANT

### AFFIDAVIT

I, Kenneth W. Simmons, depose and testify that the facts and documents attached to the motion for summary judgement are true and correct to the best of my knowledge.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS    DATE
Pro Se                12-8-05

"OFFICIAL SEAL"
CAROLYN RAEUBER
Notary Public, State of Illinois
My Commission Expires 5/30/07

Carolyn Raeuber 12/8/05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's motion for summary judgement was sent via U.S. Mail to the attorney of record this 12-8-05 before 5 p.m...

                                                K.W. Simmons
                                                Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820