**E-FILED**
Tuesday, 13 December, 2005  10:38:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                   )
                                      )
              Plaintiff,              )
                                      )
v.                                    )      Case No: 05-1241
                                      )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                      )
              Defendant.              )

**MOTION FOR AN EXTENSION OF TIME
TO PLEAD OR OTHERWISE RESPOND**

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and in support of its Motion For An Extension of Time To Plead or Otherwise Respond, states as follows:

1.  That the Plaintiff, Kenneth W. Simmons, filed a Motion For Summary Judgment in the above-referenced cause on December 12, 2005.

2.  That, on December 13, 2005, notice was filed by the Clerk of the U.S. District Court, John M. Waters, that CACI has 21 days from December 12, 2005, to respond to said Motion For Summary Judgment.

3.  That the time period in which the Defendant has to answer ends January 2, 2006.

4.  That this time frame encompasses the holidays of Christmas and New Years.

5.  That, due to shortage of staff over the holiday period in the offices of counsel for the Defendant and in the offices of the

Defendant, compliance with the 21-day period will result in much difficulty in the formulation of said Response.

6.    That an extension of 14 days beyond the 21 days given to respond will enable the Defendant to properly prepare a complete and more definite response to the Plaintiff's Motion For Summary Judgment.

7.    That this extension of time is not being requested to delay these proceedings or otherwise harass the Plaintiff.

**WHEREFORE**, the Defendant, CACI, respectfully moves this Court for an extension until January 16, 2006, in which to reply to the Motion For Summary Judgment filed by the Plaintiff in this cause.

Respectfully submitted,
SCHUERING & ASSOCIATES, P.C.
By: s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                      )
                                         )
                Plaintiff,               )
v.                                       )    Case No: 05-1241
                                         )
CONSUMER ADJUSTMENT COMPANY (CACI)  )
                                         )
                Defendant.               )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 13, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Motion For An Extension of Time To Plead or Otherwise Respond with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com