AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**
# UNITED STATES DISTRICT COURT
DISTRICT OF _____

RECEIVED
NOV 14 2005
Tazewell County Sheriff

Kenneth Simmons
V.

CACI

SUBPOENA IN A CIVIL CASE

Case Number:[1] 05-1241

TO: TAZEWELL COUNTY SHERIFF'S OFFICE - SHERIFF

FILED
DEC 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| 12836 Appenzeller rd. MACKINAW, IL 61755 | 9:00 A.M. 11-28-05 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| John M. Waters Clerk | 11-9-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

100 N.E. Monroe Peoria, IL 61602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

|  | PROOF OF SERVICE | |
|---|---|---|
|  | DATE | PLACE |
| SERVED | 11-10-05 | MACKINAW POST OFFICE |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
|  | | certified # 7002 2030 0003 8195 |
| SERVED BY (PRINT NAME) | | TITLE  8169 |
| TAZEWELL COUNTY SHERIFF | | |
| Ken Simmons | | PRO SE PLAINTIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  11-10-05
DATE

SIGNATURE OF SERVER

12836 Appenzeller rd.
ADDRESS OF SERVER

Mackinaw, IL 61755

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

## RIDER

All documents related/relevant to prisoner/inmate rights. All documents related/relevant to indigent/pauper prisoner/ inmate or persons in custody medical care. All documents relevant to related to Kenneth W. Simmons 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, 9-7-63, 12836 Appenzeller Rd. Mackinaw Illinois 61755, medical bills etc..

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

KENNETH W. SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS@ROUTE24.NET

November 10, 2005
Re; case no. 05-1241
Subpoena

Sheriff,

In your response to the attached subpoena, please include a detailed bill for costs to copy, to be paid upon receipt of, by the Plaintiff.

*KWS*

| | |
|---|---|
| Court: | Other    1:05-cv-01241-JBM-JAG    # 36    Page 1 of 6 |
| Number: | NE051241 |

**Process Payor :**

SIMMONS, KENNETH - 09/07/1963
353602334-Phone: CEL: (309) 635-9697 Ext.

**Address:**

12836 APPENZELLER RD
MACKINAW, IL 61755 - Occupied: No dates available.

**Title:**

KENNETH SIMMONS
VS

**Writ:** Subpoena

**Received:** _____
**Returned:** _____
**Bill Sent:** _____

## SHERIFF'S FEES

| | |
|---|---|
| Service: | $_____.___ |
| Mileage: (   ) Return: | $_____.___ |
| Commission | $_____.___ |
| Certificate of Sale | _____.___ |
| Certified Mail | _____.___ |
| Publication      Deed | _____.___ |
| | _____.___ |
| | _____.___ |
| Total: | $_____.___ |

**PERSONS TO BE SERVED**
**TAZEWELL COUNTY SHERIFF'S DEPT**
**Person Served:** Chief Stron
**Title:** _____
**Address:**
101 S CAPITOL STR   PEKIN, IL 61554 -
Occupied: No dates available.

**Sex:**              **Race:**

**D.O.B.:**

**Place:** SAme
**Time / Date of Service:** 11/15/05  10 Am
**By Whom:** Sheri Cleaver
**Mileage:** _____

**Court Date/Time:** 11/28/2005 09:00

## JACKET COMMENT

**Most Recent Address:**

**Employment:**
No Employment Information.

21658

Page 1  of  6

KENNETH SIMMONS
VS
Case Number: NE051241

**COURT PAPER TYPE :** Subpoena
**COURT PAPER SUMMARY:** -TAZEWELL COUNTY SHERIFF'S DEPT
**COURT PAPER STATUS:** Completed

**Individual Summary:** TAZEWELL COUNTY SHERIFF'S DEPT 101 S CAPITOL STR
PEKIN, IL  61554
**Individual Return / Service Status:** Served

Corporation Served this writ this 15 day of November, 2005,
by leaving a copy with: CHIEF DEPUTY TOM SIRON.

Served Sex: M      Served Race: W      Served DOB: __

Comment: CORP SERVICE @ 101 S CAPITOL, PEKIN, IL
Service, . . . . . . . . . . . . . . . $ 19.50
Miscellaneous Fees:

_____ SHERIFF

1 attempt(s) - 2 miles necessary travel from Tazewell County Sheriff's Office to
place of service of within named person and return,

$ .50 per mile . . . . . . . . . $ 1.00  By TCSO CIVIL PROCESS CLERK SHERLYN CLEAVER - ID # 1228

Return . . . . . . . . . . . . . . . $ .00
TOTAL . . . . . . . . . . . . . . . $ ~~20.50~~   *fees waived*

ATTACHMENTS:

Page 1   of 1

21658