E-FILED
Friday, 16 December, 2005   11:00:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

FILED
DEC 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## OBJECTIONS TO EXTENTION

The Defendant filed a motion to extend the time for filing a response to Plaintiff's motion for summary judgement. The attorney for the defendant has shown a pattern of not being diligent in thier defense of the complaint. This is the second extention of time requested by the defendant. The first, though I objected, was granted. The defendant indicates that they will not be able to respond to the motion, yet on the 14th they informed the Plaintiff that they would be filing a motion on the 21st.

The defendant it appears, can file a motion or respond if it is within thier own interests. The defendant merely filed the motion for an extention to harass the Plaintiff and to unreasonably delay the deadlines imposed by the Court. I request the court deny the motion and sanction the attorney of record. Furthermore, the attorney failed to confer with the Plaintiff on the matter before requesting the court intervene.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-   case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's motion was sent via U.S.Mail to the attorney of record this 12-15-05 before 5 p.m...

Kenneth W. Simmons   K.W. Simmons
12836 Appenzeller Rd.   Pro Se
Mackinaw, Ill. 61755
309-359-5820