**E-FILED**
Monday, 19 December, 2005  03:39:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,          )
                               )
        Plaintiff,      )
                               )
v.                          )    Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                               )
        Defendant.      )

## MOTION TO QUASH

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc., by and through its attorneys, Schuering & Associates, P.C., and for its Motion To Quash subpoenas served in the above-captioned cause, states as follows:

1.  That the Plaintiff, Kenneth W. Simmons, served a subpoena on Pekin Memorial Hospital on November 8, 2005.  A copy of this subpoena is attached hereto as Exhibit A and is incorporated herein by this reference.

2.  That Plaintiff Simmons served a subpoena on U.S. Cellular on November 9, 2005.  A copy of this subpoena is attached hereto as Exhibit B and is incorporated herein by this reference.

3.  That Plaintiff Simmons served a subpoena on the Tazewell County Sheriff's Department on November 10, 2005.  A copy of this subpoena is attached hereto as Exhibit C and is incorporated herein by this reference.

4.  That the Proof of Service on all three Exhibits was completed by Plaintiff Simmons.

5.    That all three Proofs of Service show that Plaintiff Simmons served the subpoenas by Certified Mail.

6.    That, regarding Exhibit C, the subpoena was served by Plaintiff Simmons on the Tazewell County Sheriff's Department which, subsequently, served the subpoena on Chief Deputy Tom Siron.

7.    That on December 2, 2005, the Honorable John A. Gorman entered an Order which states: "Under Rule 45 (b) (1), a party cannot serve a subpoena. The subpoena for Pekin Hospital is hereby quashed." A copy of the docket sheet containing this Order is attached hereto as Exhibit D and is incorporated herein by this reference.

8.    That the subpoenas served upon Tazewell County Sheriff's Department and U.S. Cellular were served by Plaintiff Simmons as evidenced by the Proofs of Service attached to Exhibits B and C.

9.    That Plaintiff Simmons is a party to these proceedings and is, therefore, per Rule 45 (b) (1), unable to serve subpoenas in this matter.

**WHEREFORE**, the Defendant moves this court for an Order:

1.    Quashing the subpoena served by Plaintiff Simmons on the Tazewell County Sheriff's Department;

2.    Quashing the subpoena served by Plaintiff Simmons on U.S. Cellular; and

3.    Granting the Defendant such further relief as the Court deems just under these circumstances.

Respectfully submitted,
SCHUERING & ASSOCIATES, P.C.
By: s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

EXHIBIT
A

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

*Kenneth W Simmons*
       V.

*C+C I*

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  *05-1241*

TO:  *PEORIA MEMORIAL HOSPITAL*

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

*SEE ATTACHED RIDER*

| PLACE | DATE AND TIME |
|---|---|
| *1306 Appenzeller rd. MACKINAW IL 61755* | *11-29-05  8:00 A.M.* |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | *11-8-05* |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| *100 N.E. Monroe PEORIA IL 61602* |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] if action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 11-8-05 | 7003 1010 0000 7005 0525  MACKINAW POST OFFICE |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| PEKIN HOSPITAL | CERTIFIED  7003 1010 0000 7005 0525 |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Ken Simmons | PRO SE  PLAINTIFF |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___11-8-05___
DATE

_____
SIGNATURE OF SERVER

___12836 Springdale rd.___
ADDRESS OF SERVER

___Mackinaw Ill. 61755___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                          CASE NO.05-1241
CACI
DEFENDANT


RIDER

All documents related to billing and account # 63083206, Kenneth W. Simmons, 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,
9-7-1963, 12836 Appenzeller Rd. Mackinaw, Ill. 61755.
All documents related to Consumer Adjustment Company, Inc. 12855 Tesson Ferry , St. Louis
Mo. 63128, Box 270480 St. Louis Mo. 63217, 1-877-449-4411.


Kenneth W. Simmons                          KENNETH W. SIMMONS
12836 Appenzeller Rd.                       Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

## UNITED STATES DISTRICT COURT

DISTRICT OF _____

EXHIBIT
_B_

*Simmons*

V.

