```
                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF ILLINOIS
                          PEORIA DIVISION
```

KENNETH W. SIMMONS,                )
                                   )
        Plaintiff,                )
v.                                 )   Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                   )
        Defendant.                )

## AMENDED CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT ON December 20, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Motion To Quash with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 and I have sent the document by email to simmons@route24.net.

                                            s/ Michael L. Hill
                                            Michael L. Hill
                                            Reg. # 6284881
                                            Attorney for Defendant
                                            Schuering & Associates, P.C.
                                            3050 Montvale Drive, Suite B
                                            Springfield, Illinois 62704
                                            Telephone: (217) 698-6060
                                            Facsimile: (217) 698-6161
                                            michael.hill@skklawyer.com