**E-FILED**
Tuesday, 20 December, 2005  03:22:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                     )
                                        )
                Plaintiff,              )
                                        )
v.                                      )     Case No: 05-1241
                                        )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                        )
                Defendant.              )

## MOTION TO STRIKE

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and for its Motion To Strike Defendant's Request To Produce and in lieu thereof, substitute Defendant's First Amended Request To Produce, states as follows:

1.  That Defendant filed a Certificate of Service with this Court on November 9, 2005, stating that a Request To Produce was sent to the Plaintiff in this matter.

2. That the Request To Produce contained scrivener's errors that were not noticed by counsel for the Defendant.

3.  That the Plaintiff filed responses to this Request To Produce in response to those errors on December 20, 2005.

4.  That the Defendant desires to amend the Request To Produce cited above to correct the scrivener's errors therein.  A copy of this Amended Request to Produce is attached hereto as Exhibit A and is incorporated herein by this reference.

**WHEREFORE**, the Defendant moves this Court for an Order:

1. Striking the Defendant's first Request To Produce in this matter.

2. Granting the Defendant leave to substitute Defendant's First Amended Request To Produce in lieu of the Request to Produce to be stricken herein.

3. Ordering the Plaintiff to comply with the Defendant's First Amended Request To Produce within twenty-eight (28) days of service thereof.

4. Granting such further relief to the Defendant that the Court deems just under the circumstances.

Respectfully Submitted,
SCHUERING & ASSOCIATES, P.C.
By:   s/Michael L. Hill
Bar No. 62063876284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
danielp@skklawyer.com

**EXHIBIT**

_A_

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                     )
                                        )
                Plaintiff,              )
                                        )
v.                                      )     Case No: 05-1241
                                        )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                        )
                Defendant.              )

## DEFENDANT'S FIRST AMENDED REQUEST TO PRODUCE DOCUMENTS

**NOW COMES** the Defendant, Consumer Adjustment Company, Incorporated (CACI), by and through its attorneys, Schuering & Associates, P.C, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, request that the Plaintiff, Kenneth W. Simmons, furnish the following documents for photocopying, reproduction, or inspection at the office of counsel for the Defendant within thirty (30) days after the service of this request:

1.   All letters sent by the Plaintiff to the Defendant regarding the above-captioned cause.

2.   All letters received by the Plaintiff from the Defendant in the above-captioned cause.

3.   The Plaintiff's Federal and State income tax returns for the previous five years.

4.   All documents regarding telephone records and showing calls received by the Plaintiff from the Defendant.

5.   All recordings of any conversations with any representatives of the Defendant.

6.   Copies of the initial Complaint of any suit filed by the Plaintiff in any Federal Court within the last five years.

7.   Any and all documents the Plaintiff intends to rely upon at the trial in this matter.

8.   Any and all medical or psychiatric reports regarding the mental anguish and damages alleged to have been suffered by the Plaintiff in the above-referenced cause.

Respectfully submitted this 20th day of December, 2005.

SCHUERING & ASSOCIATES, P.C.

By: _Michael L. Hill_____
        Michael L. Hill

Michael L. Hill
Reg. # 6284881
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                )
                                   )
            Plaintiff,             )
v.                                 )    Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                   )
            Defendant.             )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 20, 2005, I electronically filed the foregoing Certificate of Service regarding the Defendant's Motion To Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755 and I have sent the document by email to simmons@route24.net.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com