UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Plaintiff's response to Defendants
Motion to Quash

First, the Plaintiff would request the clerk provide Judge Gorman with the minutes or recording of the Rule 16 hearing.
 Furthermore, in the same breath the attorney for the defendant makes a plea to the court to extend the time for filing a response to my motion for summary judgement, the defendant filed motion for extention on the 13th yet next day files a motion to quash, the defendant has the personel in the office over the holiday to file a motion to quash.

History
1. On 10-27-05 during rule the rule 16 hearing, Judge Gorman ackowledged my(Plaintiff ) plea that I was not receiving all correspondence from the defendant. The parties, having discussed the problem with the mail agreed that future motions would be served upon Plaintiff via EMAIL.
2. On 12-20-05, Plaintiff made an inquiry of the Clerk concerning docket entries. The clerk informed the Plaintiff that a motion to quash had been filed and that the defendant certified sending notification via CM/ECF.

Aurgument
 The parties and the Court determined and agreed that in order to NOT needlessly delay answers to the motions and eliminate error in delivery of said motions etc., that the defendant would EMAIL all filings to the Plaintiff. I called the attorney Mr. Hill, and informed him that I had not received nor had he certified to the court, that he EMAILED the motion to quash. I informed him that since he had not followed the courts order of 10-27-05, attached exhibit A, that to save the courts time that he should re-file and properly serve his motion. I then asked him to EMAIL me proof , he claimed to have a note from secretary that it was EMAILED, such as what is commonly refered to as a Main Identity, verifying it was sent, he did not have proof and I did not receive the motion. I have included an example,  that yesterday the parties, 12-19-05, of Simmons and Dillon did communicate but no motion was ever provided, EXHIBIT B. Further note, that at 1:33 p.m. Ms. Dillions last EMAIL was blank. Furthermore as noted by the clerk, the attorney is well aware that the Plaintiff CAN NOT be notified via CM/ECF since I am not an attorney.
 THEREFORE, since the Plaintiff did not receive the motion via EMAIL as agreed and so ordered, and the attorney had knowledge that plaintiff WOULD NOT be notified via CM/ECF, I request the court deny the motion.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

# Minute Entries
1:05-cv-01241-JBM-JAG Simmons v. CACI

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KB, ilcd entered on 10/28/2005 at 4:44 PM CDT and filed on 10/27/2005
**Case Name:** Simmons v. CACI
**Case Number:** 1:05-cv-1241
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone for Rule 16 scheduling conference at 11:00 a.m. on Thursday, 10/27/05 - same held. Court sets the following schedule: Discovery due by 5/1/2006. Motions due by 6/1/2006. Final Pretrial Conference set for 10:30 on 10/12/2006 and Bench Trial set for 9:00 a.m. on 11/13/2006 both in person in Peoria (in Courtroom D) before Judge Joe Billy McDade. Parties agree that plaintiff agrees to accept service thru e-mail by defendants. Court will remain mailing out copies to plaintiff of courts entries. (Tape C-444 (2974 - end) (KB, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering    danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Kenneth W Simmons



## Main Identity

**From:** "Deborah Dillon" <debd@skklawyer.com>
**To:** "Simmons" <simmons@Route24.net>
**Sent:** Monday, December 19, 2005 2:34 PM
**Subject:** Re: 05-1241

I'm sorry, I didn't attach anything to the email. I just replied to it so you would see that I had received it.

Simmons wrote:

> **There was nothing attached to this email from 1:33p.m.**
>
>> ----- Original Message -----
>> **From:** Deborah Dillon
>> **To:** Simmons
>> **Sent:** Monday, December 19, 2005 1:33 PM
>> **Subject:** Re: 05-1241
>>
>> Simmons wrote:
>>
>>> Ms. Dillon,
>>> I believe I did request a read receipt but nonetheless, thank - you for acknowledging my request
>>> Ken Simmons
>>>
>>>> ----- Original Message -----
>>>> **From:** Deborah Dillon
>>>> **To:** Simmons
>>>> **Sent:** Monday, December 19, 2005 12:43 PM
>>>> **Subject:** Re: 05-1241
>>>>
>>>> Mr. Simmons:
>>>> There was no "read receipt" requested with your emails. Both were received by this office. I re-read your emails and there was no request for confirmation of receiving either of them.
>>>>
>>>> Simmons wrote:
>>>>
>>>>> Mr. Hill,
>>>>> I have yet to receive a "read receipt" from your office. This morning I sent two emails, I have sent receipts, and though I asked for a receipt, you have yet to acknowledge them. Please acknowledge.
>>>>> Ken Simmons

(B)

12/20/2005

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                    case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's response to motion to quash was sent via U.S. Mail before 5 p.m. this 12-20-05 to the attorney of record. Also sent via Email at 11:20 a.m. though I am not ordered to do so.

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820