E-FILED
Thursday, 22 December, 2005  04:35:16 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| KENNETH SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1241 |
| ) | |
| CACI, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Before the Court is Defendant's Motion for an Extension of Time to Plead or Otherwise Respond [Doc. # 35] and Plaintiff's Response [Doc. # 37]. Defendant requests additional time (14 days) to respond to Plaintiff's summary judgment motion and Plaintiff objects.

IT IS THEREFORE ORDERED that Defendant's Motion for an Extension of Time to Plead or Otherwise Respond [Doc. # 35] is GRANTED. Defendant is given until January 16, 2006 to respond to Plaintiff's summary judgment motion.

Entered this __22nd__ day of December, 2005.

          s/ Joe B. McDade
          JOE BILLY McDADE
          United States District Judge