E-FILED
Tuesday, 27 December, 2005  11:03:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
DEC 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Plaintiff's Response to motion to strike

Again, the attorney requests an extention in time to answer Plaintiff's summary judgement request on 12-13-05 yet on 12-20-05 the attorney filed not one but two motions.

HISTORY

On 11-9-05 the Defendant did via EMAIL make discovery requests of the Plaintiff. On 12-9-05 Plaintiff sent them via U.S. Mail. Defendant contacted Plaintiff after 12-9-05 informing Plaintiff that they had not received the responses and gave until 12-21-05 to produce the response before court intervention is requested. On 12-19-05 the objections and response to defendants requests were provided to the defendant, again. On 12-20-05, the next day, the defendants received them. WITHOUT CONFERRING WITH THE PLAINTIFF AT ALL TO TRY TO RESOLVE THE ISSUES, the defendant files a motion to strike.

AURGUMENT

The defendant wants an instant order from the court for the Plaintiff to provide everything without objections from Plaintiff in 28 days, yet the rules of procedure allows 30 days, the parties must attempt to resolve issues before motioning the court. The defendant could have re-served the Plaintiff the request with 30 days to respond with objects and responses without court interevention, they are merely trying to get around the Plaintiff's objections. Further, the defendant did not confer with the Plaintiff before asking court intervention in discovery.

THEREFORE, I request the court dismiss the motion to strike and order the defendant confer with the Plaintiff on discovery matters before motioning the court.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                            case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's response to motion to strike was sent via U.S. Mail before 5 p.m. this 12-21-05 to the attorney of record. Also sent via Email at 11:52 a.m. though I am not ordered to do so.

Kenneth W. Simmons                         K.W. Simmons
12836 Appenzeller Rd.                       Pro Se
Mackinaw, Ill. 61755
309-359-5820