UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                          case no. 05-1241

CACI
DEFENDANT

Motion to Compel
Answers to Interr.

   The Plaintiff on 10-27-05, EXHIBIT (A), requested the Defendant answer the Interr. within 30 days. The defendant provided objections and answers within the time. EXHIBIT (B). On 12-5-05 Plaintiff requested the Defendant correct problems that had arose from thier answers, EXHIBIT (C). The Defendant failed to respond further in anyway.
  Answer to Interr. 1 is insufficient in that, clearly Andrea Higgins having called the Plaintiff, would have knowledge of the Plaintiff's claims, the alleged debt, facts, or circumstances of the complaint. The defendant failed to describe this information. The same holds true for Jamie Clifton and Christine Kay. Furthermore, the defendant disclosed Shawn Farris as being a CACI employee discoverable information yet did not provide this an requested in Interr number 1. Did not describe these facts or knowledge. Same holds true for Shawn Farris and Matt Clark
 Answer to interr. 2 and supplemnt, EXHIBIT (D), are insufficient in that an automated messaging system is not an employee or person.
 Answer to Interr. 3 is insufficient in that CLEARLY thier phone records should be provided and are relevant.
 Answer to Inter. 5 is insufficient in that it is relevant to damages etc..
 THEREFORE, Plaintiff requests the court order the defendant correct thier insufficient answers.

Kenneth W. Simmons                        K.W. Simmons
    Appenzeller Rd.                        Pro Se
Mackinaw, Ill. 61755
    -5820

10-27-05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS

-V-                                    CASE NO. 05-1241

CONSUMER ADJUSTMENT COMPANY
(CACI)

PLAINTIFF'S FIRST SET OF INTERROGATORIES

Plaintiff requests the defendant answer the following interrogatories within 30 days of service. In responding to these interrogatories, please adhere to the definitions and instructions attached as exhibit A.

Interr. 1:
   Identify each person having knowledge of any facts or circumstances relating to the defendants defenses or plaintiff's complaint, briefly describe the facts that person has knowledge.
Interr. 2:
   Identify each person/employee having called the Plaintiff.
Interr. 3:
   Identify the company providing phone service to the defendant.
Interr. 4:
   Identify and provide the qualifications of each person or expert, defendant may or will call as a witness, state the subject matter on which he/she is expected to testify, the substance of the facts and opinions to which the person or expert is expected to testify and a summary of the testimony and/or grounds for each testimony and/or opinion.
Interr. 5:
   Identify all charges, lawsuits, cause of action, or other claims, whether in a judicial or administative proceedings or otherwise, in which the defendant is or was a defendant, respondent, or otherwise named in the action.
Interr. 6:
   State the full and complete factual and legal basis for each answer to the complaint.

10-27-05

Kenneth W. Simmons
_____ Appenzeller Rd.
Mackinaw, Ill. 61755
       5820

KENNETH W. SIMMONS
Pro Se

(A)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 05-1241 ) |
| CONSUMER ADJUSTMENT COMPANY (CACI), | ) ) |
| Defendant. | ) |

### SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES

NOW COMES the Defendant, CONSUMER ADJUSTMENT COMPANY (CACI), by and through their attorneys, SCHUERING & ASSOCIATES, P.C., pursuant to Supreme Court Rule 214, and for their Supplemental Response to Interrogatories propounded by Plaintiff, state as follows:

**INTERROGATORY 2)** Identify each person/employee having called the Plaintiff.

**RESPONSE:** Andrea Higgins, Jamie Clifton, Christina Kay and the automated messaging system.

Respectfully Submitted:

SCHUERING & ASSOCIATES, P.C.

BY: *Michael L. Hill*
Michael L. Hill

Michael L. Hill
SCHUERING & ASSOCIATES, P.C.
Reg. #6284881
3050 MONTVALE DRIVE, SUITE B
P.O. BOX 9622
SPRINGFIELD, ILLINOIS 62791-9622
Telephone: (217)698-6060
Fax: (217)698-6161

(B)

discovery as set forth in Rule 26 (b) (1), and is hereby objected to.

