UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 2 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                          case no. 05-1241

CACI
DEFENDANT

Motion to Compel
Document production

The Plaintiff, having conferred with the defendant, requests the court intervene in the Plaintiff's request for discoverable information.
On 10-27-05 Plaintiff requested the defendant provide documents within 30 days, EXHIBIT (A).
The defendant did provide objections and responses in a timely manner, EXHIBIT (B).
On 12-5-05, Plaintiff requested that the defendant correct problems in thier responses. EXHIBIT (C). Not only did the Defendant not respond to Plaintiff's attempt to confer, the Defendant failed to provide law to support thier responses and objections and failed to label and number thier documents. The Plaintiff claims the documents requested are within the scope of discovery and relevant to the claims of the Plaintiff. The Plaintiff should not have to decide which documents relate to each answer.
THEREFORE, the Plaintiff requests the court order the defendant produce the documents within a reasonable time numbered and labeled and all documents the court deems discoverable. The Plaintiff requests a hearing on these matters.

Kenneth W. Simmons                           K.W. Simmons
_____ Appenzeller Rd.                      Pro Se
Mackinaw, Ill. 61755
     -5820

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS

-V-                                                        CASE NO. 05-1241

CONSUMER ADJUSTMENT COMPANY
(CACI)

### PLAINTIFF'S FIRST REQUEST TO PRODUCE

Plaintiff, Kenneth W. Simmons, requests defendant CACI produce the following documents within 30 days of service hereof. The documents shall be produced at 12836 Appenzeller Rd. Mackinaw, Illinois 61755. In responding to the document requests, please follow the Definitions and Instructions attached hereto and incorporated herein as Exhibit A.

Request 1:
All documents that relate or refer to any charges, lawsuits, causes of action, or other claims, whether in a judicial or administative proceeding, in which the defendant is or was a defendant, or respondent, or otherwise named in the action.

Request 2:
All documents that relate or refer to the defenses provided by the defendant in the defendants " answer" to Plaintiff's complaint.

Request 3:
All documents that relate or refer to the defendants phone calls made or received from 2-18-05 thru 3-20-05.

Request 4:
All documents that relate or refer to Pekin Hospital.

Request 5:
All documents that relate or refer to account number S84229.

Request 6:
All documents that refer or relate to CACI's use of reference number 0005073091-0001.

Request 7:
All documents that defendant intends to rely on at trial.

Request 8:
All documents that relate or refer to Kenneth W. Simmons.

Request 9:
All documents that relate or refer to employee training manuals, hiring procedures, and Fair Debt Collections Practices Act.

Dated 10-27-05

Kenneth W. Simmons                                         KENNETH W. SIMMONS
_____ Appenzeller Rd.                                      Pro Se
Mackinaw, Ill. 61755
     -5820

(A)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS, )
)
Plaintiff, )
)
v. ) Case No: 05-1241
)
CONSUMER ADJUSTMENT COMPANY (CACI), )
)
Defendant. )

**RESPONSE TO PLAINTIFF'S REQUEST TO PRODUCE DOCUMENTS**

**NOW COMES** the Defendant, Consumer Adjustment Company, Incorporated (CACI), by and through its attorneys, Schuering & Associates, P.C, and for its Response To Plaintiff's Request To Produce, states as follows:

**Request 1:** All documents that relate or refer to any charges, lawsuits, causes of action, or other claims, whether in a judicial or administrative proceeding, in which the Defendant is or was a Defendant or Respondent, or otherwise named in the action.

**Response:** That the request is over broad, may result in an overly voluminous response, and is hereby objected to on those grounds.

**Request 2:** All documents that relate or refer to the defenses provided by the Defendant in the Defendant's Answer to Plaintiff's Complaint.

**Response:** That no such documents exist as the Answer does not state any defenses. Such defenses shall be formulated upon


(B)

completion of discovery in this matter.

**Request 3**: All documents that relate or refer to the Defendants' phone calls made or received from 02-18-05 through 03-20-05.

**Response**: That the request is over broad, may result in an overly voluminous response, and is hereby objected to on those grounds. Additionally, calls made to unconcerned third parties are irrelevant to claims made by the Plaintiff.

**Request 4**: All documents that relate or refer to Pekin Hospital.

**Response**: That the request is over broad, may result in an overly voluminous response, and is hereby objected to on those grounds.

**Request 5**: All documents that relate to account number S84229.

**Response**: See attached documents.

**Request 6**: All documents that refer or relate to CACI's use of reference number 0005073091-0001.

**Response**: See attached documents,

**Request 7**: All documents that Defendant intends to rely on at trial.

**Response**: See attached documents.

**Request 8**: All documents that relate or refer to Kenneth W. Simmons.

**Response**: See attached documents.



**Request 9:** All documents that relate or refer to employee training manuals, hiring procedures, and Fair Debt Collections Practices Act.

**Response:** That, as to employee training manuals, none were available at the time of this response, but this request will be seasonably supplemented should such information become available.

That, as to hiring procedures, the internal hiring process of the Defendant is not relevant to the claims of the Plaintiff and are hereby objected to.

That, as to the Fair Debt Collections Practice Act, reproduction thereof would be costly to the Defendant, is public record, and is hereby objected to.

Respectfully submitted this 23rd day of November, 2005.

SCHUERING & ASSOCIATES, P.C.

By: *Michael L. Hill*
Michael L. Hill

Michael L. Hill
Reg. # 6284881
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161

(B)

KENNETH W. SIMMONS
_____ APPENZELLER RD.
MACKINAW, ILL. 61755
_____-5820
SIMMONS@ROUTE24.NET

December 5, 2005
R: case no. 05-1241
Documents produced

CACI,

I request you review your documents and correct the problems that are not consistent with law or the rules of procedure.

You failed to label and number your documents, please do this today. Further, in responding to this letter, again refer to the instructions that were attached to the request.
Further, your objections are unlawful. You have not made ONE lawful objection to my requests. Please review all your answers and upon responding provide case law to support your objections. If you do not correct your answers, provided law to support your objections, I will on 12-9-05 at 9 a.m. request the court intervene.

(C)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                case no. 05-1241

CACI
DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Plaintiff's motion to compel was sent via U.S. Mail before 5 p.m. this 12-27-05 to the attorney of record.

Kenneth W. Simmons                          K.W. Simmons
36 Appenzeller Rd.                          Pro Se
Mackinaw, Ill. 61755
-5820

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                    case no. 05-1241

CACI
DEFENDANT

### CERTIFICATE THE PARTIES CONFERRED/ATTEMPTED TO

On 12-5-05 the Plaintiff sent a letter in an attempt to avoid court intervention. The Plaintiff conferred with the defendant, defendant refused to respond

Kenneth W. Simmons                       K.W. Simmons
Appenzeller Rd.                          Pro Se
Mackinaw, Ill. 61755
-5820