**E-FILED**
Tuesday, 03 January, 2006  03:20:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KENNETH W. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 05-1241 |
| | ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI) | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON January 3, 2006, I electronically filed the foregoing Amended Certificate of Service regarding amended service of the Defendant's Supplemental Responses to Interrogatories and Defendant's Supplemental Response to Request To Produce which were originally served December 8, 2005, on the Plaintiff via U.S. Certified Mail with the Clerk of the Court using the CM/ECF system who will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have sent the documents by email to simmons@route24.net.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com