```
            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS
                   PEORIA DIVISION

KENNETH W. SIMMONS,                )
                                   )
          Plaintiff,               )
v.                                 )   Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                   )
          Defendant.               )
```

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on January 6, 2006, I electronically filed the foregoing Certificate of Service regarding the Request for Admission Under Rule 36 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Request for Admission Under Rule 36 to: Kenneth W. Simmons, simmons@route24.net.

```
                         s/ Michael L. Hill
                         Michael L. Hill
                         Reg. # 6284881
                         Attorney for Defendant
                         Schuering & Associates, P.C.
                         3050 Montvale Drive, Suite B
                         Springfield, Illinois 62704
                         Telephone: (217) 698-6060
                         Facsimile: (217) 698-6161
                         michael.hill@skklawyer.com
```