E-FILED
Friday, 20 January, 2006  01:49:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,            )
                               )
           Plaintiff,          )
v.                             )    Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
           Defendant.          )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on January 20, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's First Amended Request to Produce Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's First Amended Request To Produce Documents to: Kenneth W. Simmons, simmons@route24.net; and that I have also sent said document via First Class, U.S. Mail to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com