E-FILED
Friday, 03 February, 2006  03:31:45 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                          PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
       Plaintiff,                )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                 )
       Defendant.                )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on February 3, 2006, I electronically filed the foregoing Certificate of Service regarding the Answer #9 to Plaintiff's Request to Produce Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Answer #9 to Plaintiff's Request To Produce Documents to: Kenneth W. Simmons, simmons@route24.net;.

                                        s/ Michael L. Hill
                                        Michael L. Hill
                                        Reg. # 6284881
                                        Attorney for Defendant
                                        Schuering & Associates, P.C.
                                        3050 Montvale Drive, Suite B
                                        Springfield, Illinois 62704
                                        Telephone: (217) 698-6060
                                        Facsimile: (217) 698-6161
                                        michael.hill@skklawyer.com