E-FILED
Thursday, 09 February, 2006 02:38:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CONSUMER ADJUSTMENT COMPANY (CACI) )<br>)<br>Defendant. ) | Case No: 05-1241 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on February 9, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's First Supplemental Interrogatories to Plaintiff and Defendant's First Supplemental Request For Production with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's First Supplemental Interrogatories to Plaintiff and the Defendant's First Supplemental Request For Production and to: Kenneth W. Simmons, simmons@route24.net; and that I have also sent said document via First Class, U.S. Mail to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com