**E-FILED**
Wednesday, 01 March, 2006  01:27:38 PM
Clerk, U.S. District Court, ILCD

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                       PEORIA DIVISION
```

KENNETH W. SIMMONS,            )
                               )
       Plaintiff,           )
v.                             )   Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
       Defendant.           )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 1, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Second Supplemental Interrogatories to Plaintiff and Defendant's Second Supplemental Request to Produce Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's First Supplemental Interrogatories to Plaintiff and the Defendant's First Supplemental Request For Production and to: Kenneth W. Simmons, simmons@route24.net;

                                        s/ Michael L. Hill
                                        Michael L. Hill
                                        Reg. # 6284881
                                        Attorney for Defendant
                                        Schuering & Associates, P.C.
                                        3050 Montvale Drive, Suite B
                                        Springfield, Illinois 62704
                                        Telephone: (217) 698-6060
                                        Facsimile: (217) 698-6161
                                        michael.hill@skklawyer.com