UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

Rule 45 (c) (3) (B) (iii) Motion

   The Plaintiff having been allowed to proceed in Forma Pauperis, requests the Court Review the Planitiff's request.

   The whole context of the complaint filed by the Plaintiff rests on the phone records of the Plaintiff. In the Defendant's "response to summary judgement" the Defendant deny's the accuracy, though no phone records have been disclosed or provided to the Plaintiff, of the Plaintiff's records. The Plaintiff claims that Ms. Hart of U.S. Cellular has knowledge of the phone records, and that the Plaintiff has substantial need for the testimony of Ms. Hart of the accuracy of the records etc.. The Plaintiff would be unduly burdened and be prejudiced by the denial of her presense. The Plaintiff assures the Court that the witness will be compensated by any judgement in the Plaintiffs favor or upon the Plaintiff finding employment. The witness if located in Itasca Illinois as noted on the attached subpoena, I believe she is intitled to compensation as ruled by the Court, Plaintiff further claims Ms. Hart does business in Central Illinois, U.S. Cellular.
  Further, Plaintiff requests the Court Order the U.S. Marshall's to serve the attached subpoena, ORIGINAL ATTACHED, upon Ms. Hart.

KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                            case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-1-06, the Plaintiff served upon the attorney of record and the witness a copy of the Plaintiff's rule 45 motion, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons            K.W. Simmons
12836 Appenzeller Rd.         Pro Se
Mackinaw, Ill. 61755
309-359-5820

KENNETH W SIMMONS
12836 APPENZELLER RD.
MACKINAW, ILL. 61755
SIMMONS@ROUTE24.NET
309-359-5820

---

March 2, 2006

Dear Clerk,

Please file the enclosed motion, please note that there is an original subpoena attached.

                                        Thank - you

                                        *[signature]*