E-FILED
Monday, 06 March 2006  11:15:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MAR - 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Request to Dismiss

I request the Court dismiss the Plaintiff's Rule 45 motion as moot. Ms. Hart has responded to my motion with sworn documentation that makes her appearance not needed. I thank the Court for considering my motion and will provide Ms. Hart with a copy of this motion as well.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-3-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's request to dismiss, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                              K.W. Simmons
12836 Appenzeller Rd.                           Pro Se
Mackinaw, Ill. 61755
309-359-5820