**E-FILED**
Tuesday, 07 March, 2006  09:54:38 AM
Clerk, U.S. District Court, ILCD

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION

KENNETH W. SIMMONS,              )
                                 )
            Plaintiff,           )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI))
                                 )
            Defendant.           )
```

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 7, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Motion to Compel the Plaintiff with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion to Compel to: Kenneth W. Simmons, simmons@route24.net;

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com
