**E-FILED**
Tuesday, 07 March, 2006  10:17:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                       )
v.                                     )    Case No: 05-1241
                                       )
CONSUMER ADJUSTMENT COMPANY (CACI) )

### MOTION TO COMPEL

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc.
(CACI), by and through its attorneys, Schuering & Associates, P.C.,
and for its Motion To Compel the Plaintiff, Kenneth W. Simmons, to
comply with discovery in the above-captioned cause, states as
follows:

1.   That the Defendant filed its First Amended Request To
Produce Documents on January 20, 2006.  A copy of this request is
attached hereto as "Exhibit A" and is incorporated herein by this
reference.

2.   That the documents requested on January 20, 2006 are
likely to lead to the discovery of admissible and relevant
evidence.

3.   That the Plaintiff had 30 days in which to provide a
response to said request, pursuant to Rule 34 of the Federal Rules
of Civil Procedure.

4.   That said 30-day period ended on February 19, 2006, a
Sunday.  The period for a response was therefore lengthened to
February 20, 2006, per the Federal Rules of Civil Procedure.

5.    That the Defendant, on February 24, 2006, sent a letter requesting the Plaintiff to comply with the Request To Produce Documents by March 3, 2006.  A copy of said letter is attached hereto as "Exhibit B" and is incorporated herein by this reference.

6.    That the Defendant, on March 1, 2006, emailed the Plaintiff to remind him of his obligation to respond to the Request To Produce Documents by March 3, 2006.  A copy of this email is attached hereto as "Exhibit C" and is incorporated herein by this reference.

7.    That, on March 1, 2006, the Plaintiff sent an email to the Defendant, responding to the email of March 1, 2006.  A copy of this email is attached hereto as "Exhibit D" and is incorporated herein by this reference.

8.    That, on March 3, 2006, the Plaintiff sent an email to the Defendant which indicated that he would not be responding to the Defendant's Request To Produce Documents.  A copy of this email is attached hereto "Exhibit E" and is incorporated herein by this reference.

9.    That, as of close of business on March 3, 2006, the Defendant had not received the Plaintiff's response to Defendant Request To Produce Documents.

10.   That the Defendant has attempted in good faith to confer with the Plaintiff regarding the disputes in the discovery process in the above-captioned cause.

11.  That the Plaintiff has willfully neglected to comply with the Federal Rules of Civil Procedure.

12.  That the Plaintiff has offered no excuses or reasons for his failure to comply with discovery herein.

13.  That the Plaintiff has evinced a spirit of non-cooperation throughout the discovery process by:

> (a)  Refusing to supply documents requested originally by the Defendant in a Request To Produce Documents submitted on November 9, 2005, citing a typographical error which requested the documents be returned to Plaintiff's attorney instead of Defendant's attorney as reason for the Plaintiff's unwillingness to produce requested documents.  A copy of the Plaintiff's Answer To Request to Produce Documents is attached hereto as "Exhibit F" and is incorporated herein by this reference.

> (b)  Refusing to fully respond to Defendant's Interrogatories submitted on November 9, 2005 in that the Plaintiff refused to disclose his name, date of birth, social security number, driver's license number and name of State issuing same, and failed to disclose a conviction for forgery/make/alter documents in Fulton County Case No. 83-CF-60.  A copy of Defendant's Interrogatories of November 9, 2005 is attached hereto as "Exhibit G" and a copy of Plaintiff's Answer To Interrogatories is attached hereto as "Exhibit H", and are incorporated herein by this reference.

14.  That information regarding 83-CF-60 is discoverable as it is likely to lead to relevant information which deals with a criminal conviction for a crime involving dishonesty.

15.  That the knowledge of Plaintiff's conviction in 83-CF-60 only came to the Defendant on February 24, 2006, which date is outside of the date allowed in the Agreed Scheduling Order for the Defendant to attempt to compel the Plaintiff to produce details asked for by Interrogatory.

16.  That the pattern of non-compliance demonstrated by the Plaintiff will continue to hinder the Defendant's ability to properly defend in the above-captioned cause unless the Court intervenes.

