E-FILED
Tuesday, 07 March, 2006  02:40:49 PM
Clerk, U.S. District Court, ILCD

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION

KENNETH W. SIMMONS,              )
                                 )
            Plaintiff,           )
                                 )
v.                               )    Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                 )
            Defendant.           )
```

### MOTION FOR LEAVE TO SUPPLEMENT

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and, pursuant to Federal Rule of Civil Procedure 15 (d), moves this Court for Leave To Supplement its Motion To Dismiss filed in the above-captioned cause on November 23, 2005, and in support thereof, states as follows:

1.  That, on November 23, 2005, the Defendant filed its first Motion To Dismiss.

2.  That additional facts have become known to the Defendant since the date of the filing of that Motion To Dismiss which would further substantiate the claims of the Defendant.

3.  That the interests of justice would best be served by allowing the Defendant to supplement the Motion To Dismiss filed on November 23, 2005.

4.  That this Motion is not sought to delay these proceedings or to harass any party thereto.

**WHEREFORE**, the Defendant respectfully moves this Court for an Order granting the Defendant leave to supplement the Motion To Dismiss filed on November 23, 2005, and for such further relief as the Court deems just under the circumstances.

Respectfully Submitted,
By:    <u>s/Michael L. Hill</u>
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
          Plaintiff,             )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                 )
          Defendant.             )

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY THAT on March 7, 2006, I electronically filed the foregoing Motion For Leave To Supplement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion For Leave To Supplement to: Kenneth W. Simmons, <u>simmons@route24.net;</u>

```
                              s/ Michael L. Hill
                              Michael L. Hill
                              Reg. # 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois  62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com
```