E-FILED
Thursday, 09 March, 2006  01:23:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Motion for leave to supplement

The Plaintiff requests leave to supplement his Summary Judgement dated 12-12-05. pursuant to Rule 15 (d), and in support states

1. That on 12-12-05 Plaintiff filed his first Motion for Summary Judgement.

2. That additional facts have become known to The Plaintiff since the date of filing of the Motion for Summary Judgement which will firther substantiate the claims of the Plaintiff.

3. That the interests of Justice would be best served by allowing the Plaintiff to supplement his motion.

4. That the Motion is not sought to delay these proceedings or to harass the Defendant.

Therefore the Plaintiff requests leave to supplement.

KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                          case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-8-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's request to supplement, before 5.p.m. via U.S. Mail.

*K.W. Simmons* (signature)

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820