

**E-FILED**
Tuesday, 14 March, 2006 11:46:30 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                          CASE NO.05-1241
CACI
DEFENDANT

Motion for Leave

The Plaintiff requests the Court allow the Plaintiff to pay the filing fees and marshalls service related to this case within ten days of the Court's ruling. I recently received a minimal amount of income that enables me to pay the fees. The Defendant will not be prejudice by the Plaintiff being allowed to pay the fees.

KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                              case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-13-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's motion for leave, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                             K.W. Simmons
12836 Appenzeller Rd.                          Pro Se
Mackinaw, Ill. 61755
309-359-5820