E-FILED
Thursday, 16 March, 2006  03:48:42 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois
#### Peoria Division

March 16, 2006

Kenneth Simmons
12836 Appenzeller
Mackinaw, IL. 61755

Michael L. Hill
Schuering & Associates PC
3050 Montvale Dr., Suite B
PO Box 9622
Springfield, IL. 62791

RE: Simmons vs CACI
CASE NO. 05-1241

Dear Mr Simmons:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                    s/ H. Kallister
                                                    JOHN M. WATERS, CLERK
                                                    U.S. DISTRICT COURT

cc:  all counsel