UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                      CASE NO.05-1241
CACI
DEFENDANT

## Motion to Withdraw

Plaintiff, having put the horse before the cart, requests to withdraw his motion to pay fees. The Plaintiff believing that a settlement would occur in case no. 05-1219, but now will not occur, wanted to pay the fees of the cases that Plaintiff has been allowed to proceed in forma pauperis. The Plaintiff has not recieved the income that he believed he would and does not intend to settle the case mentioned.

KENNETH W. SIMMONS
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                                          case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-16-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's motion to dismiss, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                               K.W. Simmons
12836 Appenzeller Rd.                             Pro Se
Mackinaw, Ill. 61755
309-359-5820