E-FILED
Monday, 20 March, 2006  01:25:08 PM
Clerk, U.S. District Court, ILCD

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION
```

KENNETH W. SIMMONS,            )
                               )
          Plaintiff,           )
v.                             )   Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
          Defendant.           )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 20, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Second Supplemental Response to Plaintiff's First Set of Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Second Supplemental Response to Plaintiff's First Set of Interrogatories to: Kenneth W. Simmons, simmons@route24.net;

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com