

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

Objection to Court and Kenneth Simmons
Friend of The Court Filing

I, Lisa Simmons of 12836 Appenzeller Rd. Mackinaw, Ill. 61755 request leave to file this motion as a Friend of the Court.

I object to the disclosure of my income in this matter, I am not a party to this case, my rights were not violated, and I have no knowledge of this case other than the instant Order attached as Exhibit (A).
Federal Income Laws clearly indicate that the U.S. Goverment also known as Financial Management Service is prohibited from taking my monies to pay Kenneth Simmons' debt. Illinois is not a community property state and therefore a spouse can not take my monies to pay thier debt unless that spouse in someway contributed income. In this instant Kenneth Simmons has not contributed any monies in the tax year ending on 12-31-04 and 12-31-05 and is therefore prohibited from or entitled to use my monies without my consent or agreement. Further this is notice that if the U.S. Goverment takes my monies in this case I will file suit in a Court of Law to recover the monies paid to aforementiond FMS which will include costs to recover my monies, again Illinois is not a community property state and the only way Kenneth Simmons can have any of my monies is if a Illinois State Court Ordered spousal maintnance by state law. No Illinois Court has entered a Spousal Maintnance Order.

*Lisa R Simmons*

Lisa Simmons
Pro Se

Lisa Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                             case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-20-06 the Movant served upon the attorney of record a copy of the Movant's objections, before 5.p.m. via U.S. Mail.

Lisa Simmons                                          Lisa Simmons
12836 Appenzeller Rd.                          Pro Se
Mackinaw, Ill. 61755
309-359-5820

## Other Orders/Judgments
1:05-cv-01241-JBM-JAG Simmons v. CACI

**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from MS, ilcd entered on 3/15/2006 at 12:58 PM CST and filed on 3/15/2006
**Case Name:**       Simmons v. CACI
**Case Number:**     1:05-cv-1241
**Filer:**
**Document Number:** 65

**Docket Text:**
TEXT ORDER Plaintiff has filed a motion indicating a change has occurred in his financial status. Accordingly, the Court directs Plaintiff to complete the enclosed financial affidavit. The enclosed affidavit must be completed in full and returned to this Court on or before March 29, 2006. Entered by Judge Joe Billy McDade on 3/15/06. (MS, ilcd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=3/15/2006] [FileNumber=296465-0]
[507fccfa48c8e44059506c9288a4ec19e149fc5e021bfb644bfc779e607538e1029e
3dbdcda8acb483e3828ee7dfef966f3779d02ad537816ecd6d528999994e]]

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering    danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Michael L Hill
SCHUERING & ASSOCIATES PC
3050 Montvale Dr Ste B
PO Box 9622
Springfield, IL 62791-9622

Kenneth W Simmons
12836 Appenzeller
Mackinaw, IL 61755