UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,           )
                              )
        Plaintiff,            )
                              )
v.                            )   Case No: 05-1241
                              )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                              )
        Defendant.            )

### MOTION TO SEQUESTER PROCEEDS

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and in support of its Motion To Sequester Proceeds, states as follows:

1. That Kenneth W. Simmons, the Plaintiff in the instant cause, is also the Plaintiff in 05-CV-1219, Simmons v. Rockford Merchantile Agency, Inc.

2. That the Plaintiff, on March 20, 2006, advised counsel for the Defendant via an email message that he had received settlement in 05-CV-1219. A copy of that email is attached hereto as Exhibit A and is incorporated herein by this reference.

3. That counsel for Rockford Merchantile also has advised counsel for Defendant via an email message that settlement has been paid in 05-CV-1219 to Kenneth W. Simmons. A copy of this email message is attached hereto as Exhibit B and is incorporated herein by this reference.

4. That, upon information and belief as disclosed in Paragraphs 2 and 3 above, the Plaintiff, Kenneth W. Simmons, has received an unknown amount in settlement of 05-CV-1219.

5. That, on March 16, 2006, the Defendant filed a Supplemental Motion To Dismiss with Memorandum of Law Attached which asks for an award of attorneys fees in the amount of $13,414.57 in that Motion's prayer for relief. A copy of the Supplemental Motion To Dismiss is attached hereto as Exhibit C and is incorporated herein by this reference.

6. That settlement monies received by Kenneth W. Simmons in 05-CV-1219 should be placed in trust with this honorable Court pending the decision regarding the Defendant's Supplemental Motion To Dismiss with Memorandum of Law attached.

7. That, in the event that this Court rules in Defendant's favor regarding the prayer for attorneys fees, said settlement monies should be remitted to counsel for the Defendant in an amount sufficient to satisfy the Defendant's outstanding attorneys fees.

8. That any surplus in the settlement funds after payment of the Defendant's reasonable attorneys fees should then be released to the Plaintiff.

8. That, in the event the amount of settlement proceeds is insufficient to fully satisfy the Defendant's outstanding reasonable attorneys fees, then the entire amount of settlement proceeds should be remitted to counsel for the Defendant with an Order of this Court directing the Plaintiff herein to make reimbursement on the remaining portion of those fees.

**WHEREFORE**, the Defendant, Consumer Adjustment Company, Inc., prays for an Order of this Court:

1. Directing that the settlement proceeds received by Kenneth W. Simmons in 05-CV-1219 be immediately placed in trust with this Court pending decision upon the Defendant's Supplemental Motion To Dismiss with Memorandum of Law Attached;

2. That, in the event of a ruling in Defendant's favor on the Supplemental Motion To Dismiss with Memorandum of Law Attached, the proceeds of the settlement in 05-CV-1219 be immediately turned over to the Defendant in partial or full satisfaction of the reasonable attorneys fees incurred by the Defendant in the defense of this cause;

3. That Kenneth W. Simmons should be immediately estopped from disbursing the settlement proceeds in any manner inconsistent with this Motion; and,

4. Granting such further relief to the Defendant as this Court deems fair and equitable under the circumstances.

Respectfully Submitted,

By: __s/Michael L. Hill__
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,            )
                               )
            Plaintiff,         )
v.                             )   Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
            Defendant.         )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on March 22, 2006, I electronically filed the foregoing Defendant's Motion to Sequester Proceeds with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion to Sequester Proceeds to: Kenneth W. Simmons, simmons@route24.net;

                                    s/ Michael L. Hill
                                    Michael L. Hill
                                    Reg. # 6284881
                                    Attorney for Defendant
                                    Schuering & Associates, P.C.
                                    3050 Montvale Drive, Suite B
                                    Springfield, Illinois 62704
                                    Telephone: (217) 698-6060
                                    Facsimile: (217) 698-6161
                                    michael.hill@skklawyer.com



EXHIBIT A

## Michael L. Hill

**From:** Simmons [simmons@Route24.net]
**Sent:** Monday, March 20, 2006 4:56 PM
**To:** Michael L. Hill

Mr. Hill,
Today I received payment in full from Rockford and again since ordered by the Court disclose the amount and again request to pay the monies I owe. I expect to file a Motion tomorrow.

Ken Simmons

3/20/2006



## Michael L. Hill

**From:** NHMINDRUP [NHMINDRUP@insightbb.com]
**Sent:** Wednesday, March 22, 2006 8:40 AM
**To:** Michael L. Hill
**Subject:** Re: Ken Simmons

Hello, Attorney Hill-

I would like to help you in any way that I can. Unortunately for you, one of the clauses in our settlement agreement was a non-disclosure clause, so I cannot tell you the amount he was paid.

I suggested that provision, because I did not want to encourage individuals like Ken Simmons. Some people actually attempt to make a living at this. It would not surprise me if he were getting advice and/or help from either somewhere on the internet or someone else who has sued debt collectors in the past. Are you aware that there is information on the internet giving pointers on how to successfully sue debt collectors and win?

Good luck!

