UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
KENNETH SIMMONS,              )
                              )
      Plaintiff,              )
                              )
   v.                         )    Case No. 05-1241
                              )
CACI,                         )
                              )
      Defendant.              )
```

**O R D E R**

Plaintiff has been granted IFP status in this case. It has come to the Court's attention that Plaintiff has received proceeds from at least one settlement within the past 3 years and that he may have also recently settled a case which would result in another settlement payment. Further, the Court believes Plaintiff may have access to household resources, such as his spouses assets and/or income, that he has not reported on his previous IFP applications. In particular, although Plaintiff has never disclosed any income source in any IFP application filed since February 25, 2003, he has shown a fluctuating bank account balance that would indicate some source of income. See Exhibit A. Because Plaintiff has shown an unwillingness to disclose the source of his financial support in this and other cases, see e.g. Case No. 05-1214 (IFP application denied after adamant refusal to provide requested financial information); he is hereby ordered to appear before this Court on April 12, 2006 at 2:30pm to show cause for why his Complaint should not be dismissed for failure to accurately and truthfully disclose his income and assets. Plaintiff is directed to bring to the hearing statements detailing transactions for the period 8/2/05 to the present for any and all bank accounts or investment accounts that he is named on (either alone or jointly), and tax returns for

the previous two years.  Failure to comply with this order could result in sanctions, including but not limited to, monetary penalties and/or dismissal of all of Plaintiffs pending cases.

Entered this ___23rd___ day of March, 2006.

> _____s/ Joe B. McDade_____
> JOE BILLY McDADE
> United States District Judge