| Case No. | | IFP Filed or Fee Pd. |
|---|---|---|
| 03-1041 (Mihm) | Motion to proceed IFP on appeal filed without any new financial disclosures - Motion granted (presumably based on initial disclosures made on 2/25/03) | 5/19/04 |
| 04-1096 (Mihm) | $150 Filing Fee Pd | 3/26/04 |
| 04-1194 (McDade) | IFP application states he was last employed in 2000 by UPS and had approx. $20 in bank accounts. | 6/22/04 |
| 04-1242 (Mihm) | $150 Filing Fee Pd. | 7/20/04 |
| 05-1192 (Mihm) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $4.40 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $350. | 7/06/05 |
| 05-1214 (Mihm) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $20 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $350.  Case dismissed for refusal to provide financial information. | 7/27/05 |
| 05-1219 (McDade) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $40 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $350. | 8/2/05 |
| 05-1241 (McDade) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $84 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $350. | 8/22/05 |
| 05-1280 (McDade) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $50 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $300. | 9/22/05 |
| 06-1033 (McDade) | IFP application states he was last employed in 2001 for UPS, no income in past 12 months from any source, and he had approx. $25 in bank accounts.  Owned 1990 GMC Jimmy worth approx. $250. | 2/16/06 |