**E-FILED**
Thursday, 23 March, 2006  03:29:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                       )
v.                                     )    Case No: 05-1241
                                       )
CONSUMER ADJUSTMENT COMPANY (CACI)     )

### MOTION TO STAY DEADLINES

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its counsel, Schuering & Associates, P.C., and in support of its Motion to Stay Deadlines, states as follows:

1.  That on March 23, 2006, this Court entered an Order in the above-captioned cause requiring the Plaintiff, Kenneth W. Simmons, to appear before the Court on April 12, 2006 at 2:30 p.m. to show cause why his Complaint should not be dismissed for failure to accurately and truthfully disclose his income and assets.

2.  That certain discovery deadlines will come to pass in the time between the date the Order was filed and the date of the hearing set in that Order.

3.  That a stay of all deadlines to a date after the Court rules on the hearing of April 12, 2006 will not unduly prejudice either party in the above-captioned cause.

4.  That a stay of the deadlines previously mentioned is not being requested to unduly prejudice or harass the parties, or to unnecessarily delay these proceedings.

5.  That a stay of the deadlines in the above-referenced cause will serve to lessen the number of unnecessary pleadings and/or

responses should the Plaintiff's Complaint be dismissed.

**WHEREFORE**, the Defendant, CACI, hereby moves this Court for an Order staying any deadlines in the above-captioned cause which may fall between March 23, 2006 and a ruling on the hearing to show cause set for April 12, 2006, and granting the Defendant such further relief as this Court deems just under the circumstances.

Respectfully Submitted,

By: s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

```
KENNETH W. SIMMONS,              )
                                )
              Plaintiff,         )
v.                              )    Case No: 05-1241
                                )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                )
              Defendant.         )
```

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on March 23, 2006, I electronically filed the foregoing Defendant's Motion to Stay Deadlines with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion to Stay Deadlines to: Kenneth W. Simmons, simmons@route24.net;

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com