E-FILED
Friday, 24 March 2006 01:50:02 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



MAR 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

### Plaintiff's Objections to Affidavit

Plaintiff objects of the grounds that it is against Illinois law to in effect garnish my wifes wages for my debt. Caci is a debt collector that claims I owe money for a medical bill, for two reasons they have not pursued collections effort in Illinois where they're attorney is located. PLAINTIFF IS JUDGEMENT PROOF, I will walk into the Court inform the Judge and it will be dismiss since I have no income until such time as I do. Further, I was in police custody at the time therefore Tazewell County is required to provide medical services, whether it be a jail nurse or as in this case a hospital. In Illinois you CAN NOT GARNISH A SPOUSE INCOME TO PAY THE DEBT OF THE OTHER SPOUSE and further by an act of U.S. Congress FMS is prohibited from garnishing my wifes wages to pay my debt. Further as is the m.o. of the attorney here they merely want to harrass my wife as is evident by thier recent list of"witness" they have provided. though I have not disclosed my wife of having discoverable information they want to harrass her by serving a subpoena on her at her place of employment since my dogs, as the Court is aware in Simmons v Adams and Casey's, will attack them. Tazewell County has an officer safety warning. Further, in the last approx. 15 pro se cases not involving the Plaintiff, the Court has not inquired to the spouses income nor have they asked prisoners if they're wife on the streets received income, this is clearly prejudicial and I will appeal. The Defendant has not produced, though they have an oppurtunity to and a subpoena to get, any income the Plaintiff has, welfare, food stamps, disability, S.S., unemployment etc... Because there is none. Affidavit attached.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

**AFFIDAVIT FOR PERMISSION TO PROCEED IN FORMA PAUPERIS**
United States District Court for the Central District of Illinois

KENNETH W. SIMMONS    )
                     )
                     )
                     )    Case Nos. 05-1219, 05-1241, 06-1033
                     )
                     )
                     )

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the fees for my case or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.

Signed _KW_

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case number, and the question number.

Date _KW_  3-23-06

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $1900.00 | $0 | $1800.00 |
| Self-employment | $0 | — | $0 | — |
| Income from real property (such as rental income) | $0 | — | $0 | — |
| Interest and dividends | $0 | — | $0 | — |
| Gifts | $0 | — | $0 | — |
| Alimony | $0 | — | $0 | — |
| Child support | $0 | — | $0 | — |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | — | $0 | — |
| Disability (such as social security, insurance payments) | $0 | — | $0 | — |
| Unemployment payments | $0 | — | $0 | — |
| Public-assistance (such as welfare) | $0 | — | $0 | — |
| Other (specify): SETTLEMENT | $1,000 | | $0 | |
| Total monthly income: | $0 | $1900.00 | $0 | $1800.00 BEFORE TAXES |

CONFUSED TO WHERE TO PUT SETTLEMENT
3-20-06

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| UPS | CAMPST, C.FLORA | 3-99 thro 10-05 | 10.75 HR |
| | | | |
| | | | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| IGA | MACKINAW | 6-2001 | $1900.00 |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FIRST SECURITY | CHECKING | $8.50 | $8.50 |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): N/A

Motor Vehicle #1 (Value)
Make & year: 1992
Model: GMC, Jimmy
Registration # XC 7480

Motor Vehicle #2 (Value)
Make & year: NA
Model:
Registration #

Other assets (Value): NA

Other assets (Value): NA

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Ken Simmons | Husband | 43 |
| Lisa supports me | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [X] No Is property insurance included? [ ] Yes [X] No | $ 0 | $ 325.00 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | Phone 30.00 Propane 50.00 monthly $ elect. 75.00 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 600.00 |
| Clothing | $ 0 | $ 20.00 |
| Laundry and dry-cleaning | $ 0 | $ 15.00 |
| Medical and dental expenses | $ 0 | $ ~~tolet~~ |
| Transportation (not including motor vehicle expenses | $ 0 | $ 150.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 15.00 internet |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

3

|  |  |  |
|---|---|---|
| Life | $ ∅ | $ ∅ |
| Health | $ ∅ | $ 105.00 |
| Motor vehicle | $ ∅ | $ 48.35.00 |
| Other: INTERNET SCHOOL | $ ∅ | $ 40.00 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ ∅ | $ ∅ |
| Installment payments | $ ∅ | $ ∅ |
| Motor Vehicle | $ ∅ | $ ∅ |
| Credit card (name): VISA + M.C. | $ ∅ | $ 46.00 |
| Department store (name): | $ ∅ | $ ∅ |
| Other: | $ ∅ | $ ∅ |
| Alimony, maintenance, and support paid to others | $ ∅ | $ ~~scribbled~~ |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ ∅ | $ ∅ |
| Other (specify): | $ ∅ | $ ∅ |
| Total monthly expenses: | $ | $ 1500.00 |

BRING HOME 1565.00 AFTER TAXES

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No   If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [ ] No  If yes, how much? $_____NO_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the fees for your case.

~~USE~~ A I CAN PAY the FILING FEE BECAUSE OF SETTLEMENT, I STILL AM A PAUPER

13. State the address of your legal residence.

12834 Tappyella rd.

Mach____, Ill 61755

_____

Your daytime phone number: (309) 359-5820

Your age: 43   Your years of schooling: 8th GRADE

HAVE G.E.D.
CDL TRAINING
PARALEGAL TRAINING

5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                             case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-23-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's objection to affidavit, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                          K.W. Simmons
12836 Appenzeller Rd.                       Pro Se
Mackinaw, Ill. 61755
309-359-5820