RECEIVED
MAR 29 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 29 March, 2006  02:38:20 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

## Objections to stay deadlines

Again, the Defendant has filed a frivilous motion with no documents to support thier contentions, they merely are seeing dollar signs since McDade has given the Defendant false hope that they will receive attorney fees in this case. You can't get blood from a turnip. Since I intend to file an appeal in the Seventh Circuit, abuse of discretion and contrary to Federal and Illinois tax laws, and anticipate this being returned to McDade I object to this motion filed. No Court imposed or agreed deadlines will pass between today and 4-12-06. The next deadline is May 1st, the end of discovery.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-28-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's response to stay deadlines, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                              K.W. Simmons
12836 Appenzeller Rd.                           Pro Se
Mackinaw, Ill. 61755
309-359-5820