RECEIVED
MAR 29 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Wednesday, 29 March, 2006 02:41:00 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Motion to compel

On March 20th 2006, the Defendant provided a supplemental answer to a past interr.. Upon the Plaintiff receiving the answer, I conferred with the Defendant to get the disclosure per the rules. See attached. I did in fact confer on the matter and defendant agreed to provide the information. I believe that not only has the Defendant failed to disclose information per the rules of procedure, but has interfered in the service of summons and complaint in case no. 06-1033. The Defendant has failed to supplement thier disclosure I request the Court Order the Defendant to provide the last known address and telephone number of these persons.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                              CASE NO.05-1241
CACI
DEFENDANT

Certificate the parties conferred

On 3-20-06 the Plaintiff conferred on the discovery matter to get the information.

                                                                                                                                */s/ K.W. Simmons*

Kenneth W. Simmons                              K.W. Simmons
12836 Appenzeller Rd.                           Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

## Main Identity

**From:** "Simmons" <simmons@Route24.net>
**To:** "Michael L. Hill" <michael.hill@skklawyer.com>
**Sent:** Monday, March 20, 2006 4:50 PM
**Subject:** Re:

Mr. Hill,
I am glad we were able to resolve this dispute and will allow the time indicated for you to provide the address and telephone numbers by the 27th as indicated.
Thank you
Ken Simmons

----- Original Message -----
**From:** Michael L. Hill
**To:** 'Simmons'
**Sent:** Monday, March 20, 2006 4:40 PM
**Subject:** RE:

Mr. Simmons,
Your earlier email allowed until 3/27/06 for a response regarding disclosure. I will disclose any information that I have by that date. I will supply you with any information that my client has regarding the whereabouts of the three persons listed for which you have no address. I can tell you that the last known phone numbers for these three are no longer in service.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Monday, March 20, 2006 4:31 PM
**To:** Michael L. Hill
**Subject:**

Mr. Hill,

Before filing this tomorrow I request your provide the disclosure or indicate in some was you plan to. Attached is a copy of Motion to Compel, I would like to not use the Court.

Ken Simmons

3/20/2006

## Main Identity

**From:** "Michael L. Hill" <michael.hill@skklawyer.com>
**To:** "'Simmons'" <simmons@Route24.net>
**Sent:** Monday, March 20, 2006 4:40 PM
**Subject:** RE:

Mr. Simmons,
Your earlier email allowed until 3/27/06 for a response regarding disclosure. I will disclose any information that I have by that date. I will supply you with any information that my client has regarding the whereabouts of the three persons listed for which you have no address. I can tell you that the last known phone numbers for these three are no longer in service.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Monday, March 20, 2006 4:31 PM
**To:** Michael L. Hill
**Subject:**

Mr. Hill,

Before filing this tomorrow I request your provide the disclosure or indicate in some was you plan to. Attached is a copy of Motion to Compel, I would like to not use the Court.

Ken Simmons

3/23/2006

**Main Identity**

From: "Simmons" <simmons@Route24.net>
To: "Michael L. Hill" <michael.hill@skklawyer.com>
Sent: Monday, March 20, 2006 3:39 PM
Subject: Re: case no. 1241 and 06-1033

Mr. Hill,

Per the Rules of Procedure you are required to not only answer my interr. regarding witness', you are required to supplement your disclosures. If you do not disclose the person's identified in your response to my interr. before 5p.m. on 3-27-06 I will file a motion to compel your disclosure per rule 26 (a) (1) (A), of Andrea Higgins, Jamie Clifton, and Christine Kay. This is an attempt to confer on discovery.
On another note upon service of any and all subpoena's notice of filing must be served upon me. Are there any at this point that have not been served? This is an attempt to confer on discovery.

Ken Simmons

----- Original Message -----
From: Michael L. Hill
To: 'Simmons'
Sent: Monday, March 20, 2006 3:28 PM
Subject: RE: case no. 1241 and 06-1033

Mr. Simmons,
Andrea Higgins, Jamie Clifton and Christine Kay do not work for CACI any longer. The reference to them in the response to interrogatory number four identifies the capacity in which they would have acquired the knowledge of the events that they will testify to.

**Michael L. Hill**
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

From: Simmons [mailto:simmons@Route24.net]
Sent: Monday, March 20, 2006 3:15 PM
To: Michael L. Hill
Subject: case no. 1241 and 06-1033

Mr. Hill,

Today in your answer to interr. four, your supplement, you indicate that the Defendants are all employed by you, CACI, yet on 3-6-06 Supervisor Jeff Sherman informed the U.S. Marshall's office that the Defendants were no longer employed. Can you tell me today what has happened here.

3/20/2006

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                    case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-28-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's motion to compel, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                     K.W. Simmons
12836 Appenzeller Rd.                  Pro Se
Mackinaw, Ill. 61755
309-359-5820