E-FILED
Wednesday, 29 March, 2006  04:06:15 PM
Clerk, U.S. District Court, ILCD

```
               UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF ILLINOIS
                     PEORIA DIVISION
```

KENNETH W. SIMMONS,                )
                                   )
            Plaintiff,             )
                                   )
v.                                 )    Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                   )
            Defendant.             )

## RULE 11 MOTION FOR SANCTIONS

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc.(CACI), by and through its attorneys, Schuering & Associates, P.C., and in support of its Rule 11 Motion For Sanctions against the Plaintiff, Kenneth W. Simmons, states as follows:

1. That, on March 23, 2006, the Defendant filed a Motion To Stay Deadlines in the above-captioned cause. A copy of this Motion is attached hereto as "Exhibit A" and is incorporated herein by this reference.

2. That, on or about March 28, 2006, the Plaintiff filed objections to the Motion To Stay Deadlines. A copy of these objections is attached hereto as "Exhibit B" and is incorporated herein by this reference.

3. That the Plaintiff, in "Exhibit B", states that "no Court imposed or agreed deadlines will pass between today (3/28/06) and 4-12-06."

4. That the Plaintiff signed the aforementioned objections.

5. That, under Rule 11 of the Federal Rules of Civil Procedure, a signature of a non-represented party certifies to the Court that "to the best of the person's knowledge, information, and belief...the allegations and other factual contentions have evidentiary support." Federal Rules of Civil Procedure, Rule 11 (b) (3).

6. That the Plaintiff is aware that the Defendant is under an obligation to respond to Plaintiff's Rule 36 Request For Admission of Facts, Plaintiff's Rule 36 Request for Admission of Genuineness of Documents, and Plaintiff's second document request by April 3, 2006 and to respond to Plaintiff's Rule 34 Request To Inspect and Photograph, Plaintiff's third document request, and Plaintiff's

Supplemental Rule 36 Request For Admission by April 6, 2006.

    7. That the Plaintiff is further aware that the Defendant agreed to supplement a Response To Interrogatories by March 27, 2006.

    8. That the supplement due by March 27, 2006 was due after the Defendant filed his Motion for Stay of Deadlines which was served on the Plaintiff on March 23, 2006, via email.

    9. That the Plaintiff has willfully violated Rule 11 (b) (3) of the Federal Rules of Civil Procedure in that the contention that no agreed deadlines will pass between March 28, 2006 and April 12, 2006, is false and is, by virtue of the signature which makes certain representations to the Court, perjurous.

    10. That the Defendant has incurred reasonable attorneys fees in the filing of the instant Motion in the amount of $125.00.

    11. That Rule 11 (C) (2) allows for both directives of a non-monetary nature and an Order directing the Plaintiff to pay some or all of the reasonable attorneys fees incurred as a direct result of the misrepresentations made to the Court as sanctions.

    **WHEREFORE**, the Defendant prays for an Order of this Court:

1. Dismissing the Plaintiff's objections as frivolous and unfounded;

2. Granting the Defendant's Motion for Stay of Deadlines as unopposed, retroactive to the date of its filing;

3. Directing the Plaintiff to pay $125.00 to the Defendant for the reasonable attorneys fees incurred in the instant Motion; and,

4. Granting the Defendant such further relief as the Court deems just under these circumstances.

    Respectfully Submitted,
SCHUERING & ASSOCIATES, P.C.
By:   s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

E-FILED
Thursday, 23 March, 2006 03:29:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

EXHIBIT A

KENNETH W. SIMMONS,                )
                                   )
v.                                 )   Case No: 05-1241
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**MOTION TO STAY DEADLINES**

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its counsel, Schuering & Associates, P.C., and in support of its Motion to Stay Deadlines, states as follows:

1. That on March 23, 2006, this Court entered an Order in the above-captioned cause requiring the Plaintiff, Kenneth W. Simmons, to appear before the Court on April 12, 2006 at 2:30 p.m. to show cause why his Complaint should not be dismissed for failure to accurately and truthfully disclose his income and assets.

2. That certain discovery deadlines will come to pass in the time between the date the Order was filed and the date of the hearing set in that Order.

3. That a stay of all deadlines to a date after the Court rules on the hearing of April 12, 2006 will not unduly prejudice either party in the above-captioned cause.

4. That a stay of the deadlines previously mentioned is not being requested to unduly prejudice or harass the parties, or to unnecessarily delay these proceedings.

5. That a stay of the deadlines in the above-referenced cause will serve to lessen the number of unnecessary pleadings and/or

1:05-cv-01241-JBM-JAG    #75    Page 2 of 3

responses should the Plaintiff's Complaint be dismissed.

**WHEREFORE**, the Defendant, CACI, hereby moves this Court for an Order staying any deadlines in the above-captioned cause which may fall between March 23, 2006 and a ruling on the hearing to show cause set for April 12, 2006, and granting the Defendant such further relief as this Court deems just under the circumstances.

Respectfully Submitted,

By: ___s/Michael L. Hill___
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

1:05-cv-01241-JBM-JAG    # 75    Page 3 of 5

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,                  )
                                     )
            Plaintiff,               )
v.                                   )    Case No: 05-1241
                                     )
CONSUMER ADJUSTMENT COMPANY (CACI)   )
                                     )
            Defendant.               )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on March 23, 2006, I electronically filed the foregoing Defendant's Motion to Stay Deadlines with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Motion to Stay Deadlines to: Kenneth W. Simmons, simmons@route24.net;

> s/ Michael L. Hill
> Michael L. Hill
> Reg. # 6284881
> Attorney for Defendant
> Schuering & Associates, P.C.
> 3050 Montvale Drive, Suite B
> Springfield, Illinois 62704
> Telephone: (217) 698-6060
> Facsimile: (217) 698-6161
> michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



EXHIBIT B

KENNETH W. SIMMONS
PLAINTIFF
-V-                                    CASE NO.05-1241
CACI
DEFENDANT

### Objections to stay deadlines

Again, the Defendant has filed a frivilous motion with no documents to support thier contentions, they merely are seeing dollar signs since McDade has given the Defendant false hope that they will receive attorney fees in this case. You can't get blood from a turnip. Since I intend to file an appeal in the Seventh Circuit, abuse of discretion and contrary to Federal and Illinois tax laws, and anticipate this being returned to McDade I object to this motion filed. No Court imposed or agreed deadlines will pass between today and 4-12-06. The next deadline is May 1st, the end of discovery.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                          case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-28-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's response to stay deadlines, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                      K.W. Simmons
12836 Appenzeller Rd.                   Pro Se
Mackinaw, Ill. 61755
309-359-5820

```
             UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION
```

KENNETH W. SIMMONS,            )
                               )
           Plaintiff,          )
v.                             )     Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
           Defendant.          )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on March 29, 2006, I electronically filed the foregoing Rule 11 Motion For Sanctions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A
and I certify that I have emailed the Rule 11 Motion For Sanctions to: Kenneth W. Simmons, simmons@route24.net;

                                             s/ Michael L. Hill
                                             Michael L. Hill
                                             Reg. # 6284881
                                             Attorney for Defendant
                                             Schuering & Associates, P.C.
                                             3050 Montvale Drive, Suite B
                                             Springfield, Illinois 62704
                                             Telephone: (217) 698-6060
                                             Facsimile: (217) 698-6161
                                             michael.hill@skklawyer.com