

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MAR 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Plaintiff objections to Deposition

The Plaintiff objects to the taking of the Plaintiff's deposition for the following reasons;

1. Defendant failed to serve notice upon the Plaintiff.
2. Plaintiff objects to the taking of the deposition at the attorney's office.
3. Defendant failed to provide method of taking deposition and who will take the deposition to avoid violations of Rule 28 ( c ).
4. Defendant failed to allow sufficient notice of 30 days.
5. Parties did confer and were unable to come to an agreement without Court intervention, see attached email.

   THEREFORE, Plaintiff requests the Court Order the Defendant to serve notice of the deposition and allow the Plaintiff sufficient notice of 30 days, further the Plaintiff requests the Court appoint an officer to take the deposition, order the Defendant give notice of the method of taking the deposition. Further, the Plaintiff should not be required to travel approx. 60 miles for the taking of his deposition, the trial is in Peoria therefore the deposition should take place there.

Kenneth W. Simmons

Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

## Main Identity

**From:** "Simmons" <simmons@Route24.net>
**To:** "Michael L. Hill" <michael.hill@skklawyer.com>
**Sent:** Monday, February 27, 2006 6:08 PM
**Subject:** Re: Deposition

Mr. Hill,
I object to the deposition being taken in your office, I request that we motion the Court to appoint someone in the Peoria area to take my deposition and further I object to your taking my deposition without 30 days notice given. I hope this answers your inquiry. Read Receipt Requested

Ken Simmons

----- Original Message -----
**From:** Michael L. Hill
**To:** simmons@route24.net
**Sent:** Monday, February 27, 2006 4:43 PM
**Subject:** Deposition

Mr. Simmons,

Please advise as to dates when you will be available for deposition per Federal Civil Rule of Procedure 30 at our offices for the month of March in the matter of Simmons v. CACI. I will try to choose a date from those you supply in order to make it convenient for you to attend.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

## Main Identity

**From:** "Simmons" <simmons@Route24.net>
**To:** "Michael L. Hill" <michael.hill@skklawyer.com>
**Sent:** Tuesday, March 28, 2006 5:09 PM
**Subject:** Re: CACI

Mr. Hill,

I will file my objections to the Court in the matter of my deposition. I expect to file them tomorrow.

Ken Simmons

> ----- Original Message -----
> **From:** Michael L. Hill
> **To:** 'Simmons'
> **Sent:** Tuesday, March 28, 2006 4:22 PM
> **Subject:** RE: CACI
>
> Mr. Simmons,
> The deposition will be taken at our office. Your reluctance to provide a date at which you will be available leaves me with no alternative but to schedule a date without your assistance. The date will be set for April 24, 2006 at 9:00 a.m. If you will not comply with this date and time then I will compel your attendance by subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure.
>
> **Michael L. Hill**
> **Attorney at Law**
> Schuering and Associates, P.C.
> 3050 Montvale Drive, Suite B
> P.O. Box 9622
> Springfield, IL 62791-9622
> (217)698-6060
> fax: (217)698-6161
>
> NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.
>
> **From:** Simmons [mailto:simmons@Route24.net]
> **Sent:** Tuesday, March 28, 2006 4:07 PM
> **To:** Michael L. Hill
> **Subject:** Re: CACI
>
> Mr. Hill,
> As previously advised, I object to the deposition being taken in your office. L.A. reporting in Peoria can take the deposition, I would not object to that., let me know if this is O.K. if not I will request the Court appoint someone. Further, with thirty days notice I will make myself available at anytime.
>
> Ken Simmons
>
> > ----- Original Message -----
> > **From:** Michael L. Hill
> > **To:** 'Simmons'

3/28/2006

**Sent:** Tuesday, March 28, 2006 3:24 PM
**Subject:** CACI

Mr. Simmons,

Please advise as to dates when you will be available for deposition per Federal Civil Rule of Procedure 30 at our offices for the middle two weeks of April in the matter of Simmons v. CACI. I will try to choose a date from those you supply in order to make it convenient for you to attend.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                    case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-29-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's OBJECTTIONS TO DEPOSITION, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                          K.W. Simmons
                                            Pro Se
Mackinaw, Ill. 61755
309-359-5820