UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



MAR 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

Plaintiff's Response to Rule 11 Sanctions

The Plaintiff will respond to the #11 claims Defendant made in thier request.

1. Defendant did file as indicated.
2. Plaintiff claims that on 3-29-06 Plaintiff filed objections to stay deadlines. That on 3-28-06 Plaintiff SERVED upon Defendant said objections.
3. Plaintiff did state as indicated and provides the Court , exhibit (A), the Court imposed deadlines for expert discovery etc.. Exhibit (B) is the AGREED deadlines.
4. Plaintiff did sign the objections.
5. This is the Rule as indicated. And further to the best of my knowledge, information and belief, the Defendants stay pertained to exhibits A and B.
6. As indicated in the Defendants motion these were deadlines for DISCOVERY REQUESTS, not Court imposed or agreed deadlines.
7. Defendant did NOT agree to supplement an interr. as indicated, the Defendant agreed to supplement DISCLOSURE, DISCLOSURE,DISCLOSURE under Rule 26 (a) (1) (A). In case there is any confusion, though the email I provided in my motion to compel CLEARLY indicates DISCLOSURE, it was a disclosure request.
8. This is correct, the disclosure was due by 3-27-06 and still has not been disclosed, they are merely preventing the service of summons and complaint in case no. 06-1033.
9. Plaintiff has not violated Rule 11. Again with the insults.Perjurous.
10. The attorney for the Defendant does continue to run up the costs of this case.
11. Rule 11 does allow for an Order and/or Sanctions.

Argument

As indicated in my response to the stay of deadlines, the Defendant failed to identify the deadlines now indicated and I still object to the stay, but my objections were to the best of my knowledge and information the Defendant provided in that Plaintiff believed the stay was for the Court Ordered deadlines or the parties agreed deadlines attached as exhibit A and B. Further before filing the request for a Stay of Deadlines, the Defendant should have conferred with the Plaintiff to discuss thier concerns before filing a motion to stay the deadlines. NONETHELESS, to the best of my belief I respond accordingly and and the Defendant's motion for a Stay was vague and confusing at the least.

Kenneth W. Simmons

Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

10-27-05

# Minute Entries
## 1:05-cv-01241-JBM-JAG Simmons v. CACI

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KB, ilcd entered on 10/28/2005 at 4:44 PM CDT and filed on 10/27/2005

**Case Name:**　　Simmons v. CACI
**Case Number:**　1:05-cv-1241
**Filer:**
**Document Number:**

**Docket Text:**
Minute Entry for proceedings held before Judge John A. Gorman. Parties present via phone for Rule 16 scheduling conference at 11:00 a.m. on Thursday, 10/27/05 - same held. Court sets the following schedule: Discovery due by 5/1/2006. Motions due by 6/1/2006. Final Pretrial Conference set for 10:30 on 10/12/2006 and Bench Trial set for 9:00 a.m. on 11/13/2006 both in person in Peoria (in Courtroom D) before Judge Joe Billy McDade. Parties agree that plaintiff agrees to accept service thru e-mail by defendants. Court will remain mailing out copies to plaintiff of courts entries. (Tape C-444 (2974 - end) (KB, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1241 Notice will be electronically mailed to:**

Daniel Paul Schuering　　danielp@skklawyer.com, debd@skklawyer.com

**1:05-cv-1241 Notice will be delivered by other means to:**

Kenneth W Simmons



(A)

E-FILED
Tuesday, 25 October, 2005 04:21:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS, )
)
v. ) Case No: 05-1241
)
CONSUMER ADJUSTMENT COMPANY (CACI) )

### AGREED LOCAL RULE 16.2(e) SCHEDULING ORDER

NOW COMES the Parties by and through their respective attorneys and for their Agreed Local Rule 16.2(e) Scheduling Order pursuant to CDIL-LR (26.2) 3, Rule 26(f) and CDIL-LR 16.2(e), hereby admits the Agreed Scheduling Order for approval of the Court.

1. On October 25, 2005, the following parties and attorney of record met, via telephone conference, to discuss the various matters required by Rule 26(f) of the Federal Rules of Civil Procedure:

  A. Michael L. Hill
     Schuering & Associates, P.C.
     3050 Montvale Drive, Suite B
     P.O. Box 9622
     Springfield, Illinois 62791-9622

  B. Kenneth W. Simmons
     Pro Se
     _____ r Road
     Mackinaw, Illinois 61755

2. The Parties agree that all Parties which have not yet made their Rule 26 Disclosure shall be required to make these disclosures by November 27, 2005.

3. Amendment of Pleadings. The Parties agree to a deadline of January 1, 2006 for amendment of pleadings.

4. Joined or Additional Parties. The Parties agree to a deadline of January 1, 2006 to join additional parties to this lawsuit.

5. Disclosure of Opinion Witnesses. The Parties agree to a disclosure of opinion witnesses as follows:

  a. Plaintiff to disclose expert witnesses and provide the requisite reports by January 1, 2006;


(B)

1:05-cv-01241-JBM-JAG #15 Page 2 of 3

b.  Plaintiff to provide such experts for deposition to the Defendant, if the Defendant so desires, by January 1, 2006; and,

c.  Defendant to disclose expert witnesses by February 1, 2006.

d.  Defendant to provide such experts for deposition to the Plaintiff, if the Plaintiff so desire, by February 1, 2006.

6. Completion of Discovery. The date for completion of written discovery is April 1, 2006. The date for completion of expert discovery shall be 3/1/2006. Any written discovery served subsequent to the date of this Order is to be served by such a date that allows the served party the full 30 days provided by the Rules of Procedure in which to reply.

7. Any Motions to Compel or other Motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than 30 days following the event that is the subject of the Motion. The parties are required to meet and confer on any discovery dispute as required by Rule 37 (a) within said 30 day period.

8. Filing of Dispositive Motions. The parties agree to a deadline to file dispositive motions by June 1, 2006.

By: s/Michael L. Hill
Michael L. Hill Bar #6284881
Attorney for Defendant
Schuering & Associates, Inc.
3050 Montvale Dr., Ste B
Springfield, IL 62704
Telephone: (217)698-6060
Fax: (217)698-6161
E-mail:michael.hill@skklawyer.com

By: s/Kenneth W. Simmons
Kenneth W. Simmons, Plaintiff,

Mackinaw, Illinois 61755
Simmons@route24.net



(B)


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,          )
                             )
v.                           )    Case No: 05-1241
                             )
CONSUMER ADJUSTMENT COMPANY (CACI) )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON October 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Michael L. Hill
Bar Number: 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Post Office Box 9622
Springfield, Illinois 62791-9622
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
Email:michael.hill@skklawyer.com



(B)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                                 case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-30-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's Response to Rule 11, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                                K.W. Simmons
                                                  Pro Se

309-359-5820