E-FILED
Friday, 31 March 2006 01:59:26 PM
Clerk, U.S. District Court, ILCD



FILED

MAR 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                    CASE NO.05-1241
CACI
DEFENDANT

## Motion for Leave

 Plaintiff requests the Court allow the Plaintiff leave to Object to the Defendant now identified Stay of Deadlines. The previous objections were to the Deadlines I believed was requested stayed. The Defendant will not be prejudice by the Court allowing me to object or supplement my objections, nor is the request to harass the Defendant.

Kenneth W. Simmons                          K.W. Simmons
                                            Pro Se

Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                            case no. 05-1241

CACI
DEFENDANT

Certificate of service

 The undersigned certifies that on 3-30-06 the Plaintiff served upon the attorney of record a copy
of the Plaintiff's motion for leave,  before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                          K.W. Simmons
                                            Pro Se

Mackinaw, Ill. 61755
309-359-5820