UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

APR - 3 2006


JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RULE 11 Motion

On 3-29-06, the Defendant filed a Rule 11 Motion *knowing* it contained false and misleading statements by the Defendant, see attached and highlighted.

On 3-20-06 the Defendant agreed to disclose the address and phone numbers of witness' that the Defendant disclosed only by name on 3-20-06. See attached and highlighted response by the Defendant to email. In thier Rule 11 Motion Defendant falsely claims a response was due to supplement interrogatories but the truth is it was a Rule 26(a)(1)(A) *disclosure*. If the Court will further note these persons have been disclosed as having discoverable information, on 3-20-06, and also are subjects of case no. 06-1033, something is rotten in Denmark. They are interfering with the service of summons and complaint. I would request the Court review the whole conversation via email.

THEREFORE, Plaintiff requests all sanctions the Court deems reasonable including dismissal of the case with prejudice against the Defendant for filing a false and misleading document, also known as Rule 11 Motion.

K.W. Simmons
Pro Se

Kenneth W. Simmons

Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

Supplemental Rule 36 Request For Admission by April 6, 2006.

7. That the Plaintiff is further aware that the Defendant agreed to supplement a Response To Interrogatories by March 27, 2006.

8. That the supplement due by March 27, 2006 was due after the Defendant filed his Motion for Stay of Deadlines which was served on the Plaintiff on March 23, 2006, via email.

9. That the Plaintiff has willfully violated Rule 11 (b) (3) of the Federal Rules of Civil Procedure in that the contention that no agreed deadlines will pass between March 28, 2006 and April 12, 2006, is false and is, by virtue of the signature which makes certain representations to the Court, perjurous.

10. That the Defendant has incurred reasonable attorneys fees in the filing of the instant Motion in the amount of $125.00.

11. That Rule 11 (C) (2) allows for both directives of a non-monetary nature and an Order directing the Plaintiff to pay some or all of the reasonable attorneys fees incurred as a direct result of the misrepresentations made to the Court as sanctions.

**WHEREFORE**, the Defendant prays for an Order of this Court:

1. Dismissing the Plaintiff's objections as frivolous and unfounded;

2. Granting the Defendant's Motion for Stay of Deadlines as unopposed, retroactive to the date of its filing;

3. Directing the Plaintiff to pay $125.00 to the Defendant for the reasonable attorneys fees incurred in the instant Motion; and,

4. Granting the Defendant such further relief as the Court deems just under these circumstances.

Respectfully Submitted,
SCHUERING & ASSOCIATES, P.C.
By:   s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

**Main Identity**

From: "Simmons" <simmons@Route24.net>
To: "Michael L. Hill" <michael.hill@skklawyer.com>
Sent: Monday, March 20, 2006 3:39 PM
Subject: Re: case no. 1241 and 06-1033

Mr. Hill,

Per the Rules of Procedure you are required to not only answer my interr. regarding witness', you are required to supplement your disclosures. If you do not disclose the person's identified in your response to my interr. before 5p.m. on 3-27-06 I will file a motion to compel your disclosure per rule 26 (a) (1) (A), of Andrea Higgins, Jamie Clifton, and Christine Kay. This is an attempt to confer on discovery.
On another note upon service of any and all subpoena's notice of filing must be served upon me. Are there any at this point that have not been served? This is an attempt to confer on discovery.

Ken Simmons

----- Original Message -----
From: Michael L. Hill
To: 'Simmons'
Sent: Monday, March 20, 2006 3:28 PM
Subject: RE: case no. 1241 and 06-1033

Mr. Simmons,
Andrea Higgins, Jamie Clifton and Christine Kay do not work for CACI any longer. The reference to them in the response to interrogatory number four identifies the capacity in which they would have acquired the knowledge of the events that they will testify to.

**Michael L. Hill**
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

From: Simmons [mailto:simmons@Route24.net]
Sent: Monday, March 20, 2006 3:15 PM
To: Michael L. Hill
Subject: case no. 1241 and 06-1033

Mr. Hill,

Today in your answer to interr. four, your supplement, you indicate that the Defendants are all employed by you, CACI, yet on 3-6-06 Supervisor Jeff Sherman informed the U.S. Marshall's office that the Defendants were no longer employed. Can you tell me today what has happened here.

**Main Identity**

From: "Michael L. Hill" <michael.hill@skklawyer.com>
To: "'Simmons'" <simmons@Route24.net>
Sent: Monday, March 20, 2006 4:40 PM
Subject: RE:

Mr. Simmons,
Your earlier email allowed until 3/27/06 for a response regarding disclosure. I will disclose any information that I have by that date. I will supply you with any information that my client has regarding the whereabouts of the three persons listed for which you have no address. I can tell you that the last known phone numbers for these three are no longer in service.

*Michael L. Hill*
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

From: Simmons [mailto:simmons@Route24.net]
Sent: Monday, March 20, 2006 4:31 PM
To: Michael L. Hill
Subject:

Mr. Hill,

Before filing this tomorrow I request your provide the disclosure or indicate in some was you plan to. Attached is a copy of Motion to Compel, I would like to not use the Court.

Ken Simmons

3/23/2006

## Main Identity

**From:** "Simmons" <simmons@Route24.net>
**To:** "Michael L. Hill" <michael.hill@skklawyer.com>
**Sent:** Monday, March 20, 2006 4:50 PM
**Subject:** Re:

Mr. Hill,
I am glad we were able to resolve this dispute and will allow the time indicated for you to provide the address and telephone numbers by the 27th as indicated.
Thank you
Ken Simmons

----- Original Message -----
**From:** Michael L. Hill
**To:** 'Simmons'
**Sent:** Monday, March 20, 2006 4:40 PM
**Subject:** RE:

Mr. Simmons,
Your earlier email allowed until 3/27/06 for a response regarding disclosure. I will disclose any information that I have by that date. I will supply you with any information that my client has regarding the whereabouts of the three persons listed for which you have no address. I can tell you that the last known phone numbers for these three are no longer in service.

**Michael L. Hill**
Attorney at Law
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, IL 62791-9622
(217)698-6060
fax: (217)698-6161

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Monday, March 20, 2006 4:31 PM
**To:** Michael L. Hill
**Subject:**

Mr. Hill,

Before filing this tomorrow I request your provide the disclosure or indicate in some was you plan to. Attached is a copy of Motion to Compel, I would like to not use the Court.

Ken Simmons

3/20/2006

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                             case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 3-31-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's Rule 11 motion, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                                  K.W. Simmons
Mackinaw, Ill. 61755                                Pro Se
309-359-5820