

FILED
Tuesday, 04 April, 2006 02:41:40 PM
Clerk, U.S. District Court, ILCD

APR - 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO.05-1241

Evidence for the Court

I request the Court further consider the attached evidence to support the Plaintiff's objections to hearing. This evidence was not available at the time of my filing objection to hearing to show cause. I received this letter via U.S. Mail on 3-30-06. This further supports my claims that in the State of Illinois, NO debt collector can garnish my wife's income to pay my debts and neither can FMS. Caci, unable to get ALLEGED monies owed, though they had a contract with Pekin Hospital, had to forego all collection efforts due to my contention that I did not owe the debt, they could not garnish my wifes income and I AM JUDGEMENT PROOF. The facts and evidence supports my claim that FMS can not collect monies owed by the Plaintiff from my wife's wages. FEDERAL and STATE income laws prevent this. This is in effect a snipe hunt by McDade.

Kenneth W. Simmons

Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

# C.B. Accounts, Inc. - National Communication

1101 Main Street, Peoria, IL 61606

March 23, 2006



85074730-4-63-01  
KENNETH W SIMMONS

MACKINAW IL 61755-9422

Re: PEKIN HOSPITAL  
Account #: _____-0001

| | |
|---|---|
| Amount: | $687.80 |
| And other accounts totaling: | $0.00 |
| Total Due: | $687.80 |

This claim has been placed with our firm for collection!

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt or a copy of a judgment against you and mail you a copy of such verification or judgment.

If you request in writing from this office within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may contact this office between 8:00 AM and 8:00 PM CST Monday through Thursday, between 8:00 AM and 5:00 PM CST Friday.

PLEASE CONTACT: 866-867-0179

NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

Please detach the bottom portion of this letter and **return it with your payment**. An envelope has been enclosed for your convenience.

Re: PEKIN HOSPITAL

Account #: _____-0001

| | |
|---|---|
| Amount: | $687.80 |
| And other accounts totaling: | $0.00 |
| Total Due: | $687.80 |

_____-01  
KENNETH W SIMMONS  
1  
MACKINAW IL 61755-9422

C.B. ACCOUNTS, INC.  
DEPT. 0102  
P.O. BOX 50  
ARROWSMITH IL 61722-0050

[MasterCard] [VISA] $ _____

Card Number __ __ __ __ __

Signature: _____   Exp. Date _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                              case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 4-1-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's evidence, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons

Mackinaw, Ill. 61755
309-359-5820

K.W. Simmons
Pro Se