UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION



APR - 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

NOTICE OF APPEAL

Plaintiff is hereby giving notice to the Defendant and the Court of his intent to appeal to the Seventh Circuit Court of Appeals the Order entered by Judge McDade on 3-23-06 as a clear error to the facts and law.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

MOTION TO PROCEED TO FOLLOW

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-    case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 4-5-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's notice of appeal, before 5.p.m. via U.S. Mail.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820