E-FILED
Thursday, 06 April, 2006  02:53:18 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central

Docket No.: 05-1241

Division: Peoria

### *Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)*

Kenneth W. Simmons               v.        CACI

---

**Current Counsel for Plaintiff (Petitioner):**      **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Kenneth W. Simmons | Name: Michael L. Hill |
| Firm: | Firm: Schuering & Associates, P.C. |
| Address: 12836 Appenzeller | Address: 3050 Montvale Dr., Ste. B |
| Mackinaw, IL 61755 | Springfield, IL 62791-9622 |
| Phone: 309-359-5820 | Phone: 217-698-6060 |

---

| | |
|---|---|
| Judge: Joe B. McDade | Nature of Suit Code: 480 |
| Court Reporter: N Mersot | Date Filed in District Court: 8/23/05 |
| | Date of Judgment: 3/23/06 |
| | Date of Notice of Appeal: 4/6/06 |

Counsel:   ___Appointed       ___Retained   _X__Pro Se

Fee Status:   ___Paid       ___Due       ___IFP       _X__IFP Pending       ___U.S.       ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:       ___Yes       _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**