

Friday, 07 April, 2006 10:20:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                 CASE NO. 05-1241
CACI
DEFENDANT

### Plaintiff's supplement to objections

Plaintiff objects to the stay of deadlines on the grounds the Defendant failed to confer before motioning the Court and Judge McDade has not dismissed this case and according to Title 26 and the law that Illinois is not a community property state, will not dismiss this case.

Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.              Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                                                case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 4-6-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's supplement objections, before 5.p.m. via U.S. Mail.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820