UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH SIMMONS,            )
                            )
        Plaintiff,          )
                            )
    v.                      )        Case No. 05-1241
                            )
CACI,                       )
                            )
        Defendant.          )

**O R D E R**

    Before the Court are Plaintiff's Notice of Appeal [Doc. # 87], indicating Plaintiff's intent to appeal this Court's March 23, 2006 Order to Show Cause, and Plaintiff's Application to Proceed Without Prepayment of Fees on Appeal [Doc. # 86].

    "[A] federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case simultaneously.  The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."  Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982).  Although a district court losses jurisdiction over "those aspects of the case involved in the appeal" when a notice of appeal is filed, the district court is still permitted to address ancillary issues.  See Kusay v. United States, 62 F.3d 192, 194 (7th Cir. 1995).

    Consequently, Plaintiff's filing of the notice of appeal in this case divests this Court of jurisdiction to resolve most of the pending motions.  The exception is Plaintiff's Motion to Proceed In Forma Pauperis on Appeal [Doc. # 86].  This Court must resolve this

motion before Plaintiff can proceed with his appeal without paying the applicable filing fee.  Because Plaintiff's financial ability to pay is relevant to the inquiry as to whether he can appeal without prepayment of fees, see Fed. R. App. P. 24(a)(3)(A) (party who was permitted to proceed in forma pauperis in the district court may proceed on appeal in forma pauperis unless the district court certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis); the Court directs Plaintiff to appear on April 12, 2006 at 02:30 PM in Courtroom D before Judge Joe Billy McDade.  Again, Plaintiff is directed to bring to the hearing statements detailing transactions for the period 8/2/05 to the present for any and all bank accounts or investment accounts that he is named on (either alone or jointly), and tax returns for the previous two years.  Plaintiff is also reminded that he has also been ordered to appear for this hearing in Case No. 06-1033, and that his appeal in this case does not impact this Court's order in that case in any way.

IT IS THEREFORE ORDERED that a hearing on Plaintiff's Application to Proceed Without Prepayment of Fees on Appeal [Doc. # 86] is set for 4/12/2006 at 02:30 PM in Courtroom D before Judge Joe Billy McDade. Plaintiff is directed to bring to the hearing statements detailing transactions for the period 8/2/05 to the present for any and all bank accounts or investment accounts that he is named on (either alone or jointly), and tax returns for the previous two years.

Entered this __7th__ day of April, 2006.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge
