**E-FILED**
Monday, 10 April, 2006 02:00:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

GINO J. AGNELLO
CLERK

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
APR 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-1979                    Docketed on: 4/6/06
Short Caption:         Simmons, Kenneth W. v. CACI
District Court Judge:  Joe Billy McDade
District Court No.:    05 C 1241

If you have any questions regarding this appeal, please call this office.

(1003-012490)