

E-FILED
Tuesday, 11 April, 2006 09:49:59 AM
Clerk, U.S. District Court, ILCD

APR 11 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CIVIL APPEAL STATEMENT

KENNETH W. SIMMONS
PLAINTIFF
-v-
CACI
DEFENDANT

CENTRAL DISTRICT OF ILLINOIS
JUDGE McDADE
FILE: August 23, 2005
Notice of Appeal Filed 4-5-06
Matter has NOT been before this
Court previously

---

Appelant:  is Pro Se, 12836 Appenzeller Rd. Mackinaw, Ill. 61755 (309) 359-5820

Appellee: Schuering & Associates 3050 Montvale Dr. Springfield, Ill. 62704 (217) 698-6060

---

Jurisdiction of a Federal Question.   Order of District Court's Facts, conflict of laws, abuse of discretion.

---

Nature of Suit is Title 15 section 1692

---

Issues to be raised on appeal:

Facts in the Courts Order dated 3-23-06 are false. Conflict of Laws and abuse of discretion.

*[signature: K d L]*

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820

K.W. Simmons
Pro Se

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**Kenneth W. Simmons**

**-v-**	case no 05-1241

**CACI**

Certificate of Service

The undersigned certifies that a copy of the attached docket statement was sent via U.S. Mail before 5p.m. this 4-10-06 to the Defendant's attorney of record, District Clerk and Circuit Clerk, postage paid.

Kenneth W. Simmons	K.W. Simmons
12836 Appenzeller Rd.	Pro Se
Mackinaw, Ill. 61755
309-359-5820