E-FILED
Monday, 17 April, 2006  04:56:14 PM
Clerk, U.S. District Court, ILCD

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION
```

| | |
|---|---|
| KENNETH W. SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 05-1241 |
| ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI) ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 17, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Supplemental Rule 26 Disclosure with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Supplemental Rule 26 Disclosure to: Kenneth W. Simmons, simmons@route24.net;

> s/ Michael L. Hill
> Michael L. Hill
> Reg. # 6284881
> Attorney for Defendant
> Schuering & Associates, P.C.
> 3050 Montvale Drive, Suite B
> Springfield, Illinois 62704
> Telephone: (217) 698-6060
> Facsimile: (217) 698-6161
> michael.hill@skklawyer.com