```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION
```

KENNETH W. SIMMONS,            )
                               )
            Plaintiff,         )
v.                             )    Case No: 05-1241
                               )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                               )
            Defendant.         )

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on April 19, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Combined Response to Plaintiff's Discovery Requests with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have mailed the Defendant's Combined Responses to Plaintiff's Discovery Requests to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, IL 61755 via Regular U.S. Mail.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois  62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com