```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
            Plaintiff,            )
                                 )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                 )
            Defendant.            )

**<u>DEFENDANT'S RESPONSE TO PLAINTIFF'S RULE 11 MOTION</u>**

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and in response to the Plaintiff's Rule 11 Motion filed in the above-captioned cause, states as follows:

1. That the Plaintiff's Motion makes an allegation that the Defendant filed a Rule 11 Motion "knowing" it contained false and misleading statements.

2. That the Plaintiff states that the "Defendant falsely claims a response was due to Supplemental Interrogatories, but the truth is, it was a Rule 26 (a)(1)(A) Disclosure."

3. That the information disclosed falls under either a response to Plaintiff's Supplemental Interrogatories or under a Rule 26 Disclosure.

4. That the Defendant has since disclosed the information requested by the Plaintiff regarding witnesses.

5. That the Rule 11 Motion filed by the Plaintiff in this cause is without merit as the distinction between a Supplemental

Interrogatory response and a Rule 26 Disclosure, in this instance, is indivisible.

**WHEREFORE**, the Defendant respectfully requests this Court to deny the Plaintiff's Rule 11 Motion and to deny all terms of the Plaintiff's prayer for relief therein.

    Respectfully Submitted,
By:___s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 05-1241 |
| ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI) ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on April 21, 2006, I electronically filed the foregoing Defendant's Response to Rule 11 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have emailed the Defendant's Response to Rule 11 Motion to: Kenneth W. Simmons, simmons@route24.net.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com