# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER FRAP 42(b)**

**FILED**

APR 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: April 20, 2006

By the Court:

No. 06-1979

KENNETH W. SIMMONS,
        Plaintiff - Appellant

v.

CACI,
        Defendant - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 05 C 1241, Joe Billy McDade, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on 4/17/06,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

[signature] Deputy

Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE: April 20, 2006

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Gino J. Agnello, Clerk

RE: 06-1979
Simmons, Kenneth W. v. CACI
05 C 1241, Joe Billy McDade, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:           Counsel of record

[ ]      United States Marshal

[ ]      United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____          _____
(1202-052495)                                  Deputy Clerk, U.S. District Court