E-FILED
Tuesday, 25 April, 2006 11:33:37 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
COURT OF APPEALS
SEVENTH CIRCUIT



FILED
APR 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241

Defendant in compliance
Motion to dismiss

On or about 3-28-06 Plaintiff filed a motion to compel Defendant, see attached exhibit (A), to provide disclosure. Sometime after my motion to compel, infact on 4-17-06 the Defendant provided the proper disclosure.

Therefore the Plaintiff requests the Court find the earlier motion to compel as moot due to Defendant's recent compliance.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
CACI
DEFENDANT

CASE NO. 05-1241



FILED
APR 2 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion to compel

On March 20th 2006, the Defendant provided a supplemental answer to a past interr.. Upon the Plaintiff receiving the answer, I conferred with the Defendant to get the disclosure per the rules. See attached. I did in fact confer on the matter and defendant agreed to provide the information. I believe that not only has the Defendant failed to disclose information per the rules of procedure, but has interfered in the service of summons and complaint in case no. 06-1033. The Defendant has failed to supplement thier disclosure I request the Court Order the Defendant to provide the last known address and telephone number of these persons.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net



(A)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**FILED**

APR 2 4 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                      case no. 05-1241

CACI
DEFENDANT

Certificate of service

The undersigned certifies that on 4-22-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached motion, before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                   K.W. Simmons
12836 Appenzeller Rd.                Pro Se
Mackinaw, Ill. 61755
309-359-5820