E-FILED
Wednesday, 26 April, 2006 02:54:10 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

```
KENNETH SIMMONS,              )
                              )
        Plaintiff,            )
                              )
    v.                        )     Case No. 05-1241
                              )
CACI,                         )
                              )
        Defendant.            )
```

**O R D E R**

Before the Court are CACI's Motion to Dismiss [Doc. # 27]; Kenneth Simmons's ("Simmons's") Motion for Summary Judgment [Doc. # 33]; CACI's Motion to Compel [Doc. # 60]; Simmons's Motion for Leave to Pay the Filing Fees [Doc. # 64]; CACI's Supplemental Motion to Dismiss [Doc. # 66]; Simmons's Motion to Withdraw Motion to Pay Fees [Doc. # 68]; CACI's Motion to Sequester Proceeds [Doc. # 71]; CACI's Motion to Stay Deadlines [Doc. # 75]; Simmons's Motion to Compel [Doc. # 78]; CACI's Motion for Rule 11 Sanctions [Doc. # 79]; Simmons's Rule 11 Motion [Doc. # 84]; and Simmons's Motion to Withdraw Motion to Compel [Doc. # 98].

On April 12, 2006, the Court found Simmons was able to pay the filing fee in this case, however, it deferred entering an order on any of the pending matters, pending a decision on an appeal filed by Simmons. The Court also found that Simmons had not misstated his financial status in this case on his original IFP application Since then, Simmons's appeal has been dismissed because Simmons voluntarily moved the Court of Appeals to do so.

Since the appeal is no longer pending, Simmons is ordered to

pay the filing fee for this case on or before May 5, 2006, or this case will be dismissed. Further, based on the Court's April 12, 2006 findings, the Court moots the following motions: CACI's Motion to Dismiss [Doc. # 27]; Simmons's Motion for Leave to Pay the Filing Fees [Doc. # 64]; CACI's Supplemental Motion to Dismiss [Doc. # 66]; Simmons's Motion to Withdraw Motion to Pay Fees [Doc. # 68]; CACI's Motion to Stay Deadlines [Doc. # 75].

The Court will also deny the pending Rule 11 motions because they were prematurely filed. Federal Rule of Civil Procedure 11 requires a party seeking Rule 11 sanctions to serve the other party with the Rule 11 motion and wait 21 days after service before filing the motion with the Court. This is to allow the party against whom the motion is filed to take corrective action before the Court is involved. Neither party has complied with this rule. Accordingly, both Rule 11 motions are denied.

The Court will also deny Simmons's Motion for Summary Judgment [Doc. # 33]. All of the "undisputed facts" in this motion are disputed by Defendant. Accordingly, the Court finds summary judgment is not warranted, especially considering the early stages of this litigation.

The Court will grant Simmons's Motion to Withdraw Motion to Compel [Doc. # 98] which moots Simmons's Motion to Compel [Doc. # 78].

The remaining motions--CACI's Motion to Compel [Doc. # 60] and Motion to Sequester Proceeds [Doc. # 71]--are referred to Magistrate Judge Gorman.

IT IS THEREFORE ORDERED that Simmons is ordered to pay the filing fee for this case on or before May 5, 2006 or this case will be dismissed.

IT IS FURTHER ORDERED that CACI's Motion to Dismiss [Doc. # 27]; Simmons's Motion for Leave to Pay the Filing Fees [Doc. # 64]; CACI's Supplemental Motion to Dismiss [Doc. # 66]; Simmons's Motion to Withdraw Motion to Pay Fees [Doc. # 68]; CACI's Motion to Stay Deadlines [Doc. # 75] are DENIED AS MOOT.

IT IS FURTHER ORDERED that CACI's Motion for Rule 11 Sanctions [Doc. # 79]and Simmons's Rule 11 Motion [Doc. # 84] are DENIED.

IT IS FURTHER ORDERED that Simmons's Motion for Summary Judgment [Doc. # 33] is DENIED.

IT IS FURTHER ORDERED that Simmons's Motion to Withdraw Motion to Compel [Doc. # 98] is GRANTED, MOOTING Simmons's Motion to Compel [Doc. # 78].

IT IS FURTHER ORDERED that CACI's Motion to Compel [Doc. # 60] and Motion to Sequester Proceeds [Doc. # 71] are hereby referred to Magistrate Judge Gorman.

Entered this   26th   day of April, 2006.

                                              s/ Joe B. McDade
                                              JOE BILLY McDADE
                                     United States District Judge