UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth Simmons,  )
        Plaintiff  )
    )
    )  Case No. 05-1241
    )
CACI,  )
        Defendant  )

**ORDER**

Plaintiff has now paid his filing fee.  The following motions remain pending: defendant's motion to sequester the proceeds of a settlement received by Plaintiff in another case (Doc. #71) and defendant's motion to compel (Doc. #60).

The motion to sequester is denied.  Defendant cited no authority for the court to take such action.  Additionally, the proceeds are largely dissipated by the filing fees Plaintiff has been ordered to pay in the cases pending in this District.

The motion to compel sets forth the lengthy delays occasioned by Plaintiff in responding to written discovery.  In his response, Plaintiff cites to an earlier order entered by this court - that order dealt with matters separate from those raised in the instant motion.

Plaintiff also asserts that Defendant failed to confer with him as required; the motion asserts several written and electronic communications from Defendant to Plaintiff before the motion was filed.  Such communications suffice, especially when the Plaintiff is pro se.  Such written communications protect the record for the Defendant and constitute "conferring" within the meaning of the Rule.  Plaintiff's refusal to respond does not change that fact.

Plaintiff argues that the motion is untimely because the parties agreed to file motions to compel within 30 days following the event.  This motion was filed on March 7th.  The last written communication by Defendant was Feb. 8th.  Defendant cannot be faulted for attempting one last time to obtain Plaintiff's cooperation in discovery, and Plaintiff will NOT be heard to criticize the Defendant for his own recalcitrant behavior.

Defendant's written discovery asks for discoverable information.  The motion to compel is granted.  Plaintiff is directed to serve complete responses within 21 days of the date of this order.  Failure to comply may result in sanctions against Plaintiff, up to and including dismissal of his case.

ENTER this 24th day of May 2006.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE