E-FILED
Tuesday, 06 June 2006, 09:32:44 AM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JUN - 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-                                            case no. 06-1033 &
Higgins, et al.

CACI                                           case no. 05-1241

                    Motion to Withdraw

   Plaintiff, having reviewed Gormans Order to consolidate, requests he be allowed to withdraw the
motion for a settlement hearing. In support of this Plaintiff claims that a hearing would not be
productive and Plaintiff has no intention of settling at this point.


Kenneth W. Simmons                      K.W. Simmons
12836 Appenzeller Rd.                   Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                          case no. 06-1033
Higgins,et al
Defendant's

CACI                                                         case no. 05-1241

Certificate of service

The undersigned certifies that on 6-5-06 the Plaintiff served upon the attorney of record a copy of
the Plaintiff's attached motion,  before 5.p.m. via U.S. Mail.

Kenneth W. Simmons                                           K.W. Simmons
12836 Appenzeller Rd.                                        Pro Se
Mackinaw, Ill. 61755
309-359-5820