UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JUN - 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

### Rule 72 Appeal

Plaintiff appeals the Magistrates ruling to consolidate the cases, (Doc 25) in case no 06-1033, for the reasons setforth in prior response to consolidation and reiterates those objections.

### Argument

Plaintiff reiterates past objections to consolidation and further find the Courts Order(Doc 25) confusing, to begin with Plaintiff request COMPLETE disclosure and discovery in case no. 06-1033 and said Order is confusing in that the Magistrate indicates that though they are consolidated by his Order, he failed to establish the method of trial, Plaintiff reiterates his request under consolidation to have both cases bench trial. Further, Defendant failed to confer prior to motioning the Court.

### Relief Requested

Plaintiff requests the Court not consolidate the case due to Plaintiff's past and reiterated objections and Defendant's failure to confer prior to motion Court intervention, or in the alternative Order complete discovery and disclosure in case no. 06-1033 consolidated with case no. 05-1241 for Bench trial to be reschuduled in Judge McDade's Courtroom.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-  case no. 06-1033
Higgins, et al
Defendant's

CACI  case no. 05-1241

Certificate of service

The undersigned certifies that on 6-7-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached motion, before 5.p.m. via U.S. Mail.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820