UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

### Motion for Dismissal

Plaintiff requests Judge McDade dismiss with prejudice, case no. 06-1033. The Defendants have failed to file or provide an answer or defense to my claims.

### Argument

Plaintiff on 4-18-06 served upon the Defendants, notice of complaint and waiver of service therefore giving the Defendant until 6-18-06 to file an answer or defense.

### Relief Requested

Plaintiff requests a judgment in favor of the Plaintiff and with prejudice against Defendant. Notice is given of my intent to appeal if a less than favorable ruling. Plaintiff requests all relief requested in complaint be granted.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                           case no. 06-1033
Higgins, et al
Defendant's

CACI                                                          case no. 05-1241

Certificate of service

The undersigned certifies that on 6-26-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached motion, before 5.p.m. via U.S. Mail and email.

*(signed)* K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820