```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION

KENNETH W. SIMMONS,                 )
                                    )
          Plaintiff,                )
                                    )
v.                                  )   Case Nos: 05-1241
                                    )             06-1033
                                    )
CONSUMER ADJUSTMENT COMPANY (CACI), )
                                    )
          Defendant,                )
                                    )
and                                 )
                                    )
HIGGINS, et al.                     )
          Defendants.               )
```

### DEFENDANT'S RESPONSE TO MOTION FOR DISMISSAL

**NOW COMES** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton and Christine Kary, by and through their attorneys, Schuering & Associates, P.C., and in response to the Motion for Dismissal filed by the Plaintiff in the above-captioned causes, states as follows:

1.  That the Defendants in 06-1033 executed a waiver of service on 5/16/06.

2.  That an answer or other responsive pleading was due on June 18, 2006.

3.  That the Defendants did file a Motion for More Definite Statement on or about June 14, 2006.

4.  That Rule 12(e) of the Federal Rules of Civil Procedure states "If a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required

to frame a responsive pleading, the party may move for a more definite statement before interposing a responsive pleading."

5. That the Defendants here are unable to form a responsive pleading for the reasons set forth in the Motion for More Definite Statement and are awaiting a determination by this court as to the validity of the Plaintiff's complaint.

6. That the Plaintiff has filed this Motion to Dismiss in bad faith and in an attempt to further increase the fees and costs incurred by the Defendants as a plain reading of the statute indicates that no responsive pleading to the complaint is required until the court rules on a motion brought under that statute.

7. That the Defendants have incurred $250.00 in reasonable attorney's fees in defense of the Plaintiff's Motion for Dismissal.

**WHEREFORE**, the Defendants pray for an order of this court:

1. That the Plaintiff's Motion for Dismissal be denied; and

2. That the Defendants be afforded a reasonable time after this court's ruling on the Defendants Motion for More Definite Statement in which to frame any necessary responsive pleading; and

3. That the Plaintiff pay $250.00 for the reasonable attorney's fees incurred by the Defendants in defense of the Plaintiff's frivolous Motion for Dismissal.

    Respectfully Submitted,
    SCHUERING & ASSOCIATES, P.C.
    By:  s/Michael L. Hill
    Bar No. 6284881
    Attorney for Defendant
    Schuering & Associates, P.C.
    3050 Montvale Drive, Suite B
    Springfield, Illinois 62704
    Telephone: (217) 698-6060
    Facsimile: (217) 698-6161
    Michael.hill@skklawyer.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: 05-1241 |
| | ) |
| CONSUMER ADJUSTMENT COMPANY (CACI) | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on July 7, 2006, I electronically filed the foregoing DEFENDANT'S RESPONSE TO MOTION FOR DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have mailed the DEFENDANT'S RESPONSE TO MOTION FOR DISMISSAL to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com