E-FILED
Thursday, 20 July, 2006 01:33:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

JUL 2 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

Motion for extention of time to respond

For the reasons setforth below, the Plaintiff would request the Court allow the Plaintiff until 9-15-06 to respond to Defendant's " Motion to Strike".

Argument

The Plaintiff makes this request so that he can thoroughly investigate this case and conclude discovery . The Plaintiff would request the Court consider that on 7-19-06 the Defendant filed the instant motion to strike, the same day Defendant indicated that they would NOT be able to provide answers to discovery request for documents and interrogatories. Defendant is merely attempting to starve off production of these documents and answering interrogatories. Defendant will not be prejudice by allowing the Plaintiff to complete discovery. I do not have all the information requested of the Defendant to answer the Defendant's motion. Plaintiff would request that since discovery concludes on 9-8-06, I would request the Court allow me until 9-15-06 at 5 p.m. to file a response or the Court will consider the motion to strike unopposed.
 Further, Plaintiff would request the Court consider the Defendant's instant motion and also consider that the Defendant filed a motion, still pending for a more defintive statement claiming they could make neither heads or tails out of my complaint, case no. 06-1033, and now they CLAIM to have all the facts to request the Court strike my complaint. It appears the Defendant will make any statement to this Court that will fit thier needs. Plaintiff will be prejudice by the Court if not allowed to complete discovery to get all the facts.

Relief Requested

Therefore, Plaintiff requests the Court allow the Plaintiff until all fact discovery is complete or order the Plaintiff to respond by a date the Court deems reasonable.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                          case no. 06-1033
Higgins, et al
Defendant's

CACI                                                         case no. 05-1241

Certificate of service

The undersigned certifies that on 7-20-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's request for extention, before 5.p.m. via U.S. Mail and email.

Kenneth W. Simmons                    K.W. Simmons
12836 Appenzeller Rd.                 Pro Se
Mackinaw, Ill. 61755
309-359-5820