```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                   PEORIA DIVISION

KENNETH W. SIMMONS,              )
                                 )
        Plaintiff,                )
                                 )
v.                               )    Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI),)
                                 )
        Defendant.                )
```

## DEFENDANT'S RESPONSE TO MOTION TO COMPEL ANSWERS TO INTERROGATORIES

**NOW COMES** the Defendant, Consumer Adjustment Company, Inc. (CACI), by and through its attorneys, Schuering & Associates, P.C., and in response to the Plaintiff's Motion To Compel Answers to Interrogatories, states as follows:

1. That Rule 37 (a) (a) (A) requires the Plaintiff to have attempted, in good faith, to have conferred with the Defendant to resolve any discovery disputes that may arise before seeking judicial intervention.

2. That the Plaintiff attaches a Certificate wherein the Certificate states that "On December 5, 2005, the Plaintiff sent a letter in an attempt to avoid court intervention."

3. That the Plaintiff attaches, as "Exhibit C", the letter referenced in the Plaintiff's Certificate of Conferral.

4. That "Exhibit C" does not relay any attempt to settle a discovery dispute. "Exhibit C" merely complains to Defendant of the substance of Defendant's response with no opportunity for

discussion given.

5. That the Defendant mailed a supplemental response to the Plaintiff in this matter on December 9, 2005 via U.S. Certified Mail. A copy of this Certified envelope is attached hereto a "Exhibit A" and is incorporated herein by this reference.

6. That "Exhibit A" hereto shows that the Plaintiff did not claim the mailing. "Exhibit A" does not show that the mailing was undelivered or that the address for the Plaintiff was in error.

7. That the failure of the Plaintiff to claim the mailing is not a good faith effort to settle discovery disputes in this matter.

8. That the knowledge of Shawn Farris and Matt Clark was disclosed in a Supplemental Response to these Interrogatories sent to the Plaintiff via U.S. Certified Mail on December 8, 2005. This supplemental response has agin been served on Plaintiff on January 3, 2006. Further, the Plaintiff's seems well aware of the knowledge possessed by Andrea Higgins, Jamie Clifton and Christine Kay, as evidenced by his recital of such knowledge in his Motion To Compel. The Defendant states herein that the knowledge that the Plaintiff assumes Higgins, Clifton and Kay to possess is indeed the knowledge that they possess in this matter, and the Defendant's response to Plaintiff's interrogatory is hereby supplemented to reflect that disclosure.

9. That, regarding the Response to Interrogatory No. 2 and its supplement, the Plaintiff correctly realizes that the automated

messaging system is not a person or an employee. The Defendant further raises no objection to the striking of the automated messaging systems as a Response to Interrogatory No. 2. A photocopy of the Plaintiff's Interrogatories is attached hereto as "Exhibit B" and is incorporated herein by this reference.

    10. That Interrogatory No. 3 has been supplemented in the same document as Interrogatory No. 1, cited above.

    11. That Interrogatory No. 5 is identical to Plaintiff's Request To Produce No. 1 and is objected to on the same grounds as those given in Response No. 1 of Defendant's Response to Motion To Compel Document Production. Those grounds are repeated and reaffirmed herein as if fully set forth at this point.

    **WHEREFORE**, the Defendant prays for an Order of this Court:

    1. Dismissing the Plaintiff's Motion To Compel;

    2. Alternatively, limit the scope of documents that may be received by the Plaintiff in Response to Plaintiff's Request No. 5.

```
                              Respectfully Submitted,
                              By:   s/Michael L. Hill
                              Bar No. 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com
```

```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                     PEORIA DIVISION
```

KENNETH W. SIMMONS,                  )
                                     )
         Plaintiff,                  )
v.                                   )    Case No: 05-1241
                                     )
CONSUMER ADJUSTMENT COMPANY (CACI)   )
                                     )
         Defendant.                  )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on January 3, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Response to Motion To Compel Answers To Interrogatories with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755, and I certify that I have sent the document by email to the Plaintiff at simmons@route24.net.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com