```
                  UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF ILLINOIS
                         PEORIA DIVISION

KENNETH W. SIMMONS,                 )
                                    )
            Plaintiff,              )
                                    )
v.                                  )    Case Nos: 05-1241
                                    )              06-1033
                                    )
CONSUMER ADJUSTMENT COMPANY (CACI), )
                                    )
            Defendant,              )
                                    )
and                                 )
                                    )
HIGGINS, et al.                     )
            Defendants.             )
```

**DEFENDANT'S RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND**

**NOW COMES** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton and Christine Kary, by and through their attorneys, Schuering & Associates, P.C., and for their Response to the Plaintiff's Motion for Extension of Time to Respond filed in the above captioned causes, state as follows:

1. That on July 19, 2006, the Defendants filed a Motion to Strike portions of the Plaintiff's prayer for relief from the complaints filed in both of the above captioned causes.

2. That the grounds cited in that motion for striking certain portions of the prayers for relief were based upon the fact that the Plaintiff cannot provide any evidence of damages and has affirmatively stated that he has not sought medical or psychological help for the injuries alleged to have been suffered, nor does he have records or bills to prove any damages.

3. That the Plaintiff, on July 20, 2006, filed a Motion for Extension of Time to Respond to the Motion to Strike filed by the Defendants.

4. That the Plaintiff alleges that if he is allowed to complete discovery that he will have all of the information that he needs to answer the Motion to Strike filed by the Defendants herein.

5. That the Plaintiff cannot produce evidence to substantiate his claims of damage through the discovery process as further interrogatories or requests for documents made of the Defendant's will not provide the Plaintiff with any evidence to uphold his claims for damages. Further, the Defendants affirmatively state that they possess no documents, statements or other evidence which would tend to show that the Plaintiff has suffered any of the damages that he has alleged in his complaints.

6. That the Defendants would be further prejudiced by an extension of time to respond to their Motion to Strike as the Plaintiff will continue to propound interrogatories and document requests during any such extension and the Defendants will be forced to incur additional expenses in the form of reasonable attorney's fees to respond to what may prove to be fruitless discovery requests or other motions filed by the Plaintiff.

7. That the Defendants submit that the complaint of the Plaintiff in 06-CV-1033 is vague as to the exact time frame in which telephone calls were alleged to have been made by the

Defendants but further state that the dates of the phone calls have no relevance to the substance of the Motion to Strike, that being the fact that the Plaintiff has admitted that he has suffered no actual damages in his responses to discovery requests.

8.   That the Plaintiff's Motion for an Extension of Time to Respond should be denied as further discovery will not substantiate the claims for damages made by the Plaintiff.

**WHEREFORE**, the Defendants pray for an order of this court denying the Plaintiff's Motion for an Extension of Time to Respond, ordering the Plaintiff to respond to the Defendants' Motion to Strike in a timely manner, and granting the Defendants such further relief as this court deems equitable and just under the circumstances.

```
                              Respectfully Submitted,
                              SCHUERING & ASSOCIATES, P.C.
                              By:   s/Michael L. Hill
                              Bar No. 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              Michael.hill@skklawyer.com
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH W. SIMMONS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CONSUMER ADJUSTMENT COMPANY (CACI) )<br>)<br>Defendant. ) | Case No: 05-1241 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on July 20, 2006, I electronically filed the foregoing DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A
and I certify that I have mailed the DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com