UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

Motion to Compel

Plaintiff requests the Court Order the Defendant Ms. Kary to provide responses to the attached discovery requests. Plaintiff conferred with the attorney of record to no avail and that it would be futile to continue to confer with the party.

ARGUMENT

Plaintiff served upon the Defendant's Clifton, Higgins and Kary the same identical discovery requests attached as exhibit (A), on June 12th and per the rules requested the Defendants respond by July 7, 2006 as required by the Rules of Procedure. The Defendants failed to respond, but as indicated in the attached letter dated, 7-24-06, the attorney of record indicated that we had conferred previously, but did include Defendant Higgins and Clifton's responses. The attorney of record indicated that he was merely awaiting the documents arrival and would provide said responses upon receipt. On 8-1-06 Plaintiff emailed the attorney indicating that enough time had elapsed without the Defendant providibg the documents and allowed the attorney to respond by the next a.m., being this morning. The attorney failed to respond.

Plaintiff requested more time from this Court for discovery and indicated that the Defendant had failed to cooperate with discovery and anticipated, now fact, that the Defendant would not cooperate so I would need more time to compel the party.

Relief requested

Plaintif request the Court compel the Defendant to provide the documents within the time the Court deems reasonable or find the party in contempt of Court, as this Court threatened the Plaintiff, and dismiss the case with prejudice in favor of the Plaintiff.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                     case no. 06-1033 &
Higgins, et al.

CACI                                                    case no. 05-1241

certificate the parties conferred/attempted

Plaintiff certifies that he contacted and discussed the failure to produce in an attempt to confer prior to motioning the Court.

                                                        K.W. Simmons
                                                        Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                              case no. 06-1033 &
Higgins, et al.

CACI                                             case no. 05-1241

Plaintiff's First Request to Produce Documents

The Plaintiff, Kenneth W. Simmons, requests the Defendant, **CHRISTINE KARY**, provide the following documents pursuant to Rule 34 of the Federal Rules of Civil Procedure for photocopying, reproduction, or inspection at the address listed for Plaintiff on the complaint, within 30 days of today 6-12-06.

1. All federal and state income tax returns for the previous five years.
2. Copies of state or federal civil lawsuits in which the aforementioned Defendant was a complaintant or respondant.
3. Any and all psychiatric or psychological exams within the last five years.
4. The tax bill or tax identification number for the Defendant's current residence.
5. Copies of all loan applications completed by Defendant within the last three years, regardless of type or amount of loan.
6. Please provide the income tax returns for your spouse, if married, for the last five years if those returns are seperate from the tax returns previously requested.
7. Please provide any and all pay stubbs for compensation from employment or any source received by your spouse, if married, for the twelve moths prior to 2-16-06.
8. Provide all bank statements from checking, savings or any account listed under your name or your spouse's name, if married, or any combination of names for Defendant or spouse, if married, for a twelve month period prior to 2-16-06
9. Provide any and all documents the Defendant intends to rely upon at trial.
10. Provide all correspondence between Defendant Higgins and ANY OTHER DEFENDANT in cases 05-1241 or 06-1066, including copies of emails between Defendant's.
11. Provide all phone bills in which the Defendant spoke via telephone with another Defendant in case no. 05-1241 or case no. 06-1033.
12. Provide copies of calenders, logs, day planners, etc., that document or relate to contact between the Defendants or case no. 05-1241 and case no. 06-1033.
13. Provide all documents related to or relevant to your employment at CACI.
14. Provide all employment records from your present employer, including application or resume.
15. Provide all applications for Social Security, unemployment or disability benefits within the last three years.
16. Provide a copy of resume.
17. Provide all documents you possess that are relate to, case no. 05-1241, case no. 06-1033, Kenneth W. Simmons, or Defendants in the cases aforementioned.

Kenneth W. Simmons                               K.W. Simmons
12836 Appenzeller Rd.                            Pro Se

## Main Identity

**From:** <klsimmons@peoplepc.com>
**To:** "Michael L. Hill" <michael.hill@skklawyer.com>
**Sent:** Thursday, July 20, 2006 8:56 AM
**Subject:** responses to discovery

Mr. Hill,

If you do not provide responses to my discovery request by 5 p.m. tomorrow the 21st, I will assume you have no intention of responding to my requests and motion the Court to compel you.
Please note interr. and document request were sent via U.S. Mail for all THREE Defendant's, please respond accordingly.
If you do not receive said requests by Monday, email me, I am presently seeking employment and am not available via telephone until after 5 p.m., but I will respond to all letters sent via U.S. Mail certified or C.O.D. and email at the end of each day.
Thank you

Ken Simmons

## SCHUERING & ASSOCIATES, P.C.
ATTORNEYS AT LAW
3050 MONTVALE DRIVE, SUITE B
P.O. BOX 9622
SPRINGFIELD, ILLINOIS 62791-9622

DANIEL P. SCHUERING

MICHAEL L. HILL

DEBORAH L. DILLON
LEGAL ASSISTANT

TELEPHONE
(217) 698-6060

FACSIMILE
(217) 698-6161

www.skklawyer.com

July 24, 2006

Kenneth W. Simmons
12836 Appenzeller Road
Mackinaw, Illinois 61755

RE:   Simmons v. Higgins, Et Al.
      U.S. District Court No. 06-CV-1033 & 05-CV-1241

Mr. Simmons:

Enclosed with this letter, please find the responses of Jamie Clifton to your First and Second Interrogatories, and your First Request to Produce Documents. As I stated in previous correspondence to you, once we have received the information you have requested from our clients, we will forward same to you.

Thank you for your attention to this correspondence. If I may supply you with any additional information regarding any aspect of this matter, please feel free to contact me at your convenience.

Very truly yours,

SCHUERING & ASSOCIATES, P.C.

By: *Michael L. Hill*
Michael L. Hill

MLH/vh
Enclosures

Q:\Active Files\Consumer Adjustment Co. General\Simmons v Higgins Et Al\Cover letter for Answers and Documents of Jamie Clifton.wpd

**Main Identity**

From: &lt;klsimmons@peoplepc.com&gt;
To: "Michael L. Hill" &lt;michael.hill@skklawyer.com&gt;
Sent: Tuesday, August 01, 2006 10:52 AM
Subject: discovery/06-1033

Mr. Hill,

I have waited long enough for your client to respond to discovery that has been outstanding, in the case of Ms. Kary since the 19th, since discovery is so short and you have not provided the response I will file a motion tomorrow before 5 p.m. to compel and request the Court dismiss the case with prejudice against the Defendant/ Defendants for failing to cooperate. I will be gone this afternoon but will answer my email first thing tomorrow before filing.

Ken Simmons

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                             case no. 06-1033
Higgins, et al
Defendant's

CACI                                            case no. 05-1241

Certificate of service

The undersigned certifies that on 8-2-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's motion to compel, before 5.p.m. via U.S. Mail and email.

Kenneth W. Simmons                              K.W. Simmons
12836 Appenzeller Rd.                           Pro Se
Mackinaw, Ill. 61755
309-359-5820