UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

```
KENNETH W. SIMMONS,              )
                                 )
          Plaintiff,             )
                                 )
v.                               )    Case No: 06-1033
                                 )
HIGGINS, ET AL.,                 )
                                 )
          Defendants,            )
                                 )
and                              )
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI),)  Case. No. 05-1241
                                 )
          Defendant.             )
```

**DEFENDANT'S RESPONSE TO MOTION TO COMPEL**

**NOW COME** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton, and Kristina Kary, by and through their attorneys, Schuering & Associates, P.C., and in response to the Plaintiff's Motion To Compel, states as follows:

1. That Rule 37 (a) (a) (A) requires the Plaintiff to have attempted, in good faith, to have conferred with the Defendant to resolve any discovery disputes that may arise before seeking judicial intervention.

2. That mis-communications have occurred between the Plaintiff and counsel for the Defendants in the use of email by erroneous addressing of messages.

3. That counsel for the Defendants has, in an attempt to protect the integrity of communications between the parties, requested that further communications between the Plaintiff and

counsel for the Defendants be carried on via written letter or telephone. A copy of this correspondence is attached hereto as a group as Exhibit A and is incorporated herein by this reference. The Defendants further state that the Plaintiff was advised by counsel for the Defendants that future emails would not be responded to but that all telephone calls or letters would receive their due attention.

4. That the Plaintiff has, for the most part, ignored this request despite being reminded of the details of the request on two occasions.

5. That counsel for the Defendants has sent a letter dated August 2, 2006, to Defendant Kary in an attempt to secure the discovery requested by the Plaintiff. A copy of this letter attached hereto as Exhibit B and is incorporated herein by this reference.

6. That, upon receipt of said discovery responses, counsel for the Defendants will forward same to the Plaintiff.

7. That such good faith attempts to complete discovery on the part of the Defendants is evidenced by the letter dated July 24, 2006, from counsel for the Defendants, a copy of which is attached to the Plaintiff's Motion to Compel, in which it is stated that, as soon as counsel for the Defendants receives the requested information it will be forwarded to the Plaintiff.

8. That, as the Plaintiff states in his Motion to Compel, the discovery responses of Andrea Higgins and Jamie Clifton were

forwarded to the Plaintiff as soon as they were received by counsel for the Defendants.

9.   That the Defendants are making a good faith effort to comply with the numerous discovery requests of the Plaintiff while the Plaintiff is not making a good faith effort to accommodate the difficulties that are common in compiling discovery responses.

10.   That the Plaintiff states that "Plaintiff requested more time from this Court for discovery and indicated that the Defendant had failed to cooperate with discovery and anticipated, now fact, that the Defendant would not cooperate so I would need more time to compel the party."  *Plaintiff's Motion to Compel, Docket #115.*

11.   That the record of this case is replete with filings and docket entries which demonstrate that the Defendants have been more than cooperative with the discovery requests of the Plaintiff.  *See Docket Entry's #26, 29, 32, 54, 69, and 95 in 05-CV-1241.*

12.   That the record of this case is replete with filings and docket entries which demonstrate that the Plaintiff has failed to cooperate in the discovery process in the instant cases.  *See Docket Entry's #44(denied at #52), #45(granted in part, denied in part at #52) and #60(granted at #100).*

13.   That the Defendants have incurred reasonable attorneys fees in the amount of $250.00 in the drafting and filing of this response.

14.   That the Plaintiff has wasted this honorable Court's time and resources with the filing of the instant Motion after receiving

correspondence from counsel for the Defendants that all discovery requests would be forwarded to the Plaintiff upon their receipt.

**WHEREFORE**, the Defendant prays for an Order of this Court:

1.  Dismissing the Plaintiff's Motion To Compel; and

2.  Allowing the Defendants a reasonable amount of time to secure said discovery responses and to relay the same to the Plaintiff; and

3.  Ordering the Plaintiff to pay $250.00 in reasonable attorney's fees incurred by the Defendants in the drafting of this response to the Plaintiff's frivolous Motion to Compel; and

4.  Granting the Defendants such further relief as this Court deems equitable under the circumstances.

Respectfully Submitted,
By:   s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                          PEORIA DIVISION

KENNETH W. SIMMONS,                 )
                                    )
          Plaintiff,                )
                                    )
v.                                  )    Case No: 06-1033
                                    )
HIGGINS, ET AL.,                    )
                                    )
          Defendants,               )
                                    )
and                                 )
                                    )
CONSUMER ADJUSTMENT COMPANY (CACI), )    Case. No. 05-1241
                                    )
          Defendant.                )
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on August 3, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Response to Motion To Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have sent the document by U.S. Mail to Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

s/ Michael L. Hill
Michael L. Hill
Reg. # 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com
