EXHIBIT A

## Michael L. Hill

**From:** Michael L. Hill [michael.hill@skklawyer.com]
**Sent:** Tuesday, May 16, 2006 4:54 PM
**To:** 'Simmons'
**Cc:** 'danielp@skklawyer.com'; 'debd@skklawyer.com'
**Subject:** RE: case no. 06-1033 and 05-1241

Mr. Simmons,

I have never received an amended complaint. I have been waiting to receive them per your earlier email but have received nothing.

Our office will no longer correspond via email with you. Email, while expedient, is prone to error as evidenced by my earlier mistake in addressing an email meant for my client. In order to safeguard against future errors no further correspondence via email will be sent to you from this office and no email received from you will be replied to. Copies of any filing done by this office with the court which requires copies to be sent to you will be sent via U.S. Mail. The waiver of service you refer to in another email will be sent to you via U.S. Mail and will go out tomorrow. Any future correspondence will be conducted either by U.S. Mail or by telephone.

I have spoken with Mr. Schuering and we have agreed that this is the only way to cut down on errors of the type refered to above. Should you need to discuss anything you may contact me at the phone number and address listed below.

*MICHAEL L. HILL*
*Attorney at Law*
Schuering and Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, IL  62704
(217)698-6060
Fax: (217)698-6161

---

**From:** Simmons [mailto:simmons@Route24.net]
**Sent:** Tuesday, May 16, 2006 4:17 PM
**To:** Michael L. Hill
**Subject:** case no. 06-1033

Mr. Hill,

I called the clerk concerning form 285 and was informed you waived service, I knew you were lying about case law, just like the motion to dismiss where you alleged the Defendant's worked for the creditor knowing it was a lie. On another issue, I sent you a copy of an amended complaint and I have yet to hear from you therefore I will motion the Court for leave to amend on 5-22-06.

Ken Simmons

8/3/2006

# SCHUERING & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
3050 MONTVALE DRIVE, SUITE B
P.O. BOX 9622
SPRINGFIELD, ILLINOIS 62791-9622

DANIEL P. SCHUERING

MICHAEL L. HILL

DEBORAH L. DILLON
LEGAL ASSISTANT

TELEPHONE
(217) 698-6060

FACSIMILE
(217) 698-6161

www.skklawyer.com

July 17, 2006

Kenneth W. Simmons
12836 Appenzeller Road
Mackinaw, Illinois 61755

RE:   Simmons v. Higgins, Et Al./Simmons vs. CACI
      U.S. District Court No. 06-CV-1033/05-CV-1241

Mr. Simmons:

This letter will attempt to resolve some of the issues you have raised during the week of July 10, 2006. Deb Dillon of my office informed you that I was on vacation during that week and I appreciate your patience in these matters in that regard.

Regarding your request for Mr. Farris' application and other employment records, I have contacted my client and have been advised that you are already in possession of any such documents that exist. Mr. Farris' position with CACI is such that no application, resume or discipline records have ever been created.

Regarding any information which CACI has concerning your status as a convicted felon, I have requested that my client forward to me any documents relevant thereto. Once those are received by my office, I will forward them accordingly.

Your letter to Ms. Higgins, Ms. Clifton and Ms. Kary dated March 5, 2006, was never received by the addressed parties as it was sent to CACI. As I understand the matters to be, no communication took place between CACI and those parties until they finally received your complaint in 06-CV-1023. Then, the communication was verbal and only related to our representation of the addressed parties.

As to the Request for Production of Documents and Interrogatories propounded by you in case 06-CV-1033, it appears that a response to those requests will not be available by the 19th of July. The requests have been forwarded and I am awaiting a response by my clients. Once those are received, I will forward same to you.

In previous correspondence, I informed you that our office would no longer respond to emails sent by you. Due to my recent vacation, I have decided to respond to the emails referenced above in an effort to accommodate your requests. However, this letter will act

Page 2
July 17, 2006

as final notice that our office will not respond to any further emails received from you. As previously stated, this is not due in an effort to be difficult but is done out of concern for the integrity of communications between us. Please make every effort to ensure that all future correspondence is either conducted via telephone or U.S. Mail.

    Thank you for your attention to this correspondence. If I may supply you with any additional information regarding any aspect of this matter, please feel free to contact me at your convenience.

    Very truly yours,

    SCHUERING & ASSOCIATES, P.C.

    By: *Michael L. Hill*
    Michael L. Hill

MLH/vh

Q:\Active Files\Consumer Adjustment Co. General\Simmons v Higgins Et Al\Letter to Simmons in re discovery response delay & other misc.wpd

## Schuering & Associates, P.C.
### Attorneys at Law
3050 Montvale Drive, Suite B
P.O. Box 9622
Springfield, Illinois 62791-9622


EXHIBIT B

DANIEL P. SCHUERING

MICHAEL L. HILL

DEBORAH L. DILLON
LEGAL ASSISTANT

August 2, 2006

TELEPHONE
(217) 698-6060

FACSIMILE
(217) 698-6161

www.skklawyer.com

Kristina Kary
1528 East Marriott
Barnhart, Missouri 63012

RE:  Simmons v. Higgins, Et Al. and Simmons v. CACI
     U. S. District Court Case Nos. 06-1033 and 05-1241

Dear Ms. Kary:

On June 19, 2006, our office forwarded to you copies of the Plaintiff's Request to Produce Documents and Plaintiff's Interrogatories in the above-referenced matter. Subsequently, on July 5 and July 17, 2006, we forwarded copies of the Plaintiff's Second Interrogatories and Plaintiff's Second Interrogatories Request, respectively. You were asked to respond to the Interrogatories and provide us with copies of the requested documents.

As of this date, we have not received any correspondence from you. There was a deadline for the return of your responses and document copies, the first two of which have expired and the last nearing that date.

Please contact me when you receive this letter and let me know when we may expect to receive your responses.

Thank you for your attention to this correspondence. If I may supply you with any additional information regarding any aspect of this matter, please feel free to contact me at your convenience.

Very truly yours,

SCHUERING & ASSOCIATES, P.C.

By: *Michael L. Hill*
       Michael L. Hill

MLH/vh