**E-FILED**
Thursday, 03 August, 2006  02:11:10 PM
Clerk, U.S. District Court, ILCD

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION

KENNETH W. SIMMONS,                )
                                   )
         Plaintiff,                )
                                   )
v.                                 )   Case No: 06-1033
                                   )
HIGGINS, ET AL.,                   )
                                   )
         Defendants,               )
                                   )
and                                )
                                   )
CONSUMER ADJUSTMENT COMPANY (CACI),)   Case. No. 05-1241
                                   )
         Defendant.                )
```

**CERTIFICATE OF SERVICE**

   The undersigned certifies that a Certificate of Service was filed with the United States District Court, Central District of Illinois, Peoria Division, for Defendants' Responses To Plaintiff's Request For Production of Documents, and that copies of said documents were served on the Plaintiff of record via First Class Mail on this 3rd day of August, 2006, addressed to the Plaintiff at 12836 Appenzeller Road, Mackinaw, Illinois 61755, his residential address as disclosed by the pleadings of the record herein.

                                    s/ Michael L. Hill
                                    Michael L. Hill
                                    Reg. # 6284881
                                    Attorney for Defendant
                                    Schuering & Associates, P.C.
                                    3050 Montvale Drive, Suite B
                                    Springfield, Illinois 62704
                                    Telephone: (217) 698-6060
                                    Facsimile: (217) 698-6161
                                    michael.hill@skklawyer.com