UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

**FILED**
AUG 4 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff's Response to Motion to Strike

For the reasons setforth below, Plaintiff requests the Court deny the Defendants "Motion to Strike" herein called STRIKE.

Argument

It appears in the Defendant's "response to Plaintiff's request for extention", that though Defendant mentioned other issues and charges in "STRIKE" the issue before the Court, is really medical. Plaintiff again objects and contends the issues would be best left for trial or at least completion of discovery nonetheless since the Defendant now indicates the only issue is medical, I will address it.

As Plaintiff explained in request for more time to respond, discovery is continuing in this case and Plaintiff claims that the issue of medical is prime for trier of fact in that the Plaintiff has supplied the Court an affidavit testifying that the phone calls caused the Plaintiff to feel harassed, abused, annoyed and mad and the mental and emotional abuse continues by the Defendant's actions and failure to admit wrongdoing and subjecting the Plaintiff to discovery and trial. This is an issue that should be determined by the Judge and Jury by testimony, looking into the person testifyings eyes and decide who to believe. The issue of medical is disputed by BOTH parties. The Defendant has failed to provide any documentation or testimony that the Plaintiff DID NOT feel abused, annoyed, harassed or mad, all emotional abuse, see attached exhibit (A). Though Plaintiff has no medical records, see supplemental discovery response exhibit(B), the Defendant has failed to use the powers of discovery to have the Plaintiff, at thier expense, examined to determine the medical state of Plaintiff. Therefore, I say I continue to feel abused, annoyed, harassed and mad/angry and that the parrties have conflicting testimony on the matter best left to a trier of facts. The ONLY person that can testify to the Plaintiff's feelings is the Plaintiff and decide whether or to believe the Plaintiff. Defendant has failed to provide the Court any facts or medical records to support thier position.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                  case no. 06-1033 &
Higgins, et al.

CACI                                                 case no. 05-1241

## AFFIDAVIT

The Plaintiff testifies and deposes, that he infact did not owe the monies alleged by Pekin Hospital, Plaintiff further states that he felt harassed for a debt he did not owe, felt abused for a debt he did not owe, felt annoyed and suffered emotional and mental abuse by the Defendant's, and these feelings and abuse continues.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

"OFFICIAL SEAL"
CAROLYN RAEUBER
Notary Public, State of Illinois
My Commission Expires 5/30/07

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

# EXHIBIT(A)

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se



FindLaw | For Legal Professionals | For Corporate Counsel | For Law Students
Welcome ken simmons! / Edit Your Profile | Log Out
My current location: city | Change Location

| Home | Practice Areas | Jurisdictions | Cases & Codes | News | CLE | Market Center | Research a Lawyer |

Federal Law | State Law | Case Summaries Search | U.S. Code | Supreme Court Cases

## West Academic
### Student Online Store



Search the Legal Dictionary

Search Dictionary

**harass**

[he-'ras, 'har-es]

Middle French *harasser* to exhaust, fatigue, from *harer* to set a dog on, from Old French *hare*, interjection used to incite dogs

: to subject persistently and wrongfully to annoying, offensive, or troubling behavior
Example: a collection agency **harass**ing a debtor
(see also sexual harassment)

Merriam-Webster's Dictionary of Law ©1996.
Merriam-Webster, Incorporated.
Published under license with Merriam-Webster, Incorporated.

Sponsored Links

**AbacusLaw:** Complete law office software for time, billing, accounting, calendars, clients and cases. Quick to learn, easy to use. Free demo!
**Amicus Attorney:** Easy-to-use and intuitive - experience great practice management software that works the way you do. Free Trial.
**U.S. Legal Forms, Inc.:** **Over 36,000 Legal Forms** Stop Reinventing the Wheel each time you draft a legal document. Save Time and Money! Visit USlegalforms.com Today!
**PCLaw & PCLawPro:** ONE integrated system to manage your whole office. Provides time billing, accounting and practice management. Download a FREE demo.
**Online Paralegal Services:** Proxilaw takes care of your document preparation and filing chores. Incorporation, living trusts, LLCs, divorce & more.
**Tabs3 and PracticeMaster:** Reliable billing and practice management software for solo to mid-sized firms. Recommended by 94% of firms that use them.
**LexisNexis Time Matters 7.0.:** Use Time Matters 7.0 and exceed client expectations with a complete view of your practice.
**Find a Lawyer:** Our free service locates Bankruptcy, Criminal, DUI, Family, Immigration, Personal Injury, Real Estate, or Trademark lawyers in your area who can help you with your legal issues.



FindLaw | For Legal Professionals | For Corporate Counsel | For Law Students
Welcome ken simmons! / Edit Your Profile | Log Out
My current location: Peoria, IL | Change Location

| Home | Practice Areas | Jurisdictions | Cases & Codes | News | CLE | Market Center | Research a Lawyer |

Federal Law | State Law | Case Summaries Search | U.S. Code | Supreme Court Cases

**Work faster, not harder!**

Westlaw

Search the Legal Dictionary

Search Dictionary

## ²abuse

[ə-'byüs]

**1:** improper, unfair, or excessive use
Example: **²abuse** of authority
Example: drug **²abuse**

**2 a:** the infliction of physical or emotional injury

*also*
: the crime of inflicting such injury
(see also battered child syndrome battered woman's syndrome)
(compare cruelty neglect)

**b:** "sexual abuse"

**3:** a verbal attack (as on a police officer in the performance of his or her duty)

*also*
: the crime of making such an attack

Merriam-Webster's Dictionary of Law ©1996.
Merriam-Webster, Incorporated.
Published under license with Merriam-Webster, Incorporated.

Sponsored Links

**AbacusLaw:** Complete law office software for time, billing, accounting, calendars, clients and cases. Quick to learn, easy to use. Free demo!
**Amicus Attorney:** Easy-to-use and intuitive - experience great practice management

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                      case no. 06-1033 &
Higgins, et al.

CACI                                     case no. 05-1241

# EXHIBIT (B)

Kenneth W. Simmons                       K.W. Simmons
12836 Appenzeller Rd.                    Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                            case no. 06-1033 &
Higgins, et al.


CACI                                           case no. 05-1241


Supplemental Response to Defendant's First Amended Request to Produce

8. Answer : I have no medical RECORDS related to this cause.

                                               K.W. Simmons
Kenneth W. Simmons                             Pro Se
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                case no. 06-1033
Higgins, et al
Defendant's

CACI                                               case no. 05-1241

Certificate of service

The undersigned certifies that on 8-3-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's response to motion to strike, before 5.p.m. via U.S. Mail and email.


Kenneth W. Simmons                K.W. Simmons
12836 Appenzeller Rd.             Pro Se
Mackinaw, Ill. 61755
309-359-5820