```
           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF ILLINOIS
                  PEORIA DIVISION
```

KENNETH W. SIMMONS,              )
                                 )
          Plaintiff,             )
v.                               )   Case No: 05-1241
                                 )
CONSUMER ADJUSTMENT COMPANY (CACI) )
                                 )
          Defendant.             )

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on August 16, 2006, I electronically filed the foregoing **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A and I certify that I have mailed the **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE** to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61785, his residential address as disclosed by the pleadings of the record herein.

                                                s/ Michael L. Hill
                                                Michael L. Hill
                                                Reg. # 6284881
                                                Attorney for Defendant
                                                Schuering & Associates, P.C.
                                                3050 Montvale Drive, Suite B
                                                Springfield, Illinois 62704
                                                Telephone: (217) 698-6060
                                                Facsimile: (217) 698-6161
                                                michael.hill@skklawyer.com