```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                       PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Case No: 06-1033
                                       )
HIGGINS, ET AL.,                       )
                                       )
        Defendants,                    )
                                       )
and                                    )
                                       )
CONSUMER ADJUSTMENT COMPANY (CACI),)       Case. No. 05-1241
                                       )
        Defendant.                     )
```

**CERTIFICATE OF SERVICE**

The undersigned certifies that a Certificate of Service was filed with the United States District Court, Central District of Illinois, Peoria Division, for Defendants' Third Interrogatories To Plaintiff, and that copies of said document were served on the Plaintiff of record via First Class U.S. Mail on this 16th day of August, 2006, addressed to the Plaintiff at 12836 Appenzeller Road, Mackinaw, Illinois 61755, his residential address as disclosed by the pleadings of the record herein.

```
                              s/ Michael L. Hill
                              Michael L. Hill
                              Reg. # 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com
```