

E-FILED
Wednesday, 23 August, 2006 11:47:12 AM
Clerk, U.S. District Court, ILCD

AUG 2 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

### Motion to compel/ Motion for sanctions

Plaintiff moves for this Court to compel the Defendant provide responses to interr., Plaintiff would request the Court review the Plaintiff's accompanying motion for sanction for failing to cooperate,

On 6-19-06, Plaintiff served upon Ms. Kary the attached discovery request for answers to interr., the defendant failed to respond with any answers. Plaintiff has conferred with the Defendant and the Defendants attorney indicated that on 8-2-06 he would AGAIN, AGAIN, AGAIN contact Defendant to get outstanding discovery, see response to this Court in which the attorney of record indicates, ANOTHER LETTER WAS SENT TO DEFENDANT ON 8-2-06, still no response. Plaintiff called Mr. Hill on 8-15-06 and inquired to Mr. Hill if Ms. Kary had provided a response, he indicated that she is not cooperating with his office, the other Defendants or myself. I have attempted to confer see attached.
On 7-13-06, Plaintiff served upon Defendant the attached discovery and received the same response as mentioned above, see attached.

### Relief Requested

Ms. Kary has shown a failure to cooperate making the Plaintiff move this Court for all three discovery requests, see past request for documents, in order to harass the Plaintiff cause the Plaintiff to have unreasonable costs in long distance phone calls to the attorney of record, postage, ink, paper, envelopes and time, I would request the Court find the Defendant has failed to cooperate, compel her to answer all questions WITHOUT OBJECTIONS provide the past documents requested without objections order to her to pay costs of $100.00 to Plaintiff and $250.00 to be paid to the Clerk for wasting the resourses of the Court or preferably dismiss the case with prejudice against all parties for faling to cooperate, the Plaintiff has noted in the past that when a party appeals to the Court for releif upon having bad counsel, the Courts have ruled that the parties are responsible for thier attorney's actions, I submit that all the Defendant's are responsible for faling to cooperate on three discovery requests. Plaintiff further claims that the parties conferring further on these matters will be futile.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

7-13-06

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                              case no. 06-1033 &
Higgins, et al.

CACI                                                             case no. 05-1241

Plaintiff's Second Interrogatorie Request
Plaintiff request, pursuant to Rule 33, the Defendant **Kristine Kary** provide responses to these interrogatories setforth below and provide responses within 30 days of service, this 7-13-06.

Interr. 11 Please describe your rate of pay while employed by CACI, descibe any incentive progams etc., such as but not limited commission.

RESPONSE:

Interr. 12 Please describe with detail any and all conversations you had with Tazewell County Jail officials or Pekin Hospital officials concerning the Plaintiff or any investigation into Plaintiff's letter to CACI dated 2-18-05, particularity Plaintiff's claim that he was in custody and Tazewell County was responsible for the bill.

RESPONSE:

Interr. 13 Please describe with detail and identify all documents related to CACI training you to do any investigative work at all.

RESPONSE:

Interr. 14 Please describe any and all messages left on Plaintiff's voice mail.

RESPONSE:

Kenneth W. Simmons                                     K.W. Simmons
12836 Appenzeller Rd.                                  Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                          case no. 06-1033
Higgins, et al
Defendant's

CACI                                                         case no. 05-1241

Certificate of service

The undersigned certifies that on 7-13-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's second request interr., before 5.p.m. via U.S. Mail and email.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                             case no. 06-1033 &
Higgins, et al.

CACI                                            case no. 05-1241

Plaintiff's Second Interrogatories

Plaintiff requests, pursuant to Rule 33, the Defendant **CHRISTINE KARY** provide responses to the Interrogatories setforth below and provide Defendants responses within 30 days after service of Interrogatories this 6-19-06.

1. Please state time, place, date and subject of any conversations with co-Defendants in this case, no. 06-1033 or case no. 05-1241, regarding, related to or relevant to case no. 05-1241 and 06-1033, including but not limited to hiring an attorney for case no. 06-1033. Give detailed statement of conversation/conversations whether in person or via email or telephone.

RESPONSE:

Kenneth W. Simmons                              K.W. Simmons
12836 Appenzeller Rd.                           Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                                case no. 06-1033
Higgins,et al
Defendant's


CACI                                                               case no. 05-1241

Certificate of service

The undersigned certifies that on 6-19-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached interr., before 5.p.m. via U.S. Mail and email.

                                                                   K.W. Simmons
Kenneth W. Simmons                                                 Pro Se
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                          case no. 06-1033 &
Higgins, et al.

CACI                                                         case no. 05-1241

certificate parties conferred

The Plaintiff conferred with Defendant by calling the attorney of record and further attempts to confer would be futile.

Kenneth W. Simmons                                           K.W. Simmons
12836 Appenzeller Rd.                                        Pro Se
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS
PLAINTIFF
-V-                                                  case no. 06-1033 &
Higgins, et al.

CACI                                                 case no. 05-1241

certificate of service

Plaintiff certifies that a copy of the attached, motion to compel, was sent via U.S. Mail and email before 5 p.m. today 8-22-06 to the attorney of record.

                                                     K.W. Simmons
                                                     Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net