```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF ILLINOIS
                    PEORIA DIVISION
```

KENNETH W. SIMMONS,                  )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    Case No: 06-1033
                                     )
HIGGINS, ET AL.,                     )
                                     )
        Defendants,                  )
                                     )
and                                  )
                                     )
CONSUMER ADJUSTMENT COMPANY (CACI),  )    Case. No. 05-1241
                                     )
        Defendant.                   )

**DEFENDANT'S RESPONSE TO MOTION TO COMPEL/MOTION FOR SANCTIONS**

   **NOW COME** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton, and Kristina Kary, by and through their attorneys, Schuering & Associates, P.C., and in response to the Plaintiff's Motion To Compel / Motion For Sanctions, states as follows:

   1. That the Plaintiff has already filed a Motion to Compel in the above captioned causes on August 3, 2006, which deals with a portion of the discovery responses referenced in the instant Motion to Compel/Motion for Sanctions.

   2. That, with regards to those discovery requests already referred to in the Plaintiff's previous Motion to Compel and reiterated in the instant Motion, the Defendants incorporate the statements of their Response to Motion to Compel filed in the above captioned cause on August 3, 2006, as if fully set forth at this

point.

    3. That the Defendant Kary has moved from her previous address and counsel for the Defendant is having some difficulty in locating the Defendants new address.

    4. That counsel for Defendant Kary is making every effort to determine the location of the Defendant in order to determine the status of the discovery responses and to ensure that the Defendant has even received the documents via U.S. Mail.

    5. That counsel for the Defendant has not in any way indicated that Defendant Kary is being non-cooperative with any party to this litigation, counsel merely stated that no response had been received from Kary and that all attempts would be made to contact her.

    6. That since the filing of the Plaintiff's Motion to Compel on August 3, 2006, the Defendants Higgins and Clifton have complied with all of the discovery requests of the Plaintiff.

    7. That the relief requested by the Plaintiff stating that "all the Defendant's[sic] are responsible for faling[sic] to cooperate on three discovery requests" is a baseless accusation, is not supported by case law or any other authority, and is a completely false statement intended to mislead the court. As such, it should be stricken entirely from the Plaintiff's prayer for relief.

    8. That counsel for the Defendant has sent only one letter to Defendant Kary, that dated August 2, 2006, and attached to

Defendant's Response to Motion to Compel filed on 8/3/2006, as Exhibit B.

9. That the Plaintiff has failed to make a good faith effort to resolve this discovery dispute when, after being informed that Defendant Kary would be contacted regarding discovery requests, the Plaintiff filed not one, but two, Motions to Compel without allowing sufficient time for counsel for the Defendant to acquire the discovery requested.

10. That these two Motions To Compel constitute the fifth and sixth such motions filed by the Defendant in the above captioned causes, with none of the previous motions being granted, with the exception of one being granted in part regarding discovery that was not ripe at the time of filing the motion to compel. *See Docket Entry #52, 05-CV-1241*

11. That the record of this case is replete with filings and docket entries which demonstrate that the Plaintiff has failed to cooperate in the discovery process in the instant cases. *See Docket Entry's #44(denied at #52), #45(granted in part, denied in part at #52) and #60(granted at #100), 05-CV-1241.*

12. That the Defendants have incurred reasonable attorneys fees in the amount of $250.00 in the drafting and filing of this response.

13. That the Plaintiff has wasted this honorable Court's time and resources with the filing of the instant, repetitive Motion after receiving correspondence from counsel for the Defendants that

all discovery requests would be forwarded to the Plaintiff upon their receipt.

**WHEREFORE**, the Defendant prays for an Order of this Court:

1. Dismissing the Plaintiff's Motion To Compel/Motion for Sanctions; and

2. Allowing the Defendants a reasonable amount of time to secure said discovery responses and to relay the same to the Plaintiff; and

3. Ordering the Plaintiff to pay $250.00 in reasonable attorney's fees incurred by the Defendants in the drafting of this response to the Plaintiff's frivolous Motion to Compel; and

4. Granting the Defendants such further relief as this Court deems equitable under the circumstances.

Respectfully Submitted,
By:   s/Michael L. Hill
Bar No. 6284881
Attorney for Defendant
Schuering & Associates, P.C.
3050 Montvale Drive, Suite B
Springfield, Illinois 62704
Telephone: (217) 698-6060
Facsimile: (217) 698-6161
michael.hill@skklawyer.com

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                      PEORIA DIVISION
```

| | | |
|---|---|---|
| KENNETH W. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 06-1033 |
| | ) | |
| HIGGINS, ET AL., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CONSUMER ADJUSTMENT COMPANY (CACI), | ) | Case. No. 05-1241 |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on August 25, 2006, I electronically filed the foregoing Certificate of Service regarding the Defendant's Response to Motion To Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have sent the document by U.S. Mail to Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755.

```
                              s/ Michael L. Hill
                              Michael L. Hill
                              Reg. # 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              michael.hill@skklawyer.com
```