E-FILED
Wednesday, 30 August, 2006 12:22:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG 2 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

case no. 06-1033 &

CACI

case no. 05-1241

Plaintiff's Objections To Extend Time to Respond/ Deadline for discovery

Defendant responded to Plaintiff's Motion to Compel with a request to extend deadline for discovery. Defendant and this Court adamantly and repeatedly indicated that discovery would be complete by the very near Sept. date. Plaintiff objects to Defendants request for an extention to reply to discovery,

Facts we know,
Defendant hired an attorney to represent her, Ms. Kary.
Defendant waiver service of summons and received notice of complaint.
Plaintiff served upon attorney of record the Document and interr. requests.
None of the Plaintiff's discovery requests were returned to the attorney of record, three different requests sent on three different dates, from the post office as being NOT delivered to the Defendant.
Defendant now ASSUMES with no evidence from the post office to support that the Defendant did NOT receive said documents. Not to mention that the attorney of record has never indicated to the Plaintiff or Court that the letter dated 8-2-06 was returned un- deliverable.
Plaintiff assumes that any letters sent from the attorney of record, not returned un-deliverable were received by the Defendant.
The Court must assume that Ms. Kary should have provided the attorney of record with an address change, provided the post office with a forwarding address and received all correspondence from the attorney.
Plaintiff reitterates his claim that Defendant be Ordered to provide outstanding discovery by the Court Ordered date for discovery to be completed, and find the Defendant has failed to cooperate with the PLAINTIFF in discovery.

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

K.W. Simmons
Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                                                         case no. 06-1033
Higgins, et al
Defendant's

CACI                                                                                         case no. 05-1241

Certificate of service

 The undersigned certifies that on 8-29-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached motion, before 5.p.m. via U.S. Mail.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820