E-FILED
Wednesday, 27 September, 2006  02:09:10 PM
Clerk, U.S. District Court, ILCD

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION

KENNETH W. SIMMONS,                    )
                                       )
               Plaintiff,              )
                                       )
v.                                     )    Case Nos: 05-1241
                                       )              06-1033
                                       )
CONSUMER ADJUSTMENT COMPANY (CACI),    )
                                       )
               Defendant,              )
                                       )
and                                    )
                                       )
HIGGINS, et al.,                       )
                                       )
               Defendants.             )
```

**<u>ANSWER WITH CONSOLIDATED AFFIRMATIVE DEFENSES</u>**

**NOW COMES** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton and Christina Kary, by and through their attorneys, Schuering & Associates, P.C., and for their Answer to the Complaint filed in 06-CV-1033, states as follows:

1. That Defendant Andrea Higgins denies the allegations made in Count 1.

2. That Defendant Andrea Higgins denies the allegations made in Count 2.

3. That Defendant Andrea Higgins denies the allegations made in Count 3.

4. That Defendant Jamie Clifton denies the allegations made in Count 4.

5.  That Defendant Jamie Clifton denies the allegations made in Count 5.

6.  That Defendant Jamie Clifton denies the allegations made in Count 6.

7.  That Defendant Christina Kary denies the allegations made in Count 7.

8.  That Defendant Christina Kary denies the allegations made in Count 8.

9.  That Defendant Christina Kary denies the allegations made in Count 9.

### Affirmative Defenses

**NOW COMES** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton and Christina Kary, by and through their attorneys, Schuering & Associates, P.C., and for their Consolidated Affirmative Defenses to the allegations made in the Complaints filed in 05-CV-1241 and in 06-CV-1033, state as follows:

10. That the Plaintiff, in 05-CV-1241 has complained of three telephone calls from Defendant CACI to his residence.

11. That the three telephone calls were placed by an automatic dialer which was not controlled by Defendants Higgins, Clifton, and Kary.

12. That the Defendants are, for the purposes of this Answer and Affirmative Defense only, assuming that the Plaintiff is complaining of the same three telephone calls in 06-CV-1033.

13. That those telephone calls were made one call each day on

February 24, 2005, March 19, 2005 and March 29, 2005.

14. That this pattern of telephone calls demonstrates that the Plaintiff was telephoned in regards to the alleged debt to Pekin Hospital three times over a period of 36 days.

15. That Congress enacted 15 U.S.C. 1692 to protect consumers from the "abusive debt collection practices by debt collectors..." <u>Udell v. Kansas Counselors, Inc.</u>, 313 F. Supp.2d 1135 (U.S.Dist. Ka. 2004).

16. That the <u>Udell</u> court determined that there was "nothing harassing, oppressive, or abusive" regarding KCI's four telephone calls over seven days when no messages were left. <u>Udell</u> at 1144.

17. That the Plaintiff here states in his Response to Memorandum of Law/Defendant's Most Recent Filing that "at no time did the Defendant leave a message on Plaintiff's voice mail."

18. That prior references in other pleadings or motions of the Defendants regarding two messages left on Plaintiff's voice mail were based on an erroneous belief that such events had occurred.

19. That the unreported case of <u>Bennet v. Arrow Financial Services, L.L.C.</u>, 2004 U.S. Dist. Lexis 6617 (N. Dist. Ill. 2004) held that two telephone calls placed a couple of weeks apart did not arise to the level of harassment necessary to sustain a cause of action under 15 U.S.C. 1692d.

20. That the actions of the Defendants are not the sort of behavior which 15 U.S.C. 1692 was created to protect consumers from and are of the sort which has consistently been held to not be

violations of 15 U.S.C. 1692.

Wherefore, the Defendants pray for an order of this court dismissing the complaints of the Plaintiff in 05-CV-1241 and 06-CV-1033 with prejudice and for such further relief as this court deems just under the circumstances.

```
                              Respectfully Submitted,
                              SCHUERING & ASSOCIATES, P.C.
                              By:   s/Michael L. Hill
                              Bar No. 6284881
                              Attorney for Defendant
                              Schuering & Associates, P.C.
                              3050 Montvale Drive, Suite B
                              Springfield, Illinois 62704
                              Telephone: (217) 698-6060
                              Facsimile: (217) 698-6161
                              Michael.hill@skklawyer.com
```

```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF ILLINOIS
                           PEORIA DIVISION

KENNETH W. SIMMONS,                 )
                                    )
          Plaintiff,                )
v.                                  )   Case No:   05-1241
                                    )              06-1033
CONSUMER ADJUSTMENT COMPANY (CACI)  )
                                    )
          Defendant.                )
```

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on September 13, 2006, I electronically filed the foregoing ANSWER WITH CONSOLIDATED AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A

and I certify that I have mailed the MOTION TO STRIKE to: Kenneth W. Simmons, 12836 Appenzeller Road, Mackinaw, Illinois 61755

s/ Michael L. Hill<br>
Michael L. Hill<br>
Reg. # 6284881<br>
Attorney for Defendant<br>
Schuering & Associates, P.C.<br>
3050 Montvale Drive, Suite B<br>
Springfield, Illinois 62704<br>
Telephone: (217) 698-6060<br>
Facsimile: (217) 698-6161<br>
michael.hill@skklawyer.com