UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
OCT - 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF
-V-
Higgins, et al.

CACI

case no. 05-1241

Motion to strike

Plaintiff filed a response to the Defendant's motion to dismiss/affirmative defense (doc# 126) on 9-27-06,(doc# 127). The clerk filed the response as a motion to dismiss as well. This was erronous in that Plaintiff was responding to the Defendant's prior notice. Although the motion (doc# 127) did request the Court dismiss the case with prejudice in favor of the Plaintiff, it was requested as a sanction and no response is required or allowed by the Defendant. To my response to thier prior motion.
THEREFORE, Plaintiff requests the Court STRIKE the docket entry.

K.W. Simmons
Pro Se

Kenneth W. Simmons
12836 Appenzeller Rd.
Mackinaw, Ill. 61755
309-359-5820
simmons@route24.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

KENNETH W. SIMMONS
PLAINTIFF

-V-                                                              case no. 06-1033
Higgins, et al
Defendant's

CACI                                                             case no. 05-1241

Certificate of service

The undersigned certifies that on 8-28-06 the Plaintiff served upon the attorney of record a copy of the Plaintiff's attached motion, before 5.p.m. via U.S.Mail.

Kenneth W. Simmons                        K.W. Simmons
12836 Appenzeller Rd.                     Pro Se
Mackinaw, Ill. 61755
309-359-5820