E-FILED
Friday, 06 October, 2006 03:22:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS, )
)
       Plaintiff, )
)
v. )  Case No's: 05-1241 &
)             06-1033
CONSUMER ADJUSTMENT COMPANY (CACI), )
ANDREA HIGGINS, JAMIE CLIFTON & )
CHRISTINA KARY, )
)
       Defendants. )

## STIPULATION

**NOW COME** the Defendants, Consumer Adjustment Company, Inc. (CACI), Andrea Higgins, Jamie Clifton, & Christina Kary, by and through their attorneys, Schuering & Associates, P.C., and the Plaintiff, Kenneth W. Simmons, appearing *Pro Se*, as the parties hereto, and agree and stipulate between them to the following:

1. That settlement negotiations have concluded with both parties agreeing on a payment of $5,000.00 to Kenneth W. Simmons from CACI as full and final satisfaction of the claims advanced by Kenneth W. Simmons in case no.'s 05-CV-1241 and 06-CV-1033.

2. That, upon receipt of the payment discussed in paragraph 1 hereto, Kenneth W. Simmons shall make such motion as is necessary to this court for approval of the settlement and for dismissal with prejudice of case no.'s 05-CV-1241 and 06-1033 as having been satisfied in full.

3. That all pending litigation, motions, or other proceedings before this court between the parties hereto is hereby concluded as a result of this dismissal.

4. That the attached Order is hereby agreed to in its final form by the parties.

KENNETH W. SIMMONS

By: *[signature]*
Oct 6, 2006

CACI, ANDREA HIGGINS, JAMIE CLIFTON, AND CHRISTINA KARY

By: *[signature: Michael L. Hill]*
10/6/06