```
             UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF ILLINOIS
                   PEORIA DIVISION
```

KENNETH W. SIMMONS,                    )
                                       )
       Plaintiff,                     )
                                       )
v.                                     )    Case No's: 05-1241 &
                                       )               06-1033
CONSUMER ADJUSTMENT COMPANY (CACI),    )
ANDREA HIGGINS, JAMIE CLIFTON &        )
CHRISTINA KARY,                        )
                                       )
       Defendants.                    )

### AGREED ORDER

Now, these matters having come before this court on a stipulated settlement agreement of the parties hereto and the court having been fully advised as to the premises thereof, it is hereby the order of this court:

    1.  That the stipulated settlement of the parties is hereby entered into the record of these consolidated actions.

    2.  That the stipulated settlement of the parties is hereby approved in its final form.

    3.  That the motion of Kenneth W. Simmons to voluntarily dismiss 05-CV-1241 and 06-CV-1033 is hereby approved and those cases are hereby dismissed with prejudice.

    **ORDERED** this _____ Day of October, 2006.


                                                Judge Joe Billy McDade