**E-FILED**
Thursday, 12 October, 2006 02:10:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KENNETH W. SIMMONS,              )
                                 )
            Plaintiff,           )
                                 )
v.                               )     Case No's: 05-1241 &
                                 )                06-1033
CONSUMER ADJUSTMENT COMPANY (CACI),)
ANDREA HIGGINS, JAMIE CLIFTON &  )
CHRISTINA KARY,                  )
                                 )
            Defendants.          )

## RULE 41(a) STIPULATION

**NOW COME** the Defendants, Consumer Adjustment Company, Inc.
(CACI), Andrea Higgins, Jamie Clifton, & Christina Kary, by and
through their attorneys, Schuering & Associates, P.C., and the
Plaintiff, Kenneth W. Simmons, appearing *Pro Se*, as the parties
hereto, and agree and stipulate between them, pursuant to Rule
41(a) of the Federal Rules of Civil Procedure, to dismiss the above
captioned causes with prejudice.

KENNETH W. SIMMONS

By: _____

/0-/2-06

CACI, ANDREA HIGGINS, JAMIE
CLIFTON, AND CHRISTINA KARY

By: _____
Their attorney

10/12/06