*CACI*

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05-1241

TO:  U.S. CELLULAR

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

SEE RIDER ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| 12806 APPENZELLER RD MACKINAW IL 61755 | 11-22-05 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | 11-7-05 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Hon   V.E. MONROE   PEORIA IL 61602

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-9-05 | POST OFFICE MACKINAW, IL |

SERVED ON (PRINT NAME) — MANNER OF SERVICE

U.S CELLULAR        CERTIFIED # 7002 2030 0003 5195 8153

SERVED BY (PRINT NAME) — TITLE

Ken Simmons        PRO SE PLAINTIFF

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    11-9-05
                    DATE

                                        _____
                                        SIGNATURE OF SERVER

                                        12836 Applecreek Rd.
                                        ADDRESS OF SERVER

                                        Mackinaw, IL  61755

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI                                                    CASE NO.05-1241
DEFENDANT

RIDER

All documents/records regarding/related to the above mentioned parties. All records/documents related/relevant to phone numbers 309-635-7301, 309-635-9697and 1-877-449-4411 from 11-1-04 thru 3-31-05. All documents/records of call times, duration, origin, dialed, called, dates, etc.. All charts, manuals, books etc. needed to decipher phone records, logs etc..

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

EXHIBIT

tabbies®   C

ORIGINAL



E-FILED

ember, 2005  10:56:18 AM

k D.S. District Court, ILCD

RECEIVED

NOV 14 2005

Tazewell County Sheriff

AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF _____

_Kenneth Simmons_
              V.

_CACI_

### SUBPOENA IN A CIVIL CASE

Case Number:[1]   _05-1241_

FILED

DEC 1 4 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  _TAZEWELL COUNTY SHERIFF'S_
     _OFFICE – SHERIFF_

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

_SEE   RIDER   ATTACHED_

| PLACE | DATE AND TIME |
|---|---|
| _12836 Appenzeller rd. MACKINAW, IL- 61755_ | _9:00 A.M. 11-28-05_ |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _John M. Waters Clerk_ | _11-9-05_ |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

_100 N.E. MONROE  PEORIA, IL.  61602_

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 11-10-05 | MACKINAW POST OFFICE |

SERVED ON (PRINT NAME)                    MANNER OF SERVICE

TAZEWELL COUNTY SHERIFF    certified # 7002 2030 0003 8195
SERVED BY (PRINT NAME)                    TITLE                                    8169

Ken Simmons              PRo SE    PLAINTIFF

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    11-10-05
                    DATE

SIGNATURE OF SERVER

12836 Appenzeller rd.
ADDRESS OF SERVER

MACKINAW, IL 61758

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                         CASE NO.05-1241
CACI
DEFENDANT

### RIDER

All documents related/relevant to prisoner/inmate rights. All documents related/relevant to indigent/pauper prisoner/ inmate or persons in custody medical care. All documents relevant to related to Kenneth W. Simmons 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, 9-7-63, 12836 Appenzeller Rd. Mackinaw Illinois 61755, medical bills etc..

*K. WS*

Kenneth W. Simmons                          KENNETH W. SIMMONS
12836 Appenzeller Rd.                        Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W.  SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILLINOIS 61755
309-359-5280
SIMMONS@ROUTE24.NET

November 10, 2005
Re; case no. 05-1241
Subpoena

Sheriff,

In your response to the attached subpoena, please include a detailed bill for costs to copy, to be paid upon receipt of, by the Plaintiff.

**Court Date/Time:** 11/28/2005 09:00

**JACKET COMMENT**

**Most Recent Address:**

**Employment:**
No Employment Information.

Page 1 of 6

---

**PERSONS TO BE SERVED**

**TAZEWELL COUNTY SHERIFF'S DEPT**

**Person Served:** _Chuck Astin_

**Title:**

**Address:**
101 S CAPITOL STR   PEKIN, IL   61554 -
Occupied: No dates available.

**Sex:**     **Race:**

**D.O.B.:**

**Place:** _Same_

**Time / Date of Service:** _11/15/05  10 Am_

**By Whom:** _Shan Maura_

**Mileage:**

21658

---

**Court:** Other

**Number:** NE051241

**Process Payor :**
SIMMONS, KENNETH - 09/07/1963
353602334-Phone: CEL: (309) 635-
9697 Ext.

**Address:**
12836 APPENZELLER RD
MACKINAW, IL   61755 - Occupied: No
dates available.

**Title:**     KENNETH SIMMONS
            VS

**Writ:** Subpoena

**Received:**

**Returned:**

**Bill Sent:**

**SHERIFF'S FEES**

Service:     $ _____
Mileage: (    ) Return: $ _____
   Commission    $ _____
   Certificate of Sale
Certified Mail
Publication     Deed