**INTERROGATORY 4)** Identify and provide the qualifications of each person or expert Defendant may or will call as a witness, state the subject matter on which he/she is expected to testify, the substance of the facts and opinions to which the person or expert is expected to testify, and a summary of the testimony and/or grounds for each testimony and/or opinion.

**RESPONSE:** The Defendant objects to Interrogatory 4 in that the Interrogatory is premature as the agreed Scheduling Order between the parties in this case allows until February 1, 2006 for disclosure of expert witnesses and until March 1, 2006 for expert discovery to be completed.

**INTERROGATORY 5)** Identify all charges, lawsuits, cause of action, or other claims, whether in a judicial or administrative proceedings or otherwise, in which the Defendant is or was a Defendant, Respondent, or otherwise named in the action.

**RESPONSE:** Interrogatory 5 requests information that is relevant to the claims of the Plaintiff, goes beyond the scope of discovery as set forth in Rule 26 (b) (1), and is, therefore, objected to.

**INTERROGATORY 6)** State the full and complete factual and legal basis for each Answer to the Complaint.

**RESPONSE:** The Defendant objects to this Interrogatory under Rule 33 (c) as this Interrogatory requires the application of law

(B)

to fact and cannot be adequately responded to until all discovery is complete.

Respectfully submitted this 23rd day of November, 2005.

SCHUERING & ASSOCIATES, P.C.

By: *Michael L. Hill*
Michael L. Hill

(B)

12-5-05

KENNETH W. SIMMONS
\_\_\_\_ APPENZELLER RD.
MACKINAW, ILL. 61755
_____-5820
SIMMONS@ROUTE24.NET

---

December 5, 2005
R: case no. 05-1241
Interr.

CACI,

Your answers to my interr. are incomplete and unlawful.
ANSWER 1, in that failed to briefly describe the facts the person has knowledge of.
ANSWER 2, it is ludicrous that you can not identify the persons having called the Plaintiff. Tell me why.
ANSWER 3, Your phone calls are clearly relevant, and is well within the scope of discovery since I claim you contacted me via phone.
ANSWER 5, this is relevant to my claims and damages, and is within the broad scope of discovery.
ANSWER 6, this request is relevant, and further you have no court order designating you DO NOT have to answer at this time.

*[signature]*

(C)

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                     PEORIA DIVISION
```

KENNETH W. SIMMONS,            )
                               )
         Plaintiff,            )
                               )
v.                             )     Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                               )
         Defendant.            )

**SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES**

NOW COMES the Defendant, CONSUMER ADJUSTMENT COMPANY (CACI), by and through their attorneys, SCHUERING & ASSOCIATES, P.C., pursuant to Supreme Court Rule 214, and for their Supplemental Response to Interrogatories propounded by Plaintiff, state as follows:

**INTERROGATORY 2)** Identify each person/employee having called the Plaintiff.

**RESPONSE:** Andrea Higgins, Jamie Clifton, Christina Kay and the automated messaging system.

Respectfully Submitted:

SCHUERING & ASSOCIATES, P.C.

BY: _____
         Michael L. Hill

Michael L. Hill
SCHUERING & ASSOCIATES, P.C.
Reg. #6284881
3050 MONTVALE DRIVE, SUITE B
P.O. BOX 9622
SPRINGFIELD, ILLINOIS 62791-9622
Telephone: (217)698-6060
Fax: (217)698-6161

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                case no. 05-1241

CACI
DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's motion to compel was sent via U.S. Mail before 5 p.m. this 12-27-05 to the attorney of record.

Kenneth W. Simmons                    K.W. Simmons
_____ Appenzeller Rd.              Pro Se
Mackinaw, Ill. 61755
_____-5820

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             case no. 05-1241

CACI
DEFENDANT

### CERTIFICATE THE PARTIES CONFERRED/ATTEMPTED TO

On 12-5-05 the Plaintiff sent a letter in an attempt to avoid court intervention. The Plaintiff conferred with the defendant, defendant refused to respond

Kenneth W. Simmons                    K.W. Simmons
Appenzeller Rd.                       Pro Se
Mackinaw, Ill. 61755
-5820