**WHEREFORE**, the Defendant prays for an Order of this Court compelling the Plaintiff to:

1.  Produce all of the documents requested by the Defendant in the First Amended Request To Produce Documents filed on January 20, 2006; and,

2.  Submit details of all criminal convictions involving dishonesty or fraud, including, but not restricted to, Fulton County case 83-CF-60.  Such details are to include the date of arrest, reasons for arrest, the arresting agency, the disposition of the conviction and reports or documents regarding each conviction; and,

3.  Disclose the Plaintiff's name, date of birth, social security number, driver's license number and the name of the State issuing same in accordance with Interrogatories propounded on November 9, 2005.

and for such further relief as the Court deems just under the circumstances of this case.

> Respectfully Submitted,
> By:  s/Michael L. Hill
> Bar No. 6284881
> Attorney for Defendant
> Schuering & Associates, P.C.
> 3050 Montvale Drive, Suite B
> Springfield, Illinois 62704
> Telephone:  (217) 698-6060
> Facsimile:  (217) 698-6161
> michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                      )
                                         )
                Plaintiff,               )
                                         )     Case No: 05-1241
v.                                       )
                                         )
CONSUMER ADJUSTMENT COMPANY (CACI)  )
                                         )
                Defendant.               )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 7, 2006, I electronically filed the foregoing Motion to Compel the Plaintiff with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion to Compel to: Kenneth W. Simmons, simmons@route24.net;

                              s/ Michael L. Hill
                              Michael L. Hill
                              Reg. # 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com

E-FILED
Friday, 20 January, 2006 01:49:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

```
EXHIBIT
   A
```

KENNETH W. SIMMONS,              )
                                 )
              Plaintiff,         )
v.                               )      Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                 )
              Defendant.         )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on January 20, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's First Amended Request to Produce Documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's First Amended Request To Produce Documents to: Kenneth W. Simmons, simmons@route24.net; and that I have also sent said document via First Class, U.S. Mail to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,           )
                              )
              Plaintiff,      )
                              )
v.                            )      Case No: 05-1241
                              )
CONSUMER ADJUSTMENT COMPANY (CACI), )
                              )
              Defendant.      )

## DEFENDANT'S FIRST AMENDED REQUEST TO PRODUCE DOCUMENTS

**NOW COMES** the Defendant, Consumer Adjustment Company, Incorporated (CACI), by and through its attorneys, Schuering & Associates, P.C, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, request that the Plaintiff, Kenneth W. Simmons, furnish the following documents for photocopying, reproduction, or inspection at the office of counsel for the Defendant within thirty (30) days after the service of this request:

1.    All letters sent by the Plaintiff to the Defendant regarding the above-captioned cause.

2.    All letters received by the Plaintiff from the Defendant in the above-captioned cause.

3.    The Plaintiff's Federal and State income tax returns for the previous five years.

4.    All documents regarding telephone records and showing calls received by the Plaintiff from the Defendant.

5.    All recordings of any conversations with any representatives of the Defendant.

6.   Copies of the initial Complaint of any suit filed by the Plaintiff in any Federal Court within the last five years.

7.   Any and all documents the Plaintiff intends to rely upon at the trial in this matter.

8.   Any and all medical or psychiatric reports regarding the mental anguish and damages alleged to have been suffered by the Plaintiff in the above-referenced cause.

Respectfully submitted this 20th day of January, 2006.

SCHUERING & ASSOCIATES, P.C.

By: _Michael L. Hill_
     Michael L. Hill

Michael L. Hill
Reg. # 6284881
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161

**SCHUERING & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
3050 MONTVALE DRIVE, SUITE B
P.O. BOX 9622
SPRINGFIELD, ILLINOIS 62791-9622

EXHIBIT
B

DANIEL P. SCHUERING

MICHAEL L. HILL

DEBORAH L. DILLON
LEGAL ASSISTANT

February 24, 2006

TELEPHONE
(217) 698-6060

FACSIMILE
(217) 698-6161

www.skklawyer.com

Kenneth W. Simmons
12836 Appenzeller Road
Mackinaw, Illinois 61755

RE:    Simmons vs. CACI
       Our File No. 2309 - 50905
       First Amended Request To Produce Documents

Mr. Simmons:

On January 20, 2006, our office filed a Certificate of Service regarding Defendant's First Amended Request To Produce Documents. This Request To Produce asked that you furnish the listed documents for photocopying, reproduction, or inspection, at the office of counsel for the Defendant within 30 days after the service of the request. The request was emailed to you on Friday, January 20, 2006. A copy of the Request is attached to this correspondence.