Nancy H. Mindrup

> ----- Original Message -----
>
> **From:** Michael L. Hill
> **To:** NHMINDRUP@insightbb.com
> **Sent:** Monday, March 20, 2006 5:13 PM
> **Subject:** Ken Simmons
>
> Attorney Mindrup,
> Mr. Simmons has let it be know to us that he has reached final settlement with your client, Rockford Mercantile. Can you please advise as to the amount that Mr. Simmons received in that settlement? It is our intention to ask the Court that Mr. Simmons place that money on deposit with the Court to cover any potential recovery in our pending motion to dismiss. Your assistance will be appreciated.
>
> **Michael L. Hill**
> Attorney at Law
> Schuering and Associates, P.C.
> 3050 Montvale Drive, Suite B
> P.O. Box 9622
> Springfield, IL 62791-9622
> (217)698-6060
> fax: (217)698-6161
>
>
> NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

3/22/2006

E-FILED
Thursday, 16 March, 2006 12:18:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

EXHIBIT C

| | |
|---|---|
| KENNETH W. SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 05-1241 |
| ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI),) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL MOTION TO DISMISS**
**WITH MEMORANDUM OF LAW**

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and, for its Supplemental Motion To Dismiss the Complaint filed by the Plaintiff, Kenneth W. Simmons, in the above-captioned cause, states as follows:

1. That the Defendant filed its first Motion To Dismiss on November 23, 2005.

2. That information relevant to that Motion To Dismiss has since become known to the Defendant.

3. That the Defendant has discovered that the Plaintiff is married to Lisa Simmons.

4. That the Defendant has further discovered that Lisa Simmons is employed.

5. That the Plaintiff states on his application to proceed without prepayment of fees and Affidavit that he has not received any money from any of the sources listed on the application, including the choice "any other sources". A photocopy of this

application and Affidavit is attached hereto as "Exhibit A" and is incorporated herein by this reference.

6. That Lisa Simmons is employed at the IGA store in Mackinaw, Illinois, as disclosed on the police report filed by the Plaintiff and Mrs. Simmons with the Tazewell County Sheriff's Department on March 2, 2006. A copy of this police report is attached hereto as "Exhibit B" and is incorporated herein by this reference.

7. That Mrs. Simmons' income from her employment is required to be included in the Affidavit as "any other source" of income, as that income is a marital asset of the Plaintiff.

8. That the Plaintiff has committed perjury by filing a false Affidavit in that the Plaintiff stated under oath that he did not receive income from any other source when, in fact, the Plaintiff had income in the form of his wife's employment income.

9. That the Plaintiff has filed a Motion For Leave to pay the fees associated with this case on or about March 13, 2006. A copy of this Motion is attached hereto as "Exhibit C" and is incorporated herein by this reference.

10. That "Exhibit C" was filed after the Defendant filed for, and was granted, Leave To Supplement the Motion To Dismiss referenced in Paragraph 1 of this Motion.

11. That "Exhibit C" was filed in a vain attempt to undo the perjury committed by the Plaintiff and based on an expected settlement in 05-CV-1219 which was not received. A copy of the Plaintiff's Motion To Withdraw is attached hereto as "Exhibit D" and is incorporated herein by this reference.

12. That the above-captioned cause should be dismissed as mandated by 28 USC 1915 (e) (2) (A).

13. That such dismissal should be with prejudice as the Plaintiff has perjured himself on financial Affidavits in <u>Simmons v. Tarby, et. al.</u>, 05-1214, <u>Simmons v. Rockford Merchantile Agency</u>, 05-1219 and <u>Simmons v. Guardsmark</u>, 03-1041, by failing to disclose the marital asset of his wife's income on his Affidavit to Proceed In Forma Pauperis in each of these cases.

14. That such perjorous conduct evinces an attempt to commit a fraud upon this Court.

15. That the Defendant has incurred $13,414.57 in reasonable attorneys fees as a result of defending in this cause.

16. That, in every instance where pauper status has been denied to the Plaintiff, the case has been closed within three month's time. See <u>Simmons v. Village of Mackinaw, et. al.</u>, 04-1194; <u>Simmons et. al. v. Stockstill, et. al.</u>, 04-1242; <u>Simmons v. Village of Mackinaw, Illinois, et. al.</u>, 05-1192; and <u>Simmons v. Tarby, et. al.</u>, 05-1214.

17. That, a pattern of failure to prosecute established by the events described in Paragraph 16 when pauper status is denied to the Plaintiff indicates that the instant cause would also not have been prosecuted by the Plaintiff if pauper status were denied herein.

18. That, given the pattern of behavior evinced in Paragraph 16, had the Plaintiff been truthful in completing the Affidavit in the above-captioned cause, pauper status would have been denied and

the Defendant would not have incurred these reasonable attorneys fees.

19. That the Plaintiff has established a pattern of frivolous filings in this Court.

**WHEREFORE**, the Defendant, Consumer Adjustment Company, Inc. (CACI) moves this Court for an Order dismissing the above-captioned cause with prejudice and directing the Plaintiff to pay the reasonable attorneys fees incurred by the Defendant in the defense of this suit and for such further relief as this Court deems just under the circumstances.

Respectfully Submitted,
SCHUERING & ASSOCIATES, P.C.
By:   s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
Michael.hill@skklawyer.com