           Total: $ _____

KENNETH SIMMONS
VS
Case Number:    NE051241

---

COURT PAPER TYPE : Subpoena
COURT PAPER SUMMARY: -TAZEWELL COUNTY SHERIFF'S DEPT
COURT PAPER STATUS: Completed

---

**Individual Summary: TAZEWELL COUNTY SHERIFF'S DEPT 101 S CAPITOL STR PEKIN, IL 61554**
**Individual Return / Service Status: Served**

Corporation Served this writ this _15_ day of _November_ , _2005_ ,
by leaving a copy with: CHIEF DEPUTY TOM SIRON .

Served Sex: M          Served Race: W          Served DOB: _

Comment: CORP SERVICE @ 101 S CAPITOL, PEKIN, IL
Service, . . . . . . . . . . . . . . . . $ 19.50
Miscellaneous Fees:

_____ SHERIFF

1 attempt(s) - _2_ miles necessary travel from Tazewell County Sheriff's Office to place of service of within named person and return,

$ .50 per mile . . . . . . . . . . . $ 1.00 By__TCSO CIVIL PROCESS CLERK SHERLYN CLEAVER - ID # 1228

---

Return . . . . . . . . . . . . . . . $ .00

TOTAL . . . . . . . . . . . . . . $ 20.50      fees waived

ATTACHMENTS:

21658

Page 1    of 1



13, 15, PRO SE, REFER

## U.S. District Court
## Central District of Illinois (Peoria)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01241-JBM-JAG

Simmons v. CACI
Assigned to: Judge Joe Billy McDade
Referred to: Magistrate Judge John A. Gorman
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 08/23/2005
Jury Demand: None
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Kenneth W Simmons**                 represented by    **Kenneth W Simmons**
                                                        12836 Appenzeller
                                                        Mackinaw, IL 61755
                                                        309-359-5820
                                                        PRO SE

V.

**Defendant**

**CACI**                              represented by    **Michael L Hill**
                                                        SCHUERING & ASSOCIATES PC
                                                        3050 Montvale Dr Ste B
                                                        PO Box 9622
                                                        Springfield, IL 62791-9622
                                                        217-698-6060
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Paul Schuering**
                                                        SCHUERING & ASSOCIATES PC
                                                        3050 Montvale Dr Ste B
                                                        PO Box 9622
                                                        Springfield, IL 62791-9622
                                                        (217) 698-6060
                                                        Fax: (217) 698-6161
                                                        Email: danielp@skklawyer.com
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2005 | 1 | PETITION TO PROCEED IN FORMA PAUPERIS filed and Complaint received against CACI, filed by Kenneth W Simmons.(RK, ilcd) (Entered: 08/23/2005) |
| 08/24/2005 | 2 | ORDER granting 1 Petition to Proceed In Forma Pauperis. It is further Ordered that the clerk issue summons and the U.S. Marshal serve a copy |