Per the Local Rules of the Federal Court in the Central District of Illinois, the 30 days expired February 17, 2006. The actual 30-day period ended February 19, 2006, however, in accordance with the Local Rules, when a deadline falls on a weekend, that deadline shall be moved to the last business day before the weekend, making your responses due in our office by February 17, 2006. To date, we have not received your response to this Request To Produce.

This letter will serve as an attempt to confer on this matter and to advise that you have until March 3, 2006, to comply with the Request cited above. If we have not received your response by close of business on March 3, 2006, we will file a Motion To Compel in this matter.

Thank you for your attention to this correspondence. If I may supply you with any additional information regarding any aspect of this matter, please feel free to contact me at your convenience.

Very truly yours,

SCHUERING & ASSOCIATES, P.C.

By: _Michael L. Hill_
Michael L. Hill

MLH/vh
Attachment

Q:\Active Files\Consumer Adjustment Co. General\Simmons vs CACI\Letter to Simmons in re response to First Amended Request To Produce.wpd

## Michael L. Hill

| | |
|---|---|
| **From:** | Michael L. Hill [michael.hill@skklawyer.com] |
| **Sent:** | Wednesday, March 01, 2006 10:03 AM |
| **To:** | 'Simmons' |
| **Subject:** | RE: Court Order |

```
┌─────────────────────────┐
│        EXHIBIT          │
│  ₜₐᵦᵦᵢₑₛ     C          │
│        _____      │
└─────────────────────────┘
```

Mr. Simmons,

Our office still has not received your supplemental document and interrogatories that you reference in the attached email of Feb. 22, 2005.  Please advise.

Also, you are reminded that you have until March 3, 2006 to provide our office with responses to our First Amended Request to Produce Documents which was filed on January 20, 2006.  Please comply with this request by close of business March 3, 2006.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL  62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE:  This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information.  If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

---

**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Wednesday, February 22, 2006 7:53 AM
**To:** Michael L. Hill
**Subject:** Court Order

Mr. Hill,

 As I said yesterday in my E-Mail, I have blocked Ms. Dillon from my Email but more importantly you have violated the Court's Order of 1-20-06. You are NOT to file anymore written discovery, notice is given that if you do that again I will file a motion for sanctions. This is an attempt to stop your filings without Court intervention. At this time I will not request sanctions nor will I file a motion.
 On another matter, my records indicate that I sent you an answer to your Rule 36 request on 2-6-06. Today, before 5 p.m. I will send them again via U.S. Mail. I will get a receipt from the post office that I sent it today.
 Note that I sent you supplemental document and interr. requests and Rule 36 Request seperately today as well.
 Read Receipt Checked
 Ken Simmons

3/3/2006

## Michael L. Hill

| | |
|---|---|
| **From:** | Simmons [simmons@Route24.net] |
| **Sent:** | Wednesday, March 01, 2006 10:49 AM |
| **To:** | Michael L. Hill |
| **Subject:** | Re: Court Order |



EXHIBIT
D

Mr. Hill,

 I should have been more specific, I am awaiting a reply from Ms. Hart before serving the requests, sorry for the confusion.
 The other matter you refer to will be addressed as I see fit. You have informed me of your position in filing a motion to compel.

Ken Simmons

----- Original Message -----
**From:** Michael L. Hill
**To:** 'Simmons'
**Sent:** Wednesday, March 01, 2006 10:03 AM
**Subject:** RE: Court Order

Mr. Simmons,

Our office still has not received your supplemental document and interrogatories that you reference in the attached email of Feb. 22, 2005.  Please advise.

Also, you are reminded that you have until March 3, 2006 to provide our office with responses to our First Amended Request to Produce Documents which was filed on January 20, 2006.  Please comply with this request by close of business March 3, 2006.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL  62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE:  This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information.  If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

--------------------------------------------------------------------
**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Wednesday, February 22, 2006 7:53 AM
**To:** Michael L. Hill
**Subject:** Court Order

Mr. Hill,

As I said yesterday in my E-Mail, I have blocked Ms. Dillon from my Email but more importantly you have violated the Court's Order of 1-20-06. You are NOT to file anymore written discovery, notice is given that if you do that again I will file a motion for sanctions. This is an attempt to stop your filings without Court intervention. At this time I will not request sanctions nor will I file a motion.

On another matter, my records indicate that I sent you an answer to your Rule 36 request on 2-6-06. Today, before 5 p.m. I will send them again via U.S. Mail. I will get a receipt from the post office that I sent it today.