| | | |
|---|---|---|
| | | of the Complaint, Summons, and this Order upon Defendant as directed by the Plaintiff. All costs of service shall be advanced by the United States. Entered by Judge Joe Billy McDade on 8/24/05. (RK, ilcd) (Entered: 08/24/2005) |
| 08/24/2005 | 3 | COMPLAINT against CACI, filed by Kenneth W Simmons.(RK, ilcd) (Entered: 08/24/2005) |
| 08/24/2005 | 4 | Summons Issued as to CACI along with USM 285 Forms and forwarded with Complaint and ordering granting IFP status to US Marshal for service. (RK, ilcd) (Entered: 08/24/2005) |
| 09/12/2005 | 5 | NOTICE of Appearance of Attorney by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 09/12/2005) |
| 09/12/2005 | 6 | First MOTION for Extension of Time to File Answer re 3 Complaint by Defendant CACI. Responses due by 9/26/2005 (Schuering, Daniel) (Entered: 09/12/2005) |
| 09/13/2005 | 7 | TEXT ONLY ORDER granting 6 Motion for Extension of Time to Answer. CACI answer due 10/12/2005. Entered by Judge John A. Gorman on 9/13/05. (WW, ilcd) (Entered: 09/13/2005) |
| 09/13/2005 | | Rule 16 Scheduling Conference set for Thursday, 10/27/2005 at 11:00 AM by telephone (court will place call) before Magistrate Judge John A. Gorman. Parties to file an agreed discovery plan prior to the hearing. Entered by Judge John A. Gorman on 9/13/05. (WW, ilcd) (Entered: 09/13/2005) |
| 09/19/2005 | 8 | OBJECTION filed as Rule1 72 Appeal filed by Pro Se Plf Kenneth Simmons to Magistrate Judge's 9/13/05 Text Only Orders. (RK, ilcd) Modified on 9/19/2005 (RK, ilcd). (Entered: 09/19/2005) |
| 09/21/2005 | 9 | SUMMONS Returned Executed CACI served on 9/6/2005, answer due 9/26/2005. (RK, ilcd) (Entered: 09/21/2005) |
| 09/28/2005 | 10 | ORDER entered by Judge Joe Billy McDade on 9/28/05 AFFIRMING the Magistrate Judge's Order. (RK, ilcd) (Entered: 09/28/2005) |
| 10/14/2005 | 11 | ANSWER to Complaint by Defendant CACI.(RK, ilcd) (Entered: 10/14/2005) |
| 10/17/2005 | 12 | MOTION for Order for Default by Plaintiff Kenneth W Simmons. Responses due by 10/31/2005 (RK, ilcd) (Entered: 10/17/2005) |
| 10/25/2005 | 13 | NOTICE of Appearance of Attorney by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 10/25/2005) |
| 10/25/2005 | 14 | CERTIFICATE of Service/Counsel re 13 Notice of Appearance of Attorney *Michael L. Hill* by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 10/25/2005) |
| 10/25/2005 | 15 | REPORT of Rule 26(f) Planning Meeting by CACI. (Schuering, Daniel) (Entered: 10/25/2005) |
| | | |

| | | |
|---|---|---|
| 10/27/2005 | | TEXT ONLY ORDER denying 12 Motion for Order for default. Although technically the defendant's answer was filed 2 days late, default is only proper where the defendant has failed to defend. That cannot be said in this case, where defendant has filed documents and appeared for hearing. Pro Se plaintiff is also reminded that under Local Rule CDIL 11.1, a current address and telephone number is to appear on every pleading or other document filed in this court. Entered by Judge John A. Gorman on 10/27/05. (RK, ilcd) (Entered: 10/27/2005) |
| 10/27/2005 | | Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone for Rule 16 scheduling conference at 11:00 a.m. on Thursday, 10/27/05 - same held. Court sets the following schedule: Discovery due by 5/1/2006. Motions due by 6/1/2006. Final Pretrial Conference set for 10:30 on 10/12/2006 and Bench Trial set for 9:00 a.m. on 11/13/2006 both in person in Peoria (in Courtroom D) before Judge Joe Billy McDade. Parties agree that plaintiff agrees to accept service thru e-mail by defendants. Court will remain mailing out copies to plaintiff of courts entries. (Tape C-444 (2974 - end) (KB, ilcd) (Entered: 10/28/2005) |
| 10/31/2005 | 16 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by CACI. (Schuering, Daniel) (Entered: 10/31/2005) |
| 11/01/2005 | 17 | Letter from Pro Se Plf Simmons requesting text order of 10/27/05 and 3 subpoenas. (RK, ilcd) (Entered: 11/01/2005) |
| 11/04/2005 | 18 | MOTION for an Order by Plaintiff Kenneth W Simmons. Responses due by 11/18/2005 (RK, ilcd) (Entered: 11/04/2005) |
| 11/04/2005 | | Text Only ORDER granting 18 Motion for Order. Clerk is directed to issue 3 subpoenas in blank and send to plaintiff. Entered by Judge John A. Gorman on 11/4/05. (JB, ilcd) (Entered: 11/04/2005) |
| 11/09/2005 | 19 | Subpoena issued to Pekin Memorial Hospital by Pro Se Plf Kenneth Simmons. (RK, ilcd) (Entered: 11/09/2005) |
| 11/09/2005 | 20 | CERTIFICATE of Service. (Schuering, Daniel) (Entered: 11/09/2005) |
| 11/10/2005 | 21 | Subpoena issued to U.S. Cellular filed by Kenneth W Simmons. (RK, ilcd) (Entered: 11/10/2005) |
| 11/10/2005 | 22 | MOTION to Amend 3 Complaint by Plaintiff Kenneth W Simmons. Responses due by 11/24/2005 (RK, ilcd) (Entered: 11/10/2005) |
| 11/10/2005 | | TEXT ONLY ORDER denying 22 Motion to Amend/Correct. Plaintiff may refile the motion along with a proposed amended complaint. Entered by Judge John A. Gorman on 11/10/05. (JB, ilcd) (Entered: 11/10/2005) |
| 11/14/2005 | 23 | Subpoena issued to Tazewell County Sheriff's Office - Sheriff filed by Pro Se Plf Simmons. (RK, ilcd) (Entered: 11/14/2005) |
| 11/16/2005 | 24 | MOTION to Compel by Plaintiff Kenneth W Simmons. Responses due by 11/30/2005 (RK, ilcd) (Entered: 11/16/2005) |