Note that I sent you supplemental document and interr. requests and Rule 36 Request seperately today as well.

Read Receipt Checked

Ken Simmons

3/1/2006



## Michael L. Hill

**From:**  Simmons [simmons@Route24.net]
**Sent:**  Friday, March 03, 2006 10:44 AM
**To:**  Michael L. Hill
**Subject:** case no. 05-1241- document request

Mr. Hill,

Your letter dated 2-24-06, indicates that I have two ways to reply to your " first amended request to produce documents" either provide the documents or you would file motion to compel. I will respond to your motion to compel accordingly.

Ken Simmons

3/3/2006

12-9-05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



EXHIBIT
F

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

Plaintiff's answers to request to produce

DEFENDANT'S REQUEST 1.
 ANSWER - Plaintiff objects on the grounds that defendant requests Plaintiff deliver this response
to Plaintiff's attorney.
DEFENDANT'S REQUEST 2.
 ANSWER -  Plaintiff objects on the grounds that defendant requests Plaintiff deliver this response
to Plaintiff's attorney.
DEFENDANT'S REQUEST 3.
ANSWER - Plaintiff objects as this question is confusing, requires the Plaintiff provide the
"DEFENDANTS" tax returns, and requests the Plaintiff deliver this response to Plaintiff's attorney.
DEFENDANT'S REQUEST 4.
ANSWER -  Plaintiff objects as this question is priviledged and requires the Plaintiff deliver the
response to the Plaintiff's attorney.
DEFENDANT'S REQUEST 5.
ANSWER -  Plaintiff objects on the grounds that defendant requests Plaintiff deliver this response
to Plaintiff's attorney.
DEFENDANT'S REQUEST 6.
ANSWER - Plaintiff objects on the grounds the request requires documents that are retrievable by
the defendant,unduly burdensome, irrelevant,and requests the Plaintiff deliver this response to the
Plaintiff's attorney.
DEFENDANT'S REQUEST 7.
ANSWER - Plaintiff objects on the grounds the defendant requests Plaintiff deliver this response
to Plaintiff's attorney.
DEFENDANT'S REQUEST 8.
ANSWER - Plaintiff objects on the grounds that defendant requests the Plaintiff deliver this
response to Plaintiff's attorney.
DEFENDANT'S REQUEST 9.
ANSWER - Plaintiff objects on the grounds that the request is priviledged, defendant can retrieve
the documents from Pekin M.Hosp.,unduly burdensome.

 dated this 12-9-05

 Kenneth W. Simmons
 12836 Appenzeller Rd.
 Mackinaw, Ill. 61755
 309-359-5820
 simmons@route24.net

KENNETH W. SIMMONS
Pro Se

EXHIBIT
G

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                )
                                   )
                Plaintiff,         )
                                   )
v.                                 )        Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                   )
                Defendant.         )

## DEFENDANT'S INTERROGATORIES TO PLAINTIFF

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its counsel, Schuering & Associates, P.C., and pursuant to Rule 33 of the Federal Rules of Civil Procedure, propounds the following Interrogatories to the Plaintiff, Kenneth W. Simmons, and requests that the Plaintiff file in the office of the attorney for the Defendant, within thirty (30) days after the service of the Interrogatories, responses thereto.

**INTERROGATORY 1)** Please state your name, date of birth, social security number, driver's license number and State issuing same.

**RESPONSE:**

**INTERROGATORY 2)** Please give any and all addresses at which you have resided, for any amount of time, for the past five years.

**RESPONSE:**

**INTERROGATORY 3)** Are you currently employed? If so, please state the date you began your employment, your wage, your duties, the employer's name, telephone number and address.

**RESPONSE:**

**INTERROGATORY 4)** Have you filed any actions in any Federal Court within the last five years?  If so, for each action, please state the date of filing, the case number, all parties thereto, a brief description of the action, and the disposition of each action.

**RESPONSE:**

**INTERROGATORY 5)** Please disclose the date and time of all telephone calls received by you from CACI.

**RESPONSE:**

**INTERROGATORY 6)** Did you have an answering machine connected to your phone line during the time period referenced in your Complaint?  If so, please state the make, model, and serial number of any and all answering machines used during the referenced time period.

**RESPONSE:**

**INTERROGATORY 7)** Did you have a caller identification system connected to your telephone line during the time period referenced in your Complaint?  If so, provide the type of caller identification, the provider of said services, or, if a separate unit, please provide the make, model, and serial number of any and all units.

**RESPONSE:**

**INTERROGATORY 8)** Please provide the dates and times of all instances during which you spoke via telephone with any

representative of the Defendant, and provide the details of each of those conversations.

**RESPONSE:**

**INTERROGATORY 9)** Have you ever been convicted of a crime involving dishonesty or fraud? If so, for each conviction, please provide the date, details of the conviction, the arresting agency and the disposition of the conviction, and attach any reports or other documents regarding each conviction.

**RESPONSE:**

**INTERROGATORY 10)** During the time period referenced in your Complaint, did you have health insurance coverage? If so, please provide a copy of each policy or policies under which health insurance coverage was provided to you.

**RESPONSE:**

**INTERROGATORY 11)** Describe the psychiatric, psychological, and/or emotional injuries you alleged to have suffered as a result of the acts alleged to have been committed by the Defendant in your Complaint.

**RESPONSE:**

**INTERROGATORY 12)** With regard to the aforementioned injuries, state:

    A.    The name of any psychiatric, psychological and/or emotional injury claim, and a name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury;

    B.    Whether you had suffered any psychiatric, psychological

and/or emotional injury prior to the date of the acts described in your Complaint; and,

C.    If Subparagraph B is in the affirmative, please state when and the nature of any psychiatric, psychological and/or emotional injury, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury.

**RESPONSE:**

**INTERROGATORY 13)** List the names and addresses of all persons (other than yourself and persons heretofore listed) who have knowledge of the facts regarding the actions alleged in your Complaint and/or the injuries claimed to have resulted to you therefrom.

**RESPONSE:**

**INTERROGATORY 14)** Do you currently suffer any lasting effect from the injuries which you alleged you were caused by the actions of the Defendant in your Complaint?  If so, please describe in detail those effects, the date which those effects began to be noticed by you, and any on-going treatment for said effects.

**RESPONSE:**

Respectfully submitted,

SCHUERING & ASSOCIATES, P.C.

By: _Michael L. Hill_

Michael L. Hill

Michael L. Hill
Reg. # 6284881
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161

## ATTESTATION

STATE OF ILLINOIS           )
                            )   SS
COUNTY OF TAZEWELL          )


    Kenneth W. Simmons, being first duly sworn on oath, deposes and states that he is the Plaintiff in the above-captioned matter; that he has read the foregoing document, and the responses made herein are true, correct, and complete to the best of his knowledge and belief.


                                              _____
                                              Kenneth W. Simmons


SUBSCRIBED AND SWORN to before me, a Notary Public, this _____ day of _____, 2005.


                                              _____
                                                 Notary Public

12-9-05

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



EXHIBIT
H

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                      CASE NO.05-1241
CACI
DEFENDANT

Plaintiff's answer to interrogatories

DEFENDANT'S INTERR. 1.
Answer - This iterr. is irrelevant and priviledge.
DEFENDANT'S INTERR. 2.
Answer - I have lived at present address for 5 years.
DEFENDANT'S INTERR. 3.
Answer - I am presently unemployed.
DEFENDANT'S INTERR.4.
Answer - I have filed numerous civil rights actions in Federal Court, I do not recall each
action,date, case numbers, all parties thereto, and the defendant can retrieve this information via
the courts records.
DEFENDANT'S INTERR. 5.
Answer - The Plaintiff objects to this interr., in that it requests answers already provided in the
complaint.
DEFENDANT'S INTERR. 6.
Answer - No.Plaintiff did have voice mail provided by U.S. Cellular.
DEFENDANT'S INTERR. 7.
Answer - Plaintiff did have caller I.D. provided by U.S. Cellular.
DEFENDANT'S INTERR. 8.
Answer - Plaintiff called Defendant on 2-18-05, denied oweing the alleged debt.
DEFENDANT'S INTERR. 9.
Answer - No
DEFENDANT'S INTERR.10.
Answer - No
DEFENDANT'S INTERR.11.
Answer - I felt harrassed, annoyed, and abused. Not to mention mad.
DEFENDANT'S INTERR.12.
Answer - None.
DEFENDANT'S INTERR. 13.
Answer - Plaintiff objects as this interr. requests information already disclosed.
DEFENDANT'S INTERR. 14.
Answer - Yes. I am still being harrassed, annoyed and abused by the defendant.

dated 12-9-05

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

KENNETH W. SIMMONS
Pro Se