| 11/23/2005 | 25 | CERTIFICATE of Service/Counsel *Rule 26 Initial Disclosure* by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 11/23/2005) |
| 11/23/2005 | 26 | CERTIFICATE of Service/Counsel *Response to Interrogs* by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 11/23/2005) |
| 11/23/2005 | 27 | First MOTION to Dismiss by Defendant CACI. Responses due by 12/7/2005 (Schuering, Daniel) (Entered: 11/23/2005) |
| 11/23/2005 | 28 | NOTICE to Pro Se Plaintiff re:filing of 27 First MOTION to Dismiss and response due w/i 14 days of its filing (HK, ilcd) (Entered: 11/23/2005) |
| 11/28/2005 | 29 | CERTIFICATE of Service/Counsel *Supplemental Response to Plaintiff's Interrogatories* by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 11/28/2005) |
| 12/02/2005 | | TEXT ORDER: Plaintiff's 24 Motion to Compel is DENIED. Under Rule 45(b)(1), a party cannot serve a subpoena. The subpoena for Pekin Hospital is hereby quashed. Entered by Judge John A. Gorman on 12/1/5. (HK, ilcd) (Entered: 12/02/2005) |
| 12/06/2005 | 30 | RESPONSE to 27 First MOTION to Dismiss filed by Plaintiff Kenneth W Simmons. (RK, ilcd) (Entered: 12/06/2005) |
| 12/07/2005 | 31 | OBJECTION filed as Rule 72 Appeal by Kenneth W Simmons re: subpoena issued to Pekin Hospital. (RK, ilcd) (Entered: 12/07/2005) |
| 12/08/2005 | 32 | CERTIFICATE of Service/Counsel *Supplemental P's Req to Produce* by Daniel Paul Schuering on behalf of CACI (Schuering, Daniel) (Entered: 12/08/2005) |
| 12/12/2005 | 33 | MOTION for Summary Judgment by Plaintiff Kenneth W Simmons. Responses due by 1/2/2006 (RK, ilcd) (Entered: 12/12/2005) |
| 12/13/2005 | 34 | Letter from Clerk to Dft's counsel re: Plf filing a motion for summary judgment and their response ddl. (RK, ilcd) (Entered: 12/13/2005) |
| 12/13/2005 | 35 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Motion for Summary Judgment* by Defendant CACI. Responses due by 12/27/2005 (Schuering, Daniel) (Entered: 12/13/2005) |
| 12/14/2005 | 36 | AFFIDAVIT of Service for Subpoena served on Tazewell County Sheriff's Office on 11/28/05, filed by Kenneth W Simmons. (RK, ilcd) (Entered: 12/14/2005) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 12/14/2005 15:46:57 | | |
| **PACER Login:** | sc2798 | **Client Code:** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                        )
              Plaintiff,                )
v.                                      )    Case No: 05-1241
                                        )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                        )
              Defendant.                )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 19, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Motion To Quash with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 (simmons@route24.net